# RFP 29



EXHIBIT   5
Deponent Cantees
Date 5/14/24   Rptr. LG
WWW.DEPOBOOKPRODUCTS.COM

009105

# INTERNAL COMPLAINT

## OF

# RACE DISCRIMINATION

## TO

# CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER

## FOR

# SARASOTA COUNTY

## JUNE 27, 2018

# SASS LAW FIRM

### Labor & Employment Lawyers

601 West Dr. Martin Luther
King, Jr. Boulevard
Tampa, Florida 33603
813.251.5599 Phone
813.259.9797 Fax

June 27, 2018

Cynthia N. Sass
Janet E. Wise
Jennifer D. Zumarraga
Yvette D. Everhart

Of Counsel:
John C. Davis

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**
Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County - Operations Department
Sarasota County Historic Courthouse
2000 Main Street, Room 302
Sarasota, Florida 34237

Re:     Internal Complaint

Dear Ms. Rushing:

We are writing to provide you with details regarding the racial disparity that exists in the workplace at the Sarasota County Clerk of Court's office.[1] Because Ms. Bolden has pursued the legal process up to a certain point and cannot afford to file a lawsuit against the Clerk's Office, she is filing this internal complaint instead.

Through this internal complaint, Ms. Bolden seeks to bring to light the discrimination that African-American employees have suffered at the Clerk's Office and her goal is to fix this problem for herself and other African-American employees as well.

As you are aware, you have served as the Clerk since 1986, which is more than 32 years. In addition, your Chief Operating Officer, Janet Cantees, has been employed with the Clerk's Office for more than 20 years.

A. **The Clerk Promotes Caucasian Employees Who Do Not Possess The Required Education.**

1. **Alicia Accardi** (Caucasian Female)

Ms. Accardi is the Manager of Communications for the Clerk's Office, earning $32.95 per hour. The Manager of Communications job description states the following regarding Education:

---

[1] Ms. Bolden has gathered background information for this internal complaint through Public Records Act requests to the Clerk's Office.

009107

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 2 of 13

> *A Bachelor's Degree from an accredited college or university in English,
> Journalism/Communications, Public Relations or a closely related field is
> **required**. Graduate degree with an emphasis on Communications or Public
> Relations is preferred.*

(Emphasis added – See **EXHIBIT 1**.)

---

| **MS. ACCARDI DOES NOT HAVE A COLLEGE DEGREE.** |
| --- |

**2. Shelly Adkins** (Caucasian Female)

Ms. Adkins is the Manager of General Services and Procurement for the Clerk's Office, earning $35.14 per hour. The Manager of General Services and Procurement job description states the following regarding Education:

> *Bachelor's degree from an accredited college or university in business or
> related field is **required**.*

(Emphasis added – See **EXHIBIT 2**.)

| **MS. ADKINS DOES NOT HAVE A COLLEGE DEGREE.** |
| --- |

**3. Erin Cooper** (Caucasian Female)

Ms. Cooper is the Manager of Criminal Courts for the Clerk's Office, earning $35.27 per hour. The Manager of Criminal Courts job description states the following regarding Education:

> *Bachelor's degree in Business Management, or related field **required**.
> Master's Degree, or MBA, a plus.*

(Emphasis added – See **EXHIBIT 3**.)

| **MS. COOPER DOES NOT HAVE A COLLEGE DEGREE.** |
| --- |

Before Ms. Cooper was promoted to Manager, she was placed in an Assistant Manager position with the Clerk's Office. Ms. Cooper is the only employee of which Ms. Bolden is aware who has served as an Assistant Manager.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 3 of 13

4. **Jeni Field** (Caucasian Female)

a. Ms. Field was Manager – Second Shift for the Clerk's Office. The Manager – Second Shift job description states the following regarding Education:

> *Bachelor's degree from an accredited college, or university, in Business Management, or related field, is __required__. A Master's Degree, or MBA, is a plus.*

(Emphasis added – See **EXHIBIT 4**.)

---

**MS. FIELD DOES NOT HAVE A COLLEGE DEGREE.**

---

b. During October 2017, Ms. Field applied for the Manager of Records Management position. The Manager of Records Management job description states the following regarding Education:

> *Bachelor's degree in Business Management, or related field __required__. Master's degree, or MBA, a plus.*

(Emphasis added – See **EXHIBIT 5**.)

**Shakira Rolle**, an African-American female, and Supervisor of Court Units at the time, also applied for the Manager of Records Management position. Ms. Rolle possesses three college degrees – an Associate of Arts Degree in Paralegal Studies, a Bachelor of Science Degree in Business Administration, and a Master's Degree in Business Administration. Ms. Rolle is also working on her doctorate. See **EXHIBIT 6**.

The Clerk selected Ms. Field for the Manager of Records Management position over Ms. Rolle. Ms. Field earns $36.82 per hour and Ms. Rolle earns $24.83 per hour, which is a difference in pay of about $25,000 per year.

---

**MS. FIELD DOES NOT HAVE A COLLEGE DEGREE.**

---

5. **Lisa Finkelstein** (Caucasian Female)

Ms. Finkelstein is the Manager of Administrative Services for the Clerk's Office, earning $38.43 per hour. The Manager of Administrative Services job description states the following regarding Education:

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 4 of 13

> *A Bachelors degree from an accredited college, or university, in Public Administration, Business, Communications, Marketing, or a related field, **required**.*

(Emphasis added – See **EXHIBIT 7**.)

---
**MS. FINKELSTEIN DOES NOT HAVE A COLLEGE DEGREE.**
---

6. **Charles Maloney** (Caucasian Male)

The Manager of Board Records position is open and a Job Opportunity Announcement was posted closing on February 14, 2017.  The Clerk has not filled the position since Pauline Shaw retired during 2017.  The job description for the Manager of Board Records states the following regarding Education:

> *Bachelor's Degree in Business Management or related field **required**. Master's Degree preferred.*

(Emphasis added – See **EXHIBITS 8 and 31**.)

Mr. Maloney is a Supervisor in the Board Records Department for the Clerk's Office, and he applied for the Manager of Board Records position.  See **EXHIBIT 9**.  Even though the position is not technically filled, Mr. Maloney now functions as Manager of Board Records.

---
**MR. MALONEY DOES NOT HAVE A COLLEGE DEGREE.**
---

7. **Nicolette Snyder** (Caucasian Female)

Ms. Snyder is the Payroll Manager for the Clerk's Office.  The Payroll Manager job description states the following regarding Education:

> *Graduation from an accredited four-years college, or university, with a Bachelor's degree in Business, Accounting, or related Field is **required**. (Extensive, relevant experience in addition to a CPP license may off-set a Bachelor's degree.)*

(Emphasis added) – See **EXHIBIT 10**.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 5 of 13

---

**MS. SNYDER DOES NOT HAVE A COLLEGE DEGREE
OR A CERTIFIED PAYROLL PROFESSIONAL DESIGNATION.**

---

### B. The Clerk Favors Caucasian Employees In Other Ways.

**1. Shelly Adkins** (Caucasian Female)

On or about October 29, 2012, the Clerk's Office issued a final written warning to and demoted Ms. Adkins for Policy/Procedure Violation and Professional Behavior/Conduct Infraction. In the Performance Correction Notice, the Clerk's Office stated as follows:

> *Ms. Adkins failed to accurately report the utilization of PTO into the official timekeeper system. Ms. Adkins acknowledged that she did maintain an accurate account of her PTO utilization on the calendaring system. Ms. Adkins acknowledged that she understands how to make the updates in the timekeeper system, but was not as diligent as required to ensure that her PTO accrual rates remained accurate in the official timekeeper system.*
>
> *This policy and procedural violation is not what is expected at the Manager level. The Manager's job is to enforce policy. As a result, confidence has been lost in Ms. Adkins ability to perform the duties of a Manager.*
>
> *In order to resolve the discrepancy in accounting for PTO in the official timekeeper system, Ms. Adkins will forfeit 80 hours of accrued PTO . . .*
>
> *In addition, Ms. Adkins will be reassigned to a Business Process Support Analyst position within the Performance Management Department and her pay will be reduced to the market rate for the position . . .*
>
> *Ms. Adkins will not be eligible for a merit or bonus this fiscal year.*

See **EXHIBIT 11**.

Even though Ms. Adkins committed such a serious infraction as a Manager with the Clerk's Office, the Clerk did not terminate her employment and only reduced her pay by $2,754 per year. Moreover, within two years of demoting Ms. Adkins, the Clerk promoted her back into the Manager of General Services and Procurement position. See **EXHIBIT 12**.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 6 of 13

2. **David Beirau** (Caucasian Male)

On or about September 25, 2015, the Clerk promoted David Beirau to be Director of Internal Audit and Inspector General.   The Director of Internal Audit and Inspector General job description states the following regarding Experience:

> *A minimum of ten years of demonstrated and relevant experience in the discipline of internal auditing, or in government auditing, public accounting, or public administration.   A minimum of five years of demonstrated and relative administrative, management and supervisory experience in the planning, management and execution of complex audits, investigations and special projects.*

See **EXHIBIT 13**.

---

| MR. BEIRAU DID NOT HAVE THE EXPERIENCE REQUIRED FOR THE POSITION. |

---

3. **Nicole Jovanovski** (Caucasian Female)

Please see below at Section C.1.c for information regarding how the Clerk paved the way for Ms. Jovanovski to serve as Director of Finance and a member of the Clerk's Strategic Planning Committee.

4. **Julianne Niebour** (Caucasian Female)

In 2015, the Clerk hired Ms. Niebour for an Employment Specialist position.  Ms. Niebour has less experience, education and certifications than Ms. Bolden.

The Employment Specialist job description states the following regarding Education:

> *Associate degree from an accredited college, or university, in Human Resources Management, Business, or related field is **required**, Bachelor degree preferred.  A PHR certificate is preferred for the position.*

(Emphasis added – See **EXHIBIT 14**.)

It is interesting to note that the Employment Specialist position for which the Clerk hired Ms. Niebour did not require that she hold PHR or SHRM-CP certifications.  It is customary for Human Resources positions to require those credentials, and Ms. Niebour does not possess either of them.  In addition, when she was hired, Ms. Niebour stated that she would obtain the PHR

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 7 of 13

certification during 2015, but she did not do so.

---

**AT THE TIME OF HIRE, MS. NIEBOUR DID NOT HAVE A RELEVANT
ASSOCIATE'S DEGREE OR A BACHELOR'S DEGREE.[2]**

---

## C. The Clerk Discriminates Against African-American Employees and Retaliates Against Ms. Bolden.

The Clerk's Office does not have a consistent, equitable, non-discriminatory practice of selecting qualified applicants, particularly in management or senior-level positions. The records of the Human Resources Department confirm that there has never been an African-American employee appointed to a senior-level position. Even the three African-American managers[3] who have worked for the Clerk's Office were not selected as first choice through the selection process. (These three managers are Joan Bolden, Michael Higdon, and Pauline Shaw.)

The following are the members of the Clerk's Strategic Planning Committee, all of whom are Caucasian:

- Karen E. Rushing, Clerk of the Circuit Court and County Comptroller
- Janet C. Cantees, Chief Operations Officer
- Irene Baxter-Plank, General Counsel
- Katherine Plante, Director of Court Services
- Peter H. Ramsden, Clerk Finance Officer
- David Beirau, CFE, CIG, CIGA, Director of Internal Audit / Office of Inspector General
- David Winiecki, PMP, Enterprise Information Officer
- Nicole Jovanovski, CPA, Director of Finance

Moreover, Ms. Bolden is currently the only African-American manager in the Clerk's Office and there are only two African-American supervisors in the Clerk's Office (Shakira Rolle and Joni Brown).

### 1. Joan Bolden (African-American Female)

Ms. Bolden began her employment with the Clerk's Office on May 11, 1992. She has been an exemplary employee for more than 26 years, and has worked her way up the ranks, including approximately 19 years in a supervisory or management capacity. Ms. Bolden also attained education along the way, including a Bachelor of Arts Degree in Human Resource Management

---

[2] Ms. Niebour's Associate's degree related to being a sonogram technician.
[3] The position of "manager" is not considered a senior-level position.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 8 of 13

from Eckerd College, PHR and SHRM-CP Human Resources Certifications, and completing the Sarasota County Government Academy of Leadership Excellence, a year-long course. See **EXHIBIT 15**.

### a.  Two Manager Positions and First EEOC Charge

During 2010, Ms. Bolden applied for two Manager positions with the Clerk's Office, and the Clerk selected Caucasian employees for both of these positions. During August 2010, Ms. Bolden filed a race discrimination charge with the U.S. Equal Employment Opportunity Commission ("EEOC") against the Clerk's Office. During November 2010, the Clerk's Office and Ms. Bolden entered into an agreement to resolve her race discrimination claims. As a settlement term, the Clerk's Office placed Ms. Bolden in a Manager position. See **EXHIBIT 16**. She currently holds a Manager position in which she is responsible for Public Access, Jury and Tax Deeds. See **EXHIBIT 17**.

### b.  Assistant Director of Court Services/Director of Court Services Positions

On several occasions during 2014, Director of Court Services Katherine Plante (Caucasian) communicated at the Weekly Huddle (a weekly Manager's Meeting) that an Assistant Director of Court Services position was in the works and would be finalized soon. This communication occurred before the position was posted.

The Clerk's Office posted the Assistant Director of Court Services position on May 9, 2014. See **EXHIBIT 18**. During May 2014, Ms. Bolden applied for the Assistant Director of Court Services position. The Clerk's Office continued to advertise the Assistant Director of Court Services position, seeking applicants, and the position remained posted until July 8, 2014.

The Assistant Director of Court Services position required five to seven years of experience in the court system with knowledge of the basic principles and laws pertaining to civil, criminal and labor law. A minimum of seven years of management-level managerial experience was preferred. Ms. Bolden met all of the requirements of the position.

The Clerk's Office should have promoted Ms. Bolden to the Assistant Director of Court Services position. At that time, Ms. Bolden's supervisory and managerial experience spanned more than 15 years. She possessed in-depth knowledge of the basic principles and laws pertaining to court management, jury management, records management, tax deed management and public records. Ms. Bolden's human resources experience included employee selection, employee relations, training and development. She possessed a Bachelor's Degree from an accredited college or university in Human Resources Management, as well as PHR and SHRM-CP certifications in human resources. Ms. Bolden regularly

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 9 of 13

attended continuing education training to enhance her knowledge in human resources. Ms. Bolden's personnel file did not reflect any negative performance or attendance concerns. All of Ms. Bolden's qualifications were well known to the Clerk's Office. See **EXHIBIT 19**.

Ms. Plante called Ms. Bolden on July 8, 2014 and requested that Ms. Bolden come to her office. Ms. Plante did not state during the telephone call what she wanted to discuss with Ms. Bolden. When Ms. Bolden arrived to Ms. Plante's office, Ms. Plante informed Ms. Bolden that she and the Clerk, Karen Rushing (Caucasian), had examined the need for an Assistant Director of Court Services, and Ms. Rushing decided that the office needed two Directors of Court Services instead of one Director and one Assistant Director. Ms. Plante stated that someone had already been interviewed for the Director of Court Services position and that they would be "heading in that direction." Ms. Bolden said to Ms. Plante, "I knew it was going to be an issue when I applied for the assistant director position." Ms. Bolden also said that she found it interesting that the Assistant Director of Court Services position had been posted for two months and no one contacted her for an interview.

Ms. Bolden believes that once the Clerk's Office learned that she had applied for the Assistant Director of Court Services position, it sought a way to prevent her from being selected for this position. Since Ms. Bolden was very well-qualified for the Assistant Director of Court Services position, the Clerk's Office renamed the position to Director of Court Services and did not post the position nor allow Ms. Bolden to apply for it.[4]

Eydie Peacher previously served as Director of Human Resources for the Clerk's Office. Ms. Peacher is now retired from the Clerk's Office. On or about July 9, 2014, Ms. Peacher told Ms. Bolden that Ms. Rushing actively sought Stacy Dillard-Spahn (Caucasian) for the Director of Court Services position. Ms. Dillard-Spahn did not submit an application for employment with the Clerk's Office, and an application could not be located in Ms. Dillard-Spahn's personnel file, as indicated by Ms. Peacher's note on Ms. Dillard-Spahn's resume, even though it is the practice of the Clerk's Office for all applicants to submit a written application. See **EXHIBIT 20**.

On July 16, 2014, the Clerk announced that she had selected Stacy Dillard-Spahn for a Director of Court Services position. (Ms. Dillard-Spahn no longer works for the Clerk's Office, and General Counsel Irene Plank now functions as General Counsel and a Director of Court Services.)

Furthermore, Ms. Bolden was at least as qualified as, if not more qualified than, Ms. Plante to be Director of Court Services. Ms. Plante did not and does not possess higher than a Bachelor's Degree, nor did or does she possess any certifications. Ms. Bolden earned a

---

[4] Ms. Bolden was also well-qualified for the Director of Court Services position.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 10 of 13

Certificate in Academy of Leadership Excellence, a year-long course. In contrast, Ms. Plante's employment application noted a two-week leadership development course. (Ms. Plante earns $50.77 per hour, while Ms. Bolden earns $36.82 per hour, which is an annual differential in pay of more than $29,000.)

### c. Assistant Director of Finance Nicole Jovanovski

As compared with the Assistant Director of Court Services position, the Clerk's Office created a new position, Assistant Director of Finance, in April 2014. The position was advertised March 28, 2014 and closed seven days later on April 4, 2014. See **EXHIBIT 21**. The position required five years of supervisory responsibility. The Clerk appointed Nicole Jovanovski (Caucasian), then Senior Financial Accounting Analyst, to the position in April 2014.[5] This was a three-week turnaround as compared with the two months it took to decide *not* to hire an Assistant Director of Court Services. Ms. Jovanovski's previous professional work experience did not include any supervisory experience from July 2003 to April 2014. Before July 2003, Ms. Jovanovski worked as a lead food server, according to her employment application on file with the Clerk's Office. See **EXHIBIT 22**. Ms. Bolden's qualifications compared favorably to Ms. Jovanovski's qualifications. Ms. Bolden possessed over 15 years of supervisory and managerial experience. Ms. Jovanoski did not and does not have higher than a Bachelor's Degree and she had no supervisory or managerial experience before the Clerk's Office appointed her as Assistant Director of Finance. While Ms. Jovanovski is a licensed CPA, her certification is not higher than the certifications Ms. Bolden holds. Ms. Jovanovski and Ms. Bolden are both graduates of the Sarasota County Government Academy of Leadership Excellence in 2012. (Ms. Jovanovski currently earns $57.13 per hour, while Ms. Bolden currently earns $36.82 per hour, which is an annual differential in pay of more than $42,000.)

### d. Human Resources Officer Position

On or about September 12, 2014, Ms. Bolden had an in-depth conversation with Ms. Peacher regarding whether or not Ms. Bolden would apply for the open Human Resources Officer position. Ms. Bolden commented that she might not apply because the position listed a certification she did not have. Ms. Peacher replied, "You know they ignore that stuff," and Ms. Peacher encouraged Ms. Bolden to apply for the position.

During September 2014, Ms. Bolden applied for the Human Resources Officer position with the Clerk's Office. Ms. Bolden met the qualifications for the position, and a large percentage of the job Ms. Bolden did and does for the Clerk's Office involves Human Resources skills and responsibilities. In a letter dated April 7, 2009, Ms. Peacher confirmed

---

[5] The Clerk subsequently appointed Ms. Jovanovski to be Director of Finance on September 25, 2015.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 11 of 13

Ms. Bolden's Human Resources experience through that date, and Ms. Bolden has continued to gain Human Resources experience and knowledge since then. See **EXHIBIT 23.** Nevertheless, the Clerk selected an external candidate, Holly Young, who is Caucasian, for the Human Resources Officer position. (Ms. Young no longer works for the Clerk's Office.)

On or about October 30, 2014, Ms. Bolden had dinner with Ms. Peacher. During dinner, Ms. Peacher told Ms. Bolden that as long as the current administration was in place, Ms. Bolden would not be selected for any senior-level management positions. When Ms. Bolden asked her why, Ms. Peacher responded that Ms. Cantees would not promote Ms. Bolden to work directly for her, as Ms. Bolden has previously filed a charge of discrimination against the Clerk's Office while Ms. Cantees and Ms. Rushing were in charge.

### e. Second EEOC Charge

On or about March 10, 2015, Ms. Bolden filed an EEOC Charge regarding the Clerk's failure to promote her to the Assistant Director of Court Services and Human Resources Officer positions. During March 2016, the EEOC issued a *Dismissal and Notice of Rights* on this EEOC Charge, but Ms. Bolden could not afford to file a lawsuit against the Clerk's Office, so she did not do so. See **EXHIBIT 24**.

### f. Human Resources Officer Position (Again) and Third EEOC Charge

During April 2016, Ms. Bolden applied for a Human Resources Officer position with the Clerk's Office. The Clerk rejected Ms. Bolden's application for this position on August 4, 2016, and has not filled the position since. On or about June 5, 2017, Ms. Bolden filed an EEOC Charge regarding the Clerk's failure to promote her to the Human Resources Officer position. During June 2017, the EEOC issued a *Dismissal and Notice of Rights* on this EEOC Charge, but Ms. Bolden could not afford to file a lawsuit against the Clerk's Office, so she did not do so. See **EXHIBIT 25**.

### g. Human Resources Coordinator Position

During April 2018, Ms. Bolden applied for a Human Resources Coordinator position with the Clerk's Office. See **EXHIBIT 26.** To date, the Clerk has not selected a candidate to fill this position, nor has anyone with the Clerk's Office contacted Ms. Bolden about the position or scheduled an interview with her. Ms. Bolden believes that the Clerk is grooming Julianne Niebour for the position and intends to place her in it, but she has not done so yet. Ms. Bolden meets the minimum qualifications for the position and is more qualified for it than Ms. Niebour.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 12 of 13

### 2. **James Clarke** (African-American Male)

James Clarke was employed with the Clerk's Office as a Deputy Clerk II in the Records Center. During his employment with the Clerk's Office, Mr. Clarke earned an Associate of Science in Computer Network Administration and a Bachelor of Science in Information Technology. Mr. Clarke sought promotion within the Clerk's Office, to no avail. Mr. Clarke left the Clerk's Office and is now employed with the Holland & Knight law firm in their Information Technology Department. See **EXHIBIT 27**.

### 3. **Gayla Tynes-Jones** (African-American Female)

Ms. Jones was employed with the Clerk's Office as a Supervisor in the Traffic & Fines Department. She has Bachelor's Degree in Public Administration from Barry University and a Master's Degree in Administration from Barry University. See **EXHIBIT 28**.

On or about February 26, 2016, Ms. Jones applied to be Manager of the Venice Branch. The Clerk selected Hispanic employee Jessica Marrano-Migenis for the position. See **EXHIBIT 29**.

On or about July 5, 2016, Ms. Jones applied to be Manager of Records Management. The Clerk selected Caucasian employee Stacey Mininsohn for the position. Ms. Mininsohn had recently received a Bachelor's Degree, as compared with Ms. Jones having Bachelor's and Master's Degrees and more relevant experience. See **EXHIBIT 30**.

Thereafter, Ms. Jones resigned from her employment with the Clerk's Office and she is now working for AMI Kids.

### 4. **Shakira Rolle** (African-American Female)

Please see above at Section A.4.b for a comparison between Caucasian employee Jeni Field and Ms. Rolle, and the Clerk's selection of Ms. Field for a Manager position.

### 5. **Pauline Shaw** (African-American Female)

Ms. Shaw served as Board Records Manager for the Clerk's Office. Ms. Shaw has a college degree, as was required in the job description. See **EXHIBIT 31**. Ms. Shaw earned $32.69 per hour in the manager position. Initially, the Clerk selected a Caucasian employee for the Board Records Manager position, but finally placed Ms. Shaw in the position after the Caucasian employee worked one day in the position and never returned. Ms. Shaw retired from the Clerk's Office during approximately March 2017.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 13 of 13


      Thank you in advance for your attention to this internal complaint. Please feel free to contact Ms. Bolden or me with any questions or comments you may have, or if you require additional information.

Respectfully submitted, .

*Janet E. Wise*

Janet E. Wise

JW/css
Enclosures
cc:    Ms. Joan Bolden

On June 28, 2018 the Clerk and Comptroller's office received an internal compliant from Sass Law Firm filed on behalf of Ms. Joan Bolden.

A. **The Clerk Promotes Caucasian Employees Who Do Not Possess the Required Education.**

1. **Alicia Accardi- Communications Manager**

   **The Communications Manager job description states the following regarding qualifications:**

   **Education**

   A Bachelor's Degree from an accredited college or university in English, Journalism/Communications. Public Relations or a closely related field is required. Graduate degree with an emphasis on Communications or Public Relations is preferred.

   **Experience**

   Five to seven years' experience in a senior level position of a public communications function required. *Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelors or Master's degree.* Technical skills will include Adobe, Pagemaker, Photoshop, Print Shop Delux, Publisher, Access, PowerPoint, Word, Excel, as well as web-based content management tools.

   *Ms. Accardi met the minimum experience requirements upon hire.*

2. **Shelly Adkins- Manager of General Services and Procurement**

   **The Manager of General Services and Procurement states the following regarding qualifications.**

   **Education**

   Bachelor's degree from an accredited college or university in business or a related field is required.

   **Experience**

   A minimum of five years of highly responsible experience in a professional staff capacity. Government-related experience strongly preferred. *Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelor's degree, or Master's degree, in one of the above disciplines.*

   **Management Experience**

   Minimum of three years of supervisory experience required.

   *Ms. Adkins met the minimum experience requirements when appointed to the position.*

009120

3. **Erin Cooper- Manager of Court Clerks**

Erin Cooper began her employment with the Clerk and Comptroller's office on February 25, 1991 as a Court Clerk. Ms. Cooper was transferred into an Administrative Assistant position on April 4, 1994.  A proposal to upgrade Ms. Cooper's position from Administrative Assistant to Assistant Manager was approved on January 11, 2001. The proposed position upgrade was due to the fact that the responsibilities that Ms. Cooper was performing in her Administrative Assistant role, had evolved to include duties that would normally be performed by a management staff member. It was noted that the evolution of the position had occurred mainly due to Ms. Cooper's individual ability and knowledge of the Criminal area. Ms. Cooper was appointed to the Manager of Criminal Law on August 27, 2007 due to a change in organizational structure.

4. **Jeni Field- Manager of Records Management**
   a. **The Manager of Courts Processing- Second Shift job description states the following regarding qualifications:**

**Education**

Bachelor's degree from an accredited college, or university, in Business Management, or related field, is required.  A Master's degree, or MBA, is a plus.

**Experience**

Six to eight years of work experience in a professional customer service and/or administrative work environment is required.

**Management Experience**

Five years of management/supervisory experience is required for the position.

*Ms. Field met the Education, Experience and Management Experience Qualifications at the time of hire. Ms. Field holds a 4 year college degree from Loreto College Foxrock- Dublin Ireland.*

   b. *During October of 2017 Ms. Field applied for the Manager of Records Management position. In addition to Ms. Field's internal application, Mr. Laurence Perretti, and Ms. Shakira Rolle, also applied and were interviewed for the position.*

   *The appointment of the Manager of Records Manager was awarded to Ms. Jeni Field who has a 4 year college degree and 12+ years of Management experience, including 6 years of internal experience with the Clerk and Comptroller's office. It is important to note that Ms. Field served as the interim Manager of Records Management during the time the position was vacant due to the departure of the previous Manager of Records Management.*

5.  **Lisa Finkelstein- Manager of Executive Administrative Services**

    **The Manager of Executive Administrative Services job description states the following regarding qualifications:**

    **Education**

    A Bachelors degree from an accredited college, or university, in Public Administration, Business, Communications, Marketing, or a related field, required.

    **Experience**

    Five years of experience in a professional staff capacity to an elected official, agency head, or chief executive officer is required. *Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelors degree, or Masters degree, in one of the above disciplines.*

    **Management Experience**

    None required.

    *Ms. Finkelstein met the minimum experience requirements when appointed to the position.*

6.  **Charles Maloney- Supervisor of Board Records**

    **A job opportunity announcement for the Manager of Board Records was posted on February 7, 2017, with a closing date of February 14, 2017.**

    -   *Mr. Maloney applied for the Manager of Board Records position and was not selected to be interviewed for the position, as he did not meet the minimum qualifications as stated in the job description:*

        **Education**

        High School Diploma or GED equivalent required.  Bachelors Degree in Business Management or related field required.  Masters Degree preferred.

        **Management Experience**

        Minimum six to eight years of management/supervisory experience required.

    **A job opportunity announcement for the Supervisor of Board Records was posted on February 21, 2017, with a closing date of February 28, 2017.**

    *Mr. Maloney applied for the Supervisor of Board Records position. Mr. Maloney was interviewed by the Director of Finance, Ms. Nicole Jovanovski, as he met the minimum qualifications as stated in the job description.*

**Education**

Associates, or Bachelor's degree in Business Management/Business Administration, or related field is preferred for this position.

**Experience**

Five years of progressively more responsible administrative experience and hands-on work experience with Microsoft Office and Windows-based applications required.

**Management Experience**

One to three years' experience in a supervisory, or management position required.

*Ms. Jovanovski recommended Mr. Maloney for final consideration to the Clerk and Comptroller.*

*Mr. Maloney was appointed to the Supervisor of Board Records on March 13, 2017 and continues to serve as the Supervisor of Board Records.*

7. **Nicolette Snyder- Manager of Payroll**

   **The Manager of Payroll job description states the following regarding qualifications:**

   **Education**

   Graduation from an accredited four-year college, or university, with a Bachelor's degree in Business, Accounting, or related Field is required. *(Extensive, relevant experience in addition to a CPP license may off-set a Bachelor's degree.)*

   **Experience**

   Five (5) years of progressively more responsible experience in a computerized payroll department is required.

   **Management Experience**

   Three (3) years of supervisory experience is required.

   *Ms. Snyder met the minimum qualifications when hired for the position. NOTE: Ms. Snyder had extensive, relevant experience upon hire. Ms. Snyder obtained her Certified Payroll Professional Certification during her employment with the Clerk and Comptroller's office.*

B. **The Clerk Favors Caucasian Employees In Other Ways.**

1. **Shelly Adkins- Manager of General Services and Procurement**

2. **David Beirau- Director of Internal Audit and Inspector General**

   **The Director of Internal of Inspector General job description states the following regarding qualifications:**

   **Education**

   Graduation from an accredited four-year college or university, with a bachelor's degree in business required.  Eligible and committed to become certified as an Inspector General, CPA and/or Certified Fraud Examiner.  Continuing education that conforms to the requirements of professional standard-setting organizations (IIA, GAO, AICPA).

   **Experience**

   A minimum of ten years of demonstrated and relevant experience in the discipline of internal auditing, or in government auditing, public accounting, or public administration.  A minimum of five years of demonstrated and relative administrative, management and supervisory experience in the planning, management and execution of complex audits, investigations and special projects.  Certified Internal Auditor (CIA), or Certified Public Accountant (CPA) designation and experience in COSO-based auditing.   Experience in Control Self-Assessment preferred. *(Extensive, relevant experience may substitute for a bachelor's degree at the discretion of the Clerk of the Circuit Court and County Comptroller.  A comparable amount of training and/or progressively responsible and related experience may also be substituted for the minimum qualifications at the discretion of the Clerk.)*

   *Mr. Beirau met the minimum qualifications when appointed to the position. He began his employment with the Clerk and Comptroller's office as a Senior Internal Auditor with the Internal Audit division on August 28, 2012. Mr. Beirau was appointed to the Manager of Audit Services on October 24, 2014 based on his successful performance as a Senior Internal Auditor. In addition, Mr. Beirau holds four certifications, Certified Fraud Examiner (CFE), Certified Inspector General (CIG), Certified Inspector General Auditor (CIGA), and Certified Inspector General Investigator.*

   *\*\*Exhibit 13 includes a printed copy of Mr. Beirau's LinkedIn page, a document that is not a part of his personnel file. Mr. Beirau's personnel file includes a copy of the resume that he provided with his original application and his internal application.*

3. **Nicole Jovanovski- Director of Finance**

   *Please see response in section C.1.e*

4. **Julianne Niebour- Employment Specialist**

009124

**The Employment Specialist job description states the following regarding qualifications:**

**Education**

Associate degree from an accredited college, or university, in Human Resources Management, Business, or related field is required, Bachelor degree preferred.  A PHR certificate is preferred for the position.

**Experience**

Five (5) to seven (7) years of recruitment experience is required along with knowledge of the basic principles and laws pertaining to personnel administration and employee selection.

**Management Experience**

**n/a**

*Ms. Niebour met the minimum qualifications as stated in the job description when hired for the position. Ms. Niebour has an Associates Degree and 5+ years of Human Resources and Administrative experience directly in the field of Human Resources at the time of hire.*

*\*\*Ms. Bolden's complaint states that Ms. Niebour has less experience, education and certifications than Ms. Bolden, however, Ms. Bolden did not apply for the Employment Specialist position.*

C. **The Clerk Discriminates Against African-American Employees and Retaliates Against Ms. Bolden.**

1. **Joan Bolden**
   a. **Two Manager Positions and First EEOC Charge**

      *This matter was resolved in November 2010, following Ms. Bolden's first EEOC charge. As a settlement term Ms. Bolden was placed in a manager position in the Public Access division with the Clerk and Comptroller's office.*

   b. **Assistant Director of Court Services/Director of Court Services Positions**
      *Please see response in section 1.e for information regarding the Assistant Director/Director of Court Services Positions.*

   c. **Assistant Director of Finance Nicole Jovanovski**
      *Please see response in section 1.e for information regarding the Assistant Director of Finance Nicole Jovanovski.*

   d. **Human Resources Officer Position**
      *Please see response in section 1.e for information regarding the Human Resources Officer Position.*

   e. **Second EEOC Charge**

      *Ms. Bolden filed an EEOC Charge on March 2, 2015 regarding the Clerk's failure to promote her to the Assistant Director of Court Services and Human Resources Officer positions. An employer position statement was sent by the Office of the County*

*Attorney on behalf of the employer, on April 13, 2015. Ms. Bolden provided a rebuttal to the Employer's Positon Statement which was sent to the EEOC by Ms. Bolden's attorney, on December 18, 2015. Ms. Bolden's rebuttal statement included the same complaints outlined in section 1.b.c.d of her recent internal complaint. On March 21, 2016 the EEOC issued a Dismissal and Notice of Rights on this EEOC charge.*

*\*\*Exhibit 20 of Ms. Bolden's internal complaint contains a resume for Ms. Stacy Dillard-Spahn that includes a handwritten note stating "no application in file". The records included in Ms. Dillard-Spahn's personnel file does not include the resume provided in exhibit 20, it contains a resume with handwritten note. Additionally, Ms. Dillard-Spahn's personnel file includes her online application, which she submitted on June 26, 2014.*

**f.   Human Resources Officer Position (Again) and Third EEOC Charge**

*An internal job opportunity announcement was posted on April 7, 2016 with a closing date of April 15, 2016. Ms. Bolden submitted her internal application on April 15, 2016. On August 4, 2016, a communication of the decision was sent to Ms. Bolden from Julianne Niebour via email on August 4, 2016. The email to Ms. Bolden stated "Hello, Thank you for the interest you have shown in furthering your career with the Clerk of the Circuit Court and County Comptroller. Upon review of your request for consideration for the Human Resources Coordinator position date April 15, 2016, it was determined that you do not possess the work experience in the field of Human Resources required to be considered for this position. Therefore, we have chosen to move forward in the recruitment process to identify and interview candidates who meet all the requirements established for this position. Thank you again for your interest".*

*On June 5, 2017 Ms. Bolden filed an EEOC charge regarding the Clerk's failure to promote her to the Human Resources Officer position. On June 22, 2017 the EEOC issued a Dismissal and Notice of Rights on this EEOC Charge.*

**g.   Human Resources Coordinator**

*A job opportunity announcement was posted on April 11, 2018 with a closing date of April 17, 2018. Ms. Bolden applied for the Human Resources Coordinator position on April 16, 2018.*

*A total of 312 applications, including internal and external applicants, were received for the position. Human Resources is in the process evaluating the education and relevant experience of all internal and external applicants. A decision has not been made at this time as to the applicants that will be moving forward with in an effort to the fill the position.*

*Ms. Bolden's states that it is her belief that the Clerk is grooming Julianne Niebour for the Human Resources Coordinator position. The Human Resources Coordinator is responsible for providing administrative and operational support for the Human Resources division (Employment Specialist, Human Resources Specialist). The position does not have any direct reports, management or supervisory responsibilities.*

**2. James Clarke**

*James Clarke was hired with the Clerk and Comptroller's office as a Records File Clerk in the Records Center division on February 24, 1994. Mr. Clarke submitted an employee job opportunity request for a Support Technician position in the Information Services division on October 13, 1997. Mr. Clarke was appointed to the position on November 24, 1997.  Mr. Clarke received his Associate of Science degree with a concentration in Computer Network Administration on December 17, 1999. On May 27, 2000 Mr. Clarke was appointed to a Desk Top Support Analyst in the Information Services Division. On July 1, 2003 Mr. Clarke was appointed to a Courts Programming Systems Analyst position in the Information Services division. Mr. Clarke remained in his position, which was reclassified to Systems Analyst, on October 1, 2009, until he left the organization on August 8, 2014. Mr. Clarke did not submit any internal applications for employment or seek any additional transfers after he was appointed to Courts Programming Systems Analyst.*

**3. Gayla Tynes-Jones**

*Gayla Tynes-Jones was hired as a Court Supervisor in the Traffic and Fines unit of the Customer Service division with the Clerk and Comptroller's office on October 1, 2012. At the time of hire Ms. Tynes-Jones had a Bachelor's Degree in Public Administration from Barry University. Ms. Tynes-Jones received her Master's Degree in Administration on May 4, 2013.*

*On February 22, 2018 a job opportunity announcement was posted for the Manager of Venice Branch position, with a closing date of February 29, 2018. A total of seven (7) candidates were interviewed for the position.*

*Five (5) Internal Candidates*
*Gayla Tynes- Jones (African-American Female)*
*James Schulz (Caucasian Male)*
*Stacey Mininsohn (Caucasian Female)*
*Georgia LaVoy (Caucasian Female)*
*Katie Maloney (Caucasian Female)*

*Two (2) External Candidates*
*Brian Merryman (Caucasian Male)*
*Jessica Migenis (Hispanic Female)*

*The appointment of Manager of Venice Branch was awarded to Jessica Migenis. At the time of hire Ms. Migenis had an Associate's Degree in Business Administration from the State College of Florida, a Bachelor's Degree in Public Administration from Barry University and a Master's*

*Degree in Public Administration from Barry University. Additionally, at the time of hire, Ms. Migenis' experience included 18 years of experience with the Highlands County Clerk of Court. During her time with Highlands County she was steadily promoted from a Court Clerk position to Manager of Civil Traffic and Juvenile Court Services and lastly to Director of Civil Traffic, Juvenile and Teen Court.*

*On June 24, 2016 a job opportunity announcement was posted for the Manager of Records Management position, with a closing date of July 1, 2016. A total of four (4) internal candidates were interviewed for the position.*
*Four (4) Internal Candidates*
*Jeni Field (Caucasian Female) \*\*Ms. Field rescinded her internal application on July 22, 2016*
*Stacey Mininsohn (Caucasian Female)*
*Gayle Tynes- Jones (African-American Female)*
*Georgia LaVoy (Caucasian Female)*

*The appointment of Manager of Records Management was awarded to Stacey Mininsohn. Ms. Mininsohn was hired as a Customer Service Representative with the Civil Customer Service unit on January 5, 2009. Ms. Mininsohn was appointed to several supervisory positions during her employment and received her Bachelor's Degree in Criminology on May 2, 2015.*

4. **Shakira Rolle**

   *During October of 2017 Ms. Field applied for the Manager of Records Management position. In addition to Ms. Field's internal application, Mr. Laurence Perretti, and Ms. Shakira Rolle, also applied and were interviewed for the position.*

   *The appointment of the Manager of Records Manager was awarded to Ms. Jeni Field who has a 4 year college degree and 12+ years of Management experience, including 6 years of internal experience with the Clerk and Comptroller's office. It is important to note that Ms. Field served as the interim Manager of Records Management during the time the position was vacant due to the departure of the previous Manager of Records Management.*

5. **Pauline Shaw**

   *Three candidates were interviewed for the Manager of Board Records position, two (2) external candidates and one (1) internal candidate.*

   *Internal*
   *Ms. Pauline Shaw (African-American Female)*

   *External*
   *Jay Digma (Asian Male)*
   *Gregory Koss (Caucasian Male)*

*The appointment was awarded to Jay Digma, Asian Male. Mr. Digma began his employment with the Clerk and Comptroller's office on October 4, 2004 and resigned on October 6, 2004.*

*Upon Mr. Digma's resignation, the Clerk and Comptroller awarded the appointment to Ms. Pauline Shaw. Ms. Shaw served as the Manager of Board Records until she retired on March 10, 2017. Ms. Shaw did not apply for any other positions throughout the time of her employment.*

# Table of Contents

# INTERNAL COMPLAINT OF RACE DISCRIMINATION

## INDEX OF EXHIBITS

**EX #**   **DESCRIPTION**

1.   Manager of Communications Job Description
2.   Manager of General Services and Procurement Job Description
3.   Manager of Criminal Courts Job Description
4.   Manager – Second Shift Job Description
5.   Manager of Records Management Job Description
6.   Rolle Request for Consideration for Manager of Records Management
7.   Manager of Administrative Services Job Description
8.   Job Opportunity Announcement for Manager of Board Records
9.   Maloney Request for Consideration for Manager of Board Records
10.   Payroll Manager Job Description
11.   Adkins Performance Correction Notice
12.   Adkins promotion back to Manager of General Services and Procurement
13.   Director of Internal Audit and Inspector General Job Description and Additional Information Regarding David Beirau
14.   Job Opportunity Announcement for Employment Specialist, Job Description, and Additional Information Regarding Julianne Niebour
15.   Bolden College Degree and HR Certification
16.   Bolden First EEOC Charge and Settlement Agreement
17.   Manager of Public Access, Jury and Tax Deeds Job Description
18.   Job Opportunity Announcement for Assistant Director of Court Services
19.   Bolden Resume
20.   Peacher note on Dillard-Spahn Resume
21.   Job Opportunity Announcement for Assistant Director of Finance
22.   Jovanovski Request for Consideration for Assistant Director of Finance
23.   Peacher letter to Eckerd College Regarding Bolden Qualifications
24.   Bolden Second EEOC Charge and EEOC Dismissal and Notice of Rights
25.   Job Opportunity Announcement for Human Resources Officer, Bolden Request for Consideration, Rejection Email, Third EEOC Charge and EEOC Dismissal and Notice of Rights
26.   Bolden Request for Consideration for Human Resources Coordinator
27.   Clarke College Degrees and Military Award
28.   Jones College Degrees
29.   Jones Request for Consideration for Manager of Venice Branch
30.   Jones Request for Consideration for Manager of Records Management
31.   Board Records Manager Job Description and Shaw College Degree

# EXHIBIT 1

Manager of Communications
Job Description

009132

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of*
*Communications*
*Page 2 of 6*

| | |
|---|---|
| **Job Title:** | Manager of Communications |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001151 |
| **Pay Grade:** | 0151 |
| **Department:** | Operations |
| **Division:** | Executive Administrative Services |
| **Unit:** | |
| **Effective Date:** | |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.  Reports to the Chief Operations Officer.
B.  Provides a high-level of communications and operations support to the Clerk of the Circuit Court and Chief Operations Officer
C.  Works cooperatively with Department Directors, Managers, Supervisors, and all Clerk employees.
D.  Interacts with the other elected officials and their staff, senior executive personnel in state and local government, community leaders, representatives of the media, members of the judiciary and the general public, as requested.

## PURPOSE

This position, designated as *Essential Personnel,* is responsible for the development and implementation of the organization's communications strategy. This includes drafting speeches, assisting in the coordination of speaking engagements, preparing visual illustrations through advanced graphics, developing advanced PowerPoint presentations, designing, and preparing the annual report, and designing, writing, proofreading internal and external publications. Serving as the content manager of the organization's web-based communications (Internet and Intranet) is also an essential function of this position, with the assistance of a cross-divisional web team working together to ensure that consistent and accurate information is readily available to users. This position is expected to maintain an effective marketing program that showcases to our customers the advantages of utilizing our automated services. Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court and County Comptroller organization.

## ESSENTIAL FUNCTIONS

1.  **Develops and implements the organizations communication strategy.**
    a.  Prepares oral, written, and visual presentations, as requested.
    b.  Collects, prepares, selects appropriate support materials, as requested.
    c.  Coordinates the development and publication of the Clerk of the Circuit Court and County Comptroller Annual Report.
    d.  Develops the Clerk's annual budget presentation to the Board of County Commission (BOCC).
    e.  Compiles and maintains a current media contact list.
    f.  Develops, updates, and coordinates the implementation of the Communication Plan for the Clerk of the Circuit Court organization.
    g.  Coordinates the development of strategies for ongoing improvement of internal and external

**009133**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of*
*Communications*
*Page 3 of 6*

## ESSENTIAL FUNCTIONS

communications.

h.   Conducts tours of Clerk of the Circuit Court facilities.

i.   Serves as the content manager of the organization's web-based communication (Intranet and Internet).

j.   Maintains an effective marketing program that showcases the advantages of utilizing the organization's automated services.

k.   Prepares visual illustrations through advanced graphics, photography, and video clips, and incorporates into PowerPoint presentations, as requested.

2.   **Performs fiscal functions to efficiently support the Communications Program and technology adopted by the Clerk's office.**

a.   Provides input and information to Operations department manager for annual budget preparation in support of the approved communication strategies and communication technology needs.

b.   Processes orders for services, supplies, and resources in accordance with budget appropriations.

c.   Informs Operations department manager and Chief Operations Officer of unusual situations that may impact budget.

d.   Maintains accountability by monitoring the financial status/ results of the communication programs.

e.   Assures adequate property control practices are followed for the Clerk's Operations department.

3.   **Coordinates intergovernmental issues and formulates proposals for intergovernmental agreements.**

a.   Represents the Clerk of the Circuit Court at meetings with other county employees and officials as requested.

b.   Researches legislative or executive proposals relating to the operation of the Clerk of the Circuit Court's organization.

4.   **Contributes to the professional representation of the Clerk's organization through individual growth and development.**

a.   Provides a professional role model for staff to emulate.

b.   Participates in training and seminars that expand specific function job knowledge, professional development, and personal growth.

c.   Attends training courses identified for managerial development.

5.   **Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**

a.   Demonstrates willingness and ability to assist fellow employees, as well as management staff by displaying a positive and confident behavior.

b.   Promotes quality customer relations by identifying both internal and external customers, acknowledging customers promptly and using expressions that express respect, understanding, and enhanced self esteem.

c.   Creates a positive impression through effective use of telephone skills such as answering the telephone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.

d.   Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, and actions.

e.   Conveys directives in a manner that is consistent with the Clerk's message, regardless of personal opinion.

f.   Accepts and demonstrates leadership in the department as it relates to the communication of directive.



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of*
*Communications*
*Page 4 of 6*

## QUALIFICATIONS

### Education

A Bachelor's Degree from an accredited college or university in English, Journalism/Communications. Public Relations or a closely related field is required.  Graduate degree with an emphasis on Communications or Public Relations is preferred.

### Experience

Five to seven years' experience in a senior level position of a public communications function required. Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelors or Masters degree.  Technical skills will include Adobe, Pagemaker, Photoshop, Print Shop Delux, Publisher, Access, PowerPoint, Word, Excel, as well as web-based content management tools.

### Knowledge Base

1. Knowledge of the basic principles of management and organizational behavior.
2. Knowledge of media and public relations principles.
3. Knowledge of the principles and techniques of effective verbal and written communication.
4. Understanding of human behavior and motivation.
5. Knowledge of quantitative and qualitative methods of data collection and analysis.
6. Knowledge of program evaluation methods for governmental organizations.
7. Excellent program evaluation methods for governmental organizations.
8. Ability to synthesize and summarize large and/or complex information sets.
9. Knowledge of modern office practices, procedures and methods.

### Administrative Skills

1. High proficiency in the use of Microsoft software programs including: Word, Excel, Access, Power Point, & Publisher. Conceptualize and develop databases using popular computer programs.
2. Create and use computerized spreadsheets to conduct analysis.
3. Design and produce publications using desktop publishing software.
4. Ability to effectively communicate with a range of personalities.
5. Excellent ability to understand and express complex ideas.
6. Ability to conceptualize and communicate solutions to problems.
7. Compose and edit grammatically correct, properly formatted letters.
8. Ability to accurately recount events and conversations.
9. Answer telephones..

### Use of General Office Equipment

Develop office procedures.
Proofread documents.
Develop questionnaires and surveys.
Balance figures.
Compile statistics.
Coordinate meetings and record minutes.
Schedule appointments.



**009135**

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

*Position of Manager of Communications*
*Page 5 of 6*

**Job Description**

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A.  **SITTING: Frequent**
    Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B.  **BENDING / SQUATTING: Frequent**
    Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C.  **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
    Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D.  **CROUCH / KNEEL: Occasional**
    The filing process requires that worker be able to crouch/kneel.

E.  **PUSH / PULL: Continuous**
    Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F.  **VERBAL COMMUNICATION: Continuous**
    Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G.  **WRITTEN COMMUNICATION: Continuous**
    Worker encounters written communication when corresponding with internal and external customers.

H.  **HEARING ORDINARY CONVERSATION: Continuous**
    Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I.  **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
    Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J.  **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
    These functions are required daily in every task of this position when writing, filing, performing data entry, etc.

K.  **COORDINATION FOR REPETITIVE ACTION OF LEFT/RIGHT FOOT CONTROLS: Occasional**
    These functions are required on occasion when using dictation equipment.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

*Position of Manager of*
*Communications*
*Page 6 of 6*

**Job Description**

**L.   COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**M.   COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Left/Right: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**N.   FIRM GRASPING: Occasional**
Worker is mostly required to perform when filing..

**O.   FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**P.   LIFTING / CARRYING: Occasional**
Required to perform filing tasks or office organization and when preparing for meetings requires moving furniture or equipment.

## JOB LOCATION

- ☐ Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
- ☒ Historic Court House, 2000 Main Street, Sarasota, FL 34237
- ☐ Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
- ☐ Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
- ☐ South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
- ☐ Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
- ☐ Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

- ☒ Overtime is required, however position is not eligible for overtime pay
- ☐ Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

009137

# EXHIBIT 2

Manager of General Services and Procurement
Job Description

009138



SARASOTA COUNTY, FL

# CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

## Job Description

## ACKNOWLEDGEMENT OF RECEIPT

**Employee Name:**

**Department:**  Clerk Finance

**Division:**  General Services and Procurement

**Unit:**

**Position Title:**  Manager of General Services and Procurement

**Position Number:**

**Job Description Issued:**  October 31, 2016

---

**Supervisor's Signature**                                                    **Date**

**Manager's Signature**                                                       **Date**

**Director's Signature**                                                      **Date**

**Clerk of the Circuit Court's Signature**                                    **Date**

---

**NOTE:**  *This form is to be attached to the employee's Job Description for the next review period. Once all required signatures have been obtained, the original must be forwarded to Human Resources to be included in the employee's Personnel file.*

---

**Employee's Signature**                                                      **Date**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of General Services and Procurement*
*Page 2 of 7*

| | |
|---|---|
| **Job Title:** | Manager of General Services and Procurement |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001391 |
| **Pay Grade:** | 0391 |
| **Department:** | Clerk Finance |
| **Division:** | General Services and Procurement |
| **Unit:** | |
| **Effective Date:** | October 31, 2016 |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.  Reports to the Clerk Finance Officer.
B.  Responsible for the overall management of General Services and Procurement.
C.  Collaborates with the Clerk and Comptroller, Chief Operations Officer, General Counsel, Department Directors and Officers, Division Managers, and Unit Supervisors.
D.  Interacts with all employees of the Clerk and Comptroller's office
E.  Interacts with a variety of external customers including the general public, independent auditors and county consultants, and municipal, county and state governmental entities

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of General Services and Procurement to include developing and maintaining of policies and procedures in accordance with law, staffing plans, fiscal responsibilities and day-to-day operational demands. This division provides comprehensive general services and procurement management services for the Clerk and Comptroller's office. In addition this position is responsible for the direct oversight of building security and safety, office renovations, space planning, fleet, purchasing, contract maintenance and property control inventory. This position interacts with a variety of external customers, including the general public, vendors, media, judiciary, local business organizations and municipal, county and state government entities as well as internal customers and executives within the Clerk and Comptroller's office. This position must be a change agent, one that can implement approved policies and recommend changes in policy and procedures in support of the need for changes in service delivery and streamlining of other business processes.

## ESSENTIAL FUNCTIONS

1.  **Performs Human Resources functions of the Division to effectively meet the needs of the Division and the employees.**
    a.  Interviews, selects, and recommends the best-qualified candidates for employment to the Human Resources Officer, the Department Director, and the Clerk.
    b.  Ensures training and development needs for staff members are identified and addressed within a suitable time frame.
    c.  Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of General Services and Procurement*
*Page 3 of 7*

## ESSENTIAL FUNCTIONS

    d.   Evaluates employee work performance in an accurate and timely manner.

    e.   Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.

    f.   Maintains department organizational chart, job descriptions, and other relevant documentation to support staff resources.

    g.   Participates in and motivates staff to participate in projects designed to enhance moreale, education, and training in the Clerk and Comptroller's office.

    h.   Participates as requested in career days, college recruiting, and other activities to attract qualified candidates.

**2.   Performs fiscal functions for the Division to effectively forecast and utilize resources.**

    a.   Prepares annual budget for the division.

    b.   Administers expenditures and allocations of the budget.

    c.   Maintains property control within designated areas of the Clerk and Comptroller's organization.

**3.   Plans and directs the operations of the Division to consistently meet workflow requirements.**

    a.   Schedules hours of work; coordinating flexible work schedules and identifying, as well as, coordinating the training needs of staff while ensuring proper coverage of the department.

    b.   Evaluates efficiencies and improvements with regard to productivity.

    c.   Develops and maintains intra-departmental policies and guidelines.

    d.   Analyzes, evaluates, and interprets proposed and prospective legislature and regulatory requirements.

    e.   Prepares legislative impact statements in a timely manner.

**4.   Establishes attainable performance standards and measures for the Division to validate efficiencies of productivity.**

    a.   Quanitifies measurable performance standards.

    b.   Identifies, compiles, and analyzes pertinent statistical information.

    c.   Directs and monitors daily operation.

    d.   Maintains a high level of knowledge as it relates to the procedures and functionality of the Division.

**5.   Contributes to the professional representation of the Clerk and Comptroller's organization through individual growth and development.**

    a.   Participates in professional development through memberships and educational opportunities, including but not limited to, the Florida Association of Court Clerks and Comptrollers (FCCC).

    b.   Maintains current knowledge and awareness of industry trends and practices.

    c.   Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.

    d.   Seeks opportunities to network with counter-parts from other county Clerk and Comptroller offices.

    e.   Attends selected training courses identified for managerial development.

    f.   Accepts and demonstrates leadersip in the Department as it relates to the communication of directives.

**6.   Develops and maintains policies and procedures for the Division in accordance with law, which will ensure knowledge transfer when transition occurs.**

    a.   Develops and maintains policies and procedures as new legislation is enacted.

    b.   Develops training on new policies and procedures.

    c.   Ensures training is provided to staff timely.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

*Position of Manager of General Services and Procurement*
*Page 4 of 7*

**Job Description**

## ESSENTIAL FUNCTIONS

7. **Provides direct oversight for purchasing needs, contract management, property control and general office needs.**
   a. Ensures compliance with the issuing of purchase orders.
   b. Updates information and esnures compliance with the requirements for requests for proposal, formal bid processes, and contract negotiation processes.
   c. Complies with property control policies and procedures to ensure proper inventory control.
   d. Manages the security and structure of the purchasing card application and purchasing card program.

8. **Provides direct oversight for building safety and security, facilities requests, office design, construction, maintenance, and space planning.**
   a. Manage all facility requests in accordance with established policies and procedures.
   b. Manages and maintains the emergency response and evacuation plans for the Clerk and Comptroller's office.
   c. Oversees the coordination of records retention plans for the Clerk Finance Department.
   d. Manages the organization of all office construction and space planning activies for the Clerk and Comptroller's office.
   e. Ensures compliance with security system access for all Clerk and Comptroller personnel and other agencies requiring access to the Historic Courthouse and Judicial Center.

9. **Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**
   a. Acknowledges customers promptly and uses expressions that express respect, understanding and enhanced self-esteem.
   b. Creates a positive impression by providing effective, efficient and professional assistance in the course of duty.
   c. Promotes a professional image while representing the Clerk of the Circuit Court and County Comptroller through appearance, preparation, demeanor, and actions.
   d. Conveys directives in a manner that is consistent with the Clerk and Comptroller's message, regardless of personal opinion.
   e. Accepts and demonstrates leadership in the department as it relates to the communication of directives.
   f. Promotes quality customer relations by identifying both internal and external customers.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

## QUALIFICATIONS

### Education

Bachelor's degree from an accredited college or university in business or a related field is required.

### Experience

A minimum of five years of highly responsible experience in a professional staff capacity.  Government-related experience strongly preferred. Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelor's degree, or Master's degree, in one of the above disciplines.

### Management Experience

Minimum of three years of supervisory experience required.

### Knowledge Base

1. Knowledge of basic principles of management and organizational behavior.
2. Knowledge of media and public relations principles.
3. Knowledge of the principles and techniques of effective verbal and written communication.
4. Knowledge of quantitative and qualitative methods of data collection and analysis.
5. Understanding of human behavior.
6. Knowledge of program evaluation methods for governmental organizations.
7. Ability to synthesize and summarize large and/or complex information sets.
8. Knowledge of office practices, procedures and methods.

### Administrative Skills

1. Ability to lead and manage people and large-scale projects.
2. Ability to exercise sound judgment, analyze alternative solutions to problems and formulate recommendations.
3. Ability to effectively utilize professional and technical resources to research issues, draw conclusions and convey findings.
4. Ability to prioritize and multi-task while producing timely output with a high level of accuracy.
5. Ability to communicate ideas, recommendations, and technical information clearly and effectively both orally and in writing.
6. Ability to prepare/present complex budgetary, financial and operational reports, statements and documents.
7. Ability to organize, direct and implement a comprehensive financial and budgetary management program.
8. Ability to interpret and apply laws, rules, statutes, and regulations.
9. Ability to analyze problems, formulate recommendations and identify alternative solutions in support of goals.
10. Ability to maintain effective working relationships with members of the financial and business communities, staff, committee members, public officials and the general public.

### Use of General Office Equipment

Computer equipment and peripherals
Photocopier and Fax Machine
Telephone, Calculator, etc.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

*Position of Manager of General*
*Services and Procurement*
*Page 6 of 7*

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C. **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of General Services and Procurement*
*Page 7 of 7*

---

**K.   COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**L.   COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**M.   FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

**N.   FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**O.   LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☐   Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☒   Historic Court House, 2000 Main Street, Sarasota, FL 34237
☐   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
☐   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
☐   Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐   Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

☒   Overtime is required, however position is not eligible for overtime pay
☐   Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# EXHIBIT 3

Manager of Criminal Courts
Job Description

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Criminal Courts*

**Job Description**     *Page 2 of 7*

| | |
|---|---|
| **Job Title:** | Manager of Criminal Courts |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001401 |
| **Pay Grade:** | 0401 |
| **Department:** | Courts Services |
| **Division:** | Criminal Courts |
| **Unit:** | N/A |
| **Effective Date:** | October 1, 2000 |
| **Revision Date:** | October 1, 2001 |

## JOB RELATIONSHIPS

    A.  Reports to the Director of Court Services
    B.  Responsible for the overall management of the Division
    C.  Collaborates with the Department Director, Division Managers and Unit Supervisors.
    D.  Interacts with all employees of the Clerk's office.
    E.  Interacts with a variety of external customers including the general public, media, judiciary, local business organizations, and municipal, county and state governmental entities.

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of the Criminal Court Processing division to include staffing, fiscal responsibilities and operational demands, and is responsible for managing daily operations of the Courts, Intake, and special Processing Units. In addition, this position directly oversees the Case Management System for the Clerk's office. Additional duties may be assigned as it relates to the mission of the Clerk of the Circuit Court's organization.

## ESSENTIAL FUNCTIONS

**1.    Performs Human Resources functions of the Department to effectively meet the needs of the Division and the employees.**

    a.  Interviews, selects, and recommends the best-qualified candidates for employment to the Director of Human Resources, the Department Director and the Clerk.
    b.  Ensures training and development needs for staff members are identified and addressed within a suitable time frame.
    c.  Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.
    d.  Evaluates employee work performance in an accurate and timely manner.
    e.  Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.
    f.  Maintains division organizational chart, job descriptions, and other relevant documentation to support staff resources.
    g.  Participates in and motivates staff to participate in projects designed to enhance morale, education, and training in the Clerk's office.
    h.  Participates as requested in career days, college recruiting, and other activities to attract qualified candidates.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**    *Position of Manager of Criminal Courts*

**Job Description**                                                                           *Page 3 of 7*

## ESSENTIAL FUNCTIONS

2. **Coordinates fiscal functions for the division to efficiently forecast and utilize resources.**
   a. Prepares annual budget for the division.
   b. Verifies and administers expenditures and allocations of the budget.
   c. Ensures property control within designated areas of the Clerk's organization.
   d. Monitors monthly inventory reports of the Clerk's equipment.  Immediately reports inventory discrepancies and recommends reporting to law enforcement agency.

3. **Plans and directs the operations of the division to consistently meet workflow requirements.**
   a. Ensures the development of work schedules; coordinating flexible work schedules; and identifying as well as coordinating the training needs of staff, while ensuring proper coverage of the division.  This is accomplished with the assistance of the unit supervisors.
   b. Authorizes all hours worked by staff (accuracy and proper accounts charged for hours worked).
   c. Develops and maintains intra-departmental policies and guidelines.
   d. Analyzes, evaluates, and interprets proposed and prospective legislative and regulatory requirements.
   e. Prepares legislative impact statements in a timely manner.
   f. Determines proper and fair delegation of assigned tasks to staff members to ensure compliance with state statutes and organizational deadlines.
   g. Analyzes problems, develops alternatives and innovative solutions, and develops and maintains contingency plans to ensure workflow meets established guidelines.
   h. Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.

4. **Establishes attainable performance standards and measures for the division to validate efficiencies of productivity.**
   a. Quantifies measurable performance standards for the measure of the strategic goals and objectives.
   b. Identifies, compiles and analyzes pertinent statistical information.
   c. Directs and monitors daily operation through the division supervisors.
   d. Maintains a high level of knowledge as it relates to the procedures and functionality of the division.

5. **Contributes to the professional representation of the Clerk's organization through individual growth and development.**
   a. Participates in professional development through memberships and educational opportunities, including but not limited to, the Florida Association of Court Clerks and Comptrollers (FACC).
   b. Maintains current knowledge and awareness of industry trends and practices.
   c. Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.
   d. Seeks opportunities to network with counter-parts from other county clerk offices.
   e. Attends selected training courses identified for managerial development.

6. **Manages the responsibilities for monitoring statistical data as it relates to state and local reporting.**
   a. Delegates the monthly SRS and the weekly OBTS reports generated for verification.
   b. Provides direction to all supervisors to ensure all weekly dispositions and court actions are reported.

7. **Manages the responsibilities for records protection and custodianship for the department.**
   a. Utilizes and complies with the requirements and policies of the Records Management software tracking system.

## ESSENTIAL FUNCTIONS

    b.    Updates information and compliance with the requirements in the Records Protection, Vital Records, and Disaster Recovery plans.

    c.    Complies with Records and Information Management policies and procedures to ensure proper identification, classification, status information, and disposition of records.

    d.    Participates as a member of the Vital Records and Disaster Planning Committee.

**8. Facilitates and participates in organization-wide projects.**

    a.    Participates in project proposals, charters, and scope statements.

    b.    Contributes to efficient and effective project team meetings.

    c.    Communicates and informs all appropriate stakeholders, divisions, and staffs.

    d.    Notifies the team and management of unusual situations or obstacles related to the completion of projects.

**9. Ensures transfer of knowledge to others for purposes of succession planning.**

    a.    Inventories procedures for divisions at all levels including the management level.

    b.    Documents procedures in division at all levels including the management level.

**10. Adheres to and follows the principles of the Clerk of the Circuit Court.**

    a.    Promotes quality customer relations by identifying both internal and external customers.

    b.    Acknowledges customers promptly and uses expressions that express respect, understanding, and enhanced self-esteem.

    c.    Creates a positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.

    d.    Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, and actions.

    e.    Conveys directives in a manner that is consistent with the Clerk's message, irrespective of personal opinion.

    f.    Accepts and demonstrates leadership in the department as it relates to the communication of directives.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Criminal Courts*

**Job Description**     *Page 5 of 7*

## QUALIFICATIONS

### Education

Bachelor's degree in Business Management, or related field required.  Master's degree, or MBA, a plus.

### Experience

Minimum of six to eight years of work experience in a professional customer service work environment.

### Management Experience

Minimum of six to eight years of management/supervisory experience required.

### Administrative Skills

Computer Skills
Ability to utilize Windows based applications.
Input data into various computer programs.
Type 45 words per minute on a keyboard.

Communication Skills
Utilize excellent oral and written communications when interacting with internal and external customers.

### General Office Equipment
Computer Equipment
Computer Printers
Photo Copier
Facsimile Machine
Typewriter
Calculator
Audio Records
Telephone
Bar Code Reader

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office.  Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Criminal Courts*

**Job Description**                                                      *Page 6 of 7*

Requires full range of body motion including:

**A.   SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

**B.   BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

**C.   CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

**D.   CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

**E.   PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

**F.   VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

**G.   WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

**H.   HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

**I.   HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

**J.   SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

**K.   COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**L.   COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**M.   FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

**N.   FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**O.   LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☐   Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☒   Historic Court House, 2000 Main Street, Sarasota, FL  34237
☐   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
☐   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Criminal Courts*

**Job Description**                                                          *Page 7 of 7*

☐  Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐  Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

☒  Overtime is required, however position is not eligible for overtime pay
☐  Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# EXHIBIT 4

Manager – Second Shift
Job Description

009153

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER    *Position of Manager - Second Shift*

**Job Description**                                                     *Page 2 of 6*

| | |
|---|---|
| **Job Title:** | Manager - Second Shift |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001415 |
| **Pay Grade:** | 0415 |
| **Department:** | Court Services |
| **Division:** | Second Shift |
| **Unit:** | |
| **Effective Date:** | January 1, 2011 |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.  Reports to the Director of Court Services
B.  Responsible for the overall supervision of the Division
C.  Collaborates with the Department Director, Division Managers and Supervisors
D.  Interacts with all employees of the Clerk's office
E.  Interacts with a variety of external customers, including the general public, media, judiciary, local business organizations, and municipal, county and state governmental entities.

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of the Second Shift Processing Division to include staffing, fiscal responsibilities and operational demands, and is responsible for setting performance standards and managing daily operations. In addition, this position directly oversees the case management system for the Division. The position requires daily coordination with the day shift management team and the ability to establish work plans that ensure all eligible documents and work are completed the same day it is received. It is also an expectation that this position will provide interim management coverage for other court departments when the duration of a Manager's absence is of a long term nature. Additional duties may be assigned as they relate to the Mission of the Clerk of the Circuit Court organization.

## ESSENTIAL FUNCTIONS

1.  **Coordinates the Human Resources functions of the Division to effectively meet the needs of the Division and the employees.**
    a.  Interviews, selects and recommends the best-qualified candidates for employment to the Director of Human Resources, the Department Director and the Clerk.
    b.  Ensures training and development needs for staff members are identified and addresses within a suitable time frame.
    c.  Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.
    d.  Evaluates employee work performance in an accurate and timely manner.
    e.  Participates, as requested, in recruitment activities to attract qualified applicants.
    f.  Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.
    g.  Ensures Division job descriptions are up-to-date as well as related documentation to support staff

009154



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**    *Position of Manager - Second Shift*

**Job Description**    *Page 3 of 6*

## ESSENTIAL FUNCTIONS

resources.

h.   Participates in and motivates staff to participate in projects designed to enhance morale, education and training of Clerk staff.

2.   **Coordinates Fiscal functions for the Division to efficiently forecast and utilize resources.**

   a.   Prepares annual budget for the Division.
   b.   Verifies and administers expenditures and allocations of the budget.
   c.   Ensures property control within designated areas of the Clerk's organization.
   d.   Monitors monthly inventory reports of the Clerk's equipment.  Immediately reports inventory discrepancies and recommends reporting to law enforcement agency.

3.   **Coordinates, plans and directs the daily assignments to ensure each business day closes with all eligible documents processed the same day they are received.**

   a.   Ensures the development of work schedules and identifies and coordinates the training needs of staff while ensuring proper coverage of the Division.
   b.   Authorizes all hours worked by staff (accurately charging accounts for hours worked).
   c.   Determines proper and fair delegation of assigned tasks to staff members to ensure compliance with established organizational and state mandated time standards/deadlines.
   d.   Analyzes problems, develops alternatives and innovative solutions and develops and maintains contingency plans to ensure workflow meets established deadlines.
   e.   Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.
   f.   Develops and maintains divisional policies and guidelines.
   g.   Analyzes, evaluates and interprets proposed and prospective legislative and regulatory requirements.
   h.   Prepares legislative impact statements, as requested, in a timely manner.

4.   **Establishes attainable performance standards and measures for the Division to validate efficiencies of productivity.**

   a.   Quantifies measurable performance standards for the measure of the strategic goals and objectives.
   b.   Identifies, compiles, and analyzes pertinent statistical information.
   c.   Maintains a high level of knowledge as it relates to the procedures and functionality of the Division.

5.   **Monitors and performs random audits to ensure high risk business processes are accurately processed and entered to ensure compliance with policies and procedures, Florida Statutes and state reporting requirements.**

   a.   Validates monthly SRS and weekly OBTS reports are accurate and ready for submission.
   b.   Generates reports and distributes for review and makes necessary corrections on daily processing and reporting errors to appropriate manager.
   c.   Reports:  Agency/Jurisdiction, Suspension Clearance, Lack of Prosecution and Mediation Docket Code reports.
   d.   Validates Warrants Recalled, Recall Notices sent to the Sheriff and dispositions entered on sentenced cases.

6.   **Contributes to the professional representation of the Clerk's organization through individual growth and development.**

   a.   Participates in professional development through memberships and educational opportunities including, but not limited to, the Florida Association of Court Clerks and Comptrollers (FACC).
   b.   Maintains current knowledge and awareness of industry trends and practices.



**009155**

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER          *Position of Manager - Second Shift*

**Job Description**                                                      *Page 4 of 6*

## ESSENTIAL FUNCTIONS

    c.    Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.

    d.    Seeks opportunities to network with counter-parts from other Florida County Clerk offices.

    e.    Attends selected training courses identified for managerial development.

**7.**    **Manages the responsibilities for Records Protection and Custodianship for the Division.**

    a.    Utilizes and complies with the requirements and policies of the Records Management software tracking system.

    b.    Updates information and complies with the requirements in the Records Protection, Vital Records, and Disaster Recovery Plan.

    c.    Complies with Records and Information Services policies and procedures to ensure proper identification, classification, status information, and disposition of records.

**8.**    **Adheres to and follows the principles of the Clerk of the Circuit Court.**

    a.    Promotes quality customer relations by identifying both internal and external customers.

    b.    Acknowledges customers promptly and uses expressions that display respect, understanding and enhanced self-esteem.

    c.    Creates positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and division, listening attentively, personalizing the conversation, and verifying information.

    d.    Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, actions, and high ethical standards.

    e.    Conveys directives in a manner that is consistent with the Clerk's message, irrespective of personal opinion.

    f.    Accepts and demonstrates leadership in the Division as it relates to the communication of directives.





**009156**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager - Second Shift*

**Job Description**     *Page 5 of 6*

## QUALIFICATIONS

### Education

Bachelor's degree from an accredited college, or university, in Business Management, or related field, is required. A Master's degree, or MBA, is a plus.

### Experience

Six to eight years of work experience in a professional customer service and/or administrative work environment is required.

### Management Experience

Five years of management/supervisory experience is required for the position.

### Administrative Skills

Computer skills – ability to use Windows-based applications

Communications skills – ability to use excellent oral and written communication when interacting with internal and external customers

### Use of General Office Equipment

Computer equipment
General office equipment such as fax machine and copier

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A.  **SITTING: Frequent**
    Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B.  **BENDING / SQUATTING: Frequent**
    Bending/squatting is required primarily in filing requirements or maintaining paperwork.

.C.  **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
    Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager - Second Shift*

**Job Description**                                                        *Page 6 of 6*

**D.  CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

**E.  PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

**F.  VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

**G.  WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

**H.  HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

**I.  HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

**J.  SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

**K.  COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**L.  COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**M.  FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

**N.  FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**O.  LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☐  Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☒  Historic Court House, 2000 Main Street, Sarasota, FL  34237
☐  Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐  Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
☐  South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
☐  Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐  Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday
☒  Overtime is required, however position is not eligible for overtime pay
☐  Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# EXHIBIT 5

Manager of Records Management
Job Description

009159

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

Job Description

| | |
|---|---|
| **Job Title:** | Manager of Records Management |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001401 |
| **Pay Grade:** | 0401 |
| **Department:** | Courts Services |
| **Division:** | Records Management |
| **Unit:** | Records Management |
| **Effective Date:** | February 18, 2015 |
| **Revision Date:** | June 17, 2016 |

## JOB RELATIONSHIPS

A. Reports to the Director of Court Services
B. Responsible for the overall management of the Northgate Records Center and Central Records.
C. Collaborates with the Clerk and Comptroller, Chief Operations Officer, General Counsel, Department Directors and Officers, Division Managers and Unit Supervisors.
D. Interacts with all employees of the Clerk and Comptroller's office.
E. Interacts with a variety of external customers including the general public, media, judiciary, local business organizations, and municipal, county and state governmental entities.

## PURPOSE

This position, designated as Essential Personnel, manages the overall function of the Northgate Records Center and Central Records to include developing and maintaining policies and procedures in accordance with law, staffing plans, fiscal responsibilities and day to day operational demands. This unit provides comprehensive records management services for the Clerk and Comptroller's office as well as Sarasota County Government. In addition this unit also supervises the court record scanning, filing and evidence management functions within the Clerk's office. This position interacts with a variety of external customers, including the general public, media, judiciary, local business organizations and municipal, county and state government entities as well as internal customers and executives within the Clerk and Comptroller's office. This position must be a change agent, one that can implement approved policies and recommend changes in policy and procedures in support of the need for changes in service delivery and streamlining of other business processes.

## ESSENTIAL FUNCTIONS

1.  **Performs Human Resources functions of the Division to effectively meet the needs of the Division and the employees.**

    a.  Interviews, selects, and recommends the best-qualified candidates for employment to the Human Resources Officer, the Department Director and the Clerk.
    b.  Ensures training and development needs for staff members are identified and addressed within a suitable time frame.
    c.  Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.
    d.  Evaluates employee work performance in an accurate and timely manner.
    e.  Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.
    f.  Maintains department organizational chart, job descriptions, and other relevant documentation to

**009160**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Records Management*
*Page 3 of 6*

## ESSENTIAL FUNCTIONS

support staff resources.

g.  Participates in and motivates staff to participate in projects designed to enhance morale, education, and training in the Clerk's office.

h.  Participates as requested in career days, college recruiting, and other activities to attract qualified candidates.

2.  **Performs fiscal functions for the division to efficiently forecast and utilize resources.**

a.  Prepares annual budget for the division.

b.  Administers expenditures and allocations of the budget.

c.  Maintains property control within designated areas of the Clerk's organization.

3.  **Plans and directs the operations of the division to consistently meet workflow requirements.**

a.  Schedules hours of work; coordinating flexible work schedules and identifying, as well as, coordinating the training needs of staff while ensuring proper coverage of the department.

b.  Evaluates efficiencies and improvements with regard to productivity.

c.  Develops and maintains intra-departmental policies and guidelines.

d.  Analyzes, evaluates, and interprets proposed and prospective legislative and regulatory requirements.

e.  Prepares legislative impact statements in a timely manner.

4.  **Establishes attainable performance standards and measures for the division to validate efficiencies of productivity.**

a.  Quantifies measurable performance standards.

b.  Identifies, compiles and analyzes pertinent statistical information.

c.  Directs and monitors daily operation.

d.  Maintains a high level of knowledge as it relates to the procedures and functionality of the division.

5.  **Contributes to the professional representation of the Clerk and Comptroller's organization through individual growth and development.**

a.  Participates in professional development through memberships and educational opportunities, including but not limited to, the Florida Association of Court Clerks and Comptrollers (FCCC).

b.  Maintains current knowledge and awareness of industry trends and practices.

c.  Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.

d.  Seeks opportunities to network with counter-parts from other county Clerk and Comptroller offices.

e.  Attends selected training courses identified for managerial development.

f.  Accepts and demonstrates leadership in the department as it relates to the communication of directives.

6.  **Develops and maintains policies and procedures for the division in accordance with law, which will ensure knowledge transfer when transition occurs.**

a.  Develops and maintains policies and procedures as new legislation is enacted.

b.  Develops training on new policies and procedures.

c.  Ensures training is provided to staff timely.

7.  **Manages the responsibilities for records protection and custodianship for the division.**

a.  Utilizes and complies with the requirements and policies of the Records Management software tracking system.

b.  Updates information and compliance with the requirements in the Records Protection, Vital Records, and Disaster Recovery plans.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

*Position of Manager of Records Management*

**Job Description**

*Page 4 of 6*

## ESSENTIAL FUNCTIONS

    c.   Complies with Records and Information Management policies and procedures to ensure proper identification, classification, status information, and disposition of records.

    d.   Participates as a member of the Vital Records and Disaster Planning Committee.

**8.   Provides direct oversight for Northgate Records Center records warehouse, scanning and evidence management.**

    a.   Position is designated as the Records Management Liaison Officer (RMLO), who serves as the point of contact between the Clerk's office and the Division of Library and Information Services records management program.

    b.   Manages annual disposition compliance statement reporting to Division of Library and Information Services.

    c.   Manage all records in accordance with rule and statute to include; accessions, establishing retention periods and the audit and disposition of records and the microfilming, scanning and archival storage of maps.

    d.   Facilitate public records requests.

    e.   Manage batch scanning process and image correction for all court records.

    f.   Manage filling of batch records and original Wills/Mortgages.

    g.   Ensures compliance with all management procedures related to the tracking, storage and disposition of evidence.

    h.   Review and update Material Safety Data Sheets.

**9.   Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**

    a.   Promotes quality customer relations by identifying both internal and external customers.

    b.   Acknowledges customers promptly and uses expressions that express respect, understanding, and enhanced self-esteem.

    c.   Creates a positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and County comptroller and department, listening attentively, personalizing the conversation, and verifying information.

    d.   Promotes a professional image while representing the Clerk and Comptroller through appearance, preparation, demeanor, and actions.

    e.   Conveys directives in a manner that is consistent with the Clerk and Comptroller's message, irrespective of personal opinion.

    f.   Accepts and demonstrates leadership in the department as it relates to the communication of directives.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Records*
*Management*
*Page 5 of 6*

## QUALIFICATIONS

### Education

Bachelor's degree in Business Management, or related field required. Master's degree, or MBA, a plus.

### Experience

Minimum of six to eight years of work experience in a professional customer service work environment.

### Management Experience

One to three years experience in a management or supervisory capacity required.

### Administrative Skills

Computer
Ability to use windows-based applications

Communication
Applies clear and concise oral communication skills.

Demonstrated effective written communication utilizing appropriate business English, spelling, punctuation and arithmetic.

Abilities
To interpret rules, regulation, standards and statutes.

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
   Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
   Bending/squatting is required primarily in filing requirements or maintaining paperwork.

009163

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

---

C. **CLIMB HEIGHT OF 6+ FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 6 feet and above and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

K. **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L. **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M. **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N. **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O. **LIFTING / CARRYING: Frequent**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

- ☐ Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
- ☒ Historic Court House, 2000 Main Street, Sarasota, FL 34237
- ☒ Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
- ☐ Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
- ☐ South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
- ☐ Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
- ☐ Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

- ☒ Overtime is required, however position is not eligible for overtime pay
- ☐ Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

---

©2012 eFORMandFUNCTION

www.eformandfunction.com

# EXHIBIT 6

Shakira Rolle
Request for Consideration for
Manager of Records Management

009165



**CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER**

EMPLOYEE JOB OPPORTUNITY
REQUEST FOR CONSIDERATION FORM

**TO:**   **Human Resources Department**

**FROM:**   Shakira Rolle, Supervisor , Court Processing
<u>Employee Name</u>   <u>Current Job Title</u>   <u>Department Name</u>

**DATE:**   October 9th 2017
<u>Date Submitted to Human Resources</u>

**RE:**   Position Number 3292 Title Manager of Records Management

Please accept this memo as an application for the position of Manager of Records Management
that was advertised in the Job Opportunity Announcement for the week ending

October 9th, 2017

I am qualified for this position based on the following (note education, experience, skills
and/or abilities):  (Please attach resume)

I have prior work experience as a Records
Supervisor. I worked in this capacity for the
State for 7 years. I am familiar with the
criminal process and the Clerk's operating
system which gives me an advantage in
understanding more of the Records Management
functions necessary to successfully execute the
job of manager. I understand that there is so
much more to know, but I believe that my experience
affords me a
Should you required additional information or which to schedule an interview, I can be
reached at  941-861-7714 .   great understanding
<u>Work Telephone Number</u>   of what to expect

_____
<u>Supervisor Signature</u>

Submit to HR Department by closing date

009166

SROLLE1104@GMAIL.COM ♦ 

## SHAKIRA ROLLE

## OBJECTIVES

I seek a Management or Business Administration position with an organization wherein I can continue to grow and utilize my varying skills in Business administration. I have multiple skills in resource management including worker's compensation, team building and project development. I can problem solve, multi-task, process documents, and research. I am committed to learning all that I can to support my institution and in return render all of my varied skills. I aim to be a team player to my peers as we strive to reach the organization's ultimate mission and vision.

## EDUCATION

Concordia University- Portland, Oregon
Exp. Graduation: August 2018 – Ed.D. Higher Education

Everglades University- Sarasota, Florida
December 2010 –Masters of Business Administration

Everglades University- Sarasota, Florida
June 2007- Bachelors of Business Administration

Keiser University- Sarasota, Florida
June 2002 –Associates of Science- Paralegal Studies

## EXPERIENCE

Clerk of the Circuit Court ♦ 2000 Main Street, Sarasota, Florida 34237
Supervisor of Criminal Processing – May 2016- Present

*Supervises the daily efficiency of the criminal processing workflow and filings in accordance with court procedures and legal requirements
*Collaborates with the Division Manager to create an efficient criminal department
*Identifies and ensures satisfactory compliance of office policies and procedures
*Works with staff to identify training development and areas of strength to appropriately place individuals within the department
*Performs yearly performance reviews in accordance with Clerk of Court standards
*Maintains/Adjusts staff schedules to provide an efficient workflow to meet productivity objectives

009167

Shakira Rolle

Deputy Clerk of Court –November 2014 – Present

*Run and prepare court dockets prior to court sessions
* Accurately document court proceedings/events on both the court appearance record and court docket
* Answer questions from court personnel/public accurately and professionally
* Maintain confidentiality
* Process daily court records to reflect each proceeding
* Attend court proceedings and maintain professionalism
* Professional contact with multiple agencies and customers
* Maintain professionalism

## 12th Judicial Circuit State Attorney's Office
♦ 1112 Manatee Ave. W. 6th Fl., Bradenton, Florida 34206
Records Management Supervisor –June 2002 – November 2014

*Supervised 15 direct reports for the Manatee County's State Attorney's Office
* Delivered annual performance reviews
*Managed all Records center operations
* Trained all incoming staff on office policy and procedure
*Mentored interns and coordinated summer program trainees
*Active participant/planner in disaster recovery and emergency operations testing/preparation
*Point of contact for escalated complaints/case handling
* Point of contact for worker's compensation complaints/reports
* Interacted with various State and local municipalities/internal/external customer service
* Ensured confidentiality polices were adhered to
* Conducted legal research, writing, filing, dictation, calendaring and e-filing
* Actively participated in the hiring, evaluation and training of all Records personnel
* Generated monthly and quarterly reports for State and government Department heads regarding all onsite-off site Records Management
* Maintained legal certifications in the proper rules of retention and dissemination of government records both paper & electronic (On and Offsite)

## SKILLS
♦ Microsoft Word, PowerPoint, Outlook, Excel, Switchboard, Dictation, Scanner, Copier, Team Player, Enthusiastic, Organized, Astute listener,
♦ Notary Public, Paralegal, Supervisor, Trainer, Mentor

2

009168

Shakira Rolle

---

## COMMUNITY ACTIVITIES

Girl Scout Troop leader- Troops 64 (10 years)

New Life Community Outreach- Church Secretary/Minister (3 years)

Service Unit Manager- Manatee 5 -Girlscouts of Gulfcoast Florida- (3 years)

References available upon request

009169



**KAREN E. RUSHING**
Clerk of the Circuit Court
and County Comptroller
SARASOTA COUNTY

# CLERK OF THE CIRCUIT COURT
# AND COUNTY COMPTROLLER
PO BOX 3079, SARASOTA, FL 34230-3079
## EMPLOYMENT APPLICATION

<u>PLEASE PRINT IN BLACK OR BLUE INK</u>

DATE: 1 0 1 7 1 4    SOCIAL SECURITY #

LAST NAME: B O L L E    FIRST NAME: S H A K I R A    MI:

PRESENT ADDRESS (number and street)

CITY:    STATE:    ZIP CODE:

HOME TELEPHONE NUMBER    ALTERNATE TELEPHONE NUMBER

srolle1104@gmail.com
E-MAIL ADDRESS (if we may contact you via e-mail)

REFERRED BY
☐ NEWSPAPER
☒ INTERNET
☐ WALK-IN
☐ EMPLOYEE

Are you at least 18 years of age? ☒ YES ☐ NO

Indicate the position(s) for which you are applying:

Position 1 [ ]    Position 2 [ ]    Date Available: 1 1 2 1 4

LIST ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT, IF APPLICABLE:

NAME: _____ RELATIONSHIP: _____ DEPT.: _____

Have you ever applied for a position with the Clerk of the Circuit Court? ☐ YES - approx. date(s): _____ ☒ NO
Have you ever been interviewed? ☐ YES - approx. date: _____ ☐ NO

## IMPORTANT INFORMATION

1. Your application *will not* be considered unless complete answers are provided to all questions in this application. A false answer or material omission to any question may be grounds for not employing you, or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.
2. The Clerk makes every effort to consider work schedule preferences. However, business needs may require job reassignment, mandatory overtime, shift work, rotating work schedules, and/or a work schedule other than Monday through Friday.
3. All applicants given a conditional offer of employment are required to successfully complete a criminal background check and a pre-employment physical and drug screen.
4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.
5. Certain positions with the Clerk of the Circuit Court may require an applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.
6. The Clerk does not discriminate on the basis of race, religion, color, gender, national origin, marital status, or disability. Any applicant who requires an accommodation to participate in the application/selection process is requested to make known the need for an accommodation to the Human Resources Department.

THE CLERK IS AN EQUAL EMPLOYMENT OPPORTUNITY /
AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT / VETERANS' PREFERENCE EMPLOYER

Have you ever been convicted of or pleaded nolo contendere to a felony?  ☐ YES  ☒ NO

Have you ever been convicted of or pleaded nolo contendere to a first-degree misdemeanor?  ☐ YES  ☒ NO

If you answered "Yes" to either question above, please state particulars:

Charge: _____   Date: _____

Sentence: _____

Are you now on probation?  ☐ YES  ☒ NO   Probationary Period: From _____ To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment.  The nature, severity and date of the offense(s) will be considered in relation to the position for which you are applying.

## EDUCATION AND TRAINING

| | | Degree(s) Earned | | |
|---|---|---|---|---|
| G.E.D. Certificate | ☐ | A.A. ☒ | A.S. ☐ | |
| High School Diploma | ☒ | B.A. ☐ | B.S. ☒ | |
| College Degree | ☒ | M.A. ☒ | M.S. ☐ | |
| | | Ph.D. ☐ | J.D. ☐ | |

Name and location of last high school attended:

_____

_____

| College Attended | From | To | Major | |
|---|---|---|---|---|
| Keiser University | 1/99 | 7/01 | Paralegal Studies | AA |
| Everglades Univ. | 05/05 | 10/10 | Business Admin | BA/MBA |
| Concordia Univer. | 3/14 | present | Higher Education | |

Total Credits Earned: _____

Vocational, Trade, Business, Armed Forces and/or other specialized training:

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |

Candidate will be responsible for presenting transcripts, diplomas, or certificates if employed.

Check skills that you possess:

☒ PC   ☒ Copier/Fax   ☒ Scanner   ☒ Calculator   ☒ Typewriter - Type ☐☐☐ wpm

☒ MS Word   ☒ Excel   ☐ Outlook   ☒ PowerPoint   ☐ Access   ☒ Data Entry

☐ Other software/applications Lotus Notes          ☒ Telephone - No. of lines 7

List any other skills, knowledge, or abilities that you would like considered as part of your application:

Notary Public , Management _____

Do you have a valid Florida driver's license?  Yes ☒ No ☐   License No.: _____

Driver's license from another state?  Yes ☐ No ☒   If "Yes", specify state: _____

Have you had a traffic violation in the last three years?   Yes ☐ No ☒

Please explain: _____

Has your driver's license ever been suspended or revoked?  Yes ☐ No ☒

For what reason: _____

The Clerk reviews driving records annually and therefore, your driving record is subject to review.

# EMPLOYMENT HISTORY

Complete in DETAIL starting with your present employer.  Include summer employment and U.S. military experience.
For any unemployment or self-employment periods, show dates and locations.  You may attach a resume; however, **you are still required to complete all information requested below.**  If additional space is required, attach a second sheet.

May we contact your current employer?   Yes ☐   No ☒

| Employer State Attorneys Ofc. | Job Title Records Supervisor | | |
|---|---|---|---|
| Address 1112 Manatee Ave W<br>City, State, Zip Bradenton, Fl 34205<br>Phone No. 941-747-3077 | Reason for Leaving Better opportunities for growth | | |
| | Date From | Date To | $ Earnings: 43000/yrly | # Emp. you Supervised 8 |
| Supervisor Lon Arend | 11/06 | present | | |
| Describe your job: Train, hire, supervise the daily work of staff, interact with multiple agencies to ensure accuracy of information | | | |

| Employer State Attorneys Ofc | Job Title Legal Secretary | | |
|---|---|---|---|
| Address 2071 Ringling Blvd<br>City, State, Zip Sarasota Fl<br>Phone No. 941-861-4400 | Reason for Leaving | | |
| | Date From | Date To | Earnings: 25000 yrly | # Emp. you Supervised |
| Supervisor Denise Ragan | 7/1/03 | 11/06 | | |
| Describe your job: Legal research, data entry, drafting of court documents | | | |

| Employer First Union | Job Title Teller Floater | | |
|---|---|---|---|
| Address Sarasota/Bradenton area<br>City, State, Zip<br>Phone No. | Reason for Leaving Graduated w/ degree Better opportunity | | |
| | Date From | Date To | Earnings: $ | # Emp. you Supervised 1 |
| Supervisor | 1/99 | 6/03 | | |
| Describe your job: | | | |

| Employer | Job Title | | |
|---|---|---|---|
| Address<br>City, State, Zip<br>Phone No. | Reason for Leaving | | |
| | Date From | Date To | Earnings: $ | # Emp. you Supervised |
| Supervisor | | | |
| Describe your job: | | | |

| Employer | Job Title | | |
|---|---|---|---|
| Address<br>City, State, Zip<br>Phone No. | Reason for Leaving | | |
| | Date From | Date To | Earnings: $ | # Emp. you Supervised |
| Supervisor | | | |
| Describe your job: | | | |

## VETERANS' PREFERENCE

Are you a resident of the State of Florida? Yes ☒   No ☐   (Veterans' Preference (VP) is only available to FL residents)

Are you claiming Veterans' Preference?   Yes ☐   No ☒   If "Yes", under which category are you claiming VP?:

☐ A veteran with a service-connected disability who is eligible for receiving compensation, disability retirement, or pension under public laws administered by the Veterans' Affairs and the Dept. of Defense.

☐ The spouse of a veteran who cannot qualify for employment because of a total and permanent service-connected disability, or the spouse of a veteran missing in action, captured, or forcibly detained in the line of duty by a foreign power.

☐ A veteran of any war who has served on active duty for one day or more during a wartime period and was honorably discharged.

☐ The unremarried widow/widower of a veteran who died of a service-connected disability.

☐ A veteran who has served in a qualifying campaign or expedition for which a campaign badge or expeditionary medal has been authorized.

**NOTE: Documentation of eligibility for Veterans' Preference is required at the time of application.**

If you feel that you were not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation. To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, 11351 Ulmerton Rd., Suite 311-K, Largo, FL 33776. Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision, or within three months of the date of application if no notice is given.

Have you previously been employed by Sarasota County?   Yes ☐   No ☒   Dept./Div. _____

From _____ To _____ Position _____ Reason for Leaving _____

Have you ever worked under a different name (maiden/alias)? Yes ☐ No ☒ Name: _____

Are you legally authorized to work in the U.S.?   Yes ☒   No ☐

Alien Registration Number: _____

## STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I understand that Sarasota County Government conducts pre-employment background checks of all successful applicants for employment. I hereby authorize Sarasota County Clerk of the Circuit Court and County Comptroller to make a thorough investigation of my entire work and educational records and to verify all other data I have provided, except where otherwise indicated. It is my understanding that this application, by law, will become public record when submitted and Sarasota County Clerk of the Circuit Court and County Comptroller cannot guarantee me its confidentiality. I further understand that, if employed, other potential employers or third parties related to my suitability for employment, personal or otherwise, may contact the Clerk for job-related information. I hereby authorize the Clerk to provide factual job-related information to potential employers or third parties upon request.

I have read and understand all of the information and agree to the terms provided herein. I hereby release Sarasota County Clerk of the Circuit Court and County Comptroller, Human Resources, former employers, and all references listed above from any and all claims, demands or liabilities which may result from furnishing the information requested.

All requests for information have been completed as fully and as accurately as possible. I recognize that any material misrepresentation or pertinent omission of fact in my application may disqualify me from employment with Sarasota County Clerk of the Circuit Court and County Comptroller.

_____            ____10/17/14____
**Signature of Applicant**                              **Date**

009173



# Keiser College

The Board of Governors of Keiser College
on recommendation of the Faculty, has conferred upon

## Shakira Latonya Rolle

who has successfully completed the
Educational requirements for this program, a Degree of

## Associate of Arts
## Paralegal

with all the Rights, Privileges and Honors thereunto appertaining

Sarasota, Florida, this 28th day of June, 2002

_____     _____     _____
Executive Director                        President                          Dean of Academic Affairs

009174



# Everglades University

By Virtue of the Authority of
The Board of Trustees of Everglades University
and on the recommendation of the faculty, has conferred upon

## Shakira L. Rolle

who has successfully completed the
educational requirements for this program, the degree of

## Bachelor of Science
## Business Administration

with all rights, privileges and honors thereunto appertaining.
Given at Sarasota, Florida, on this
23rd day of June, 2007.

_President_                    _Vice President of Academic Affairs_

009175



# Everglades University

By Virtue of the Authority of
The Board of Trustees of Everglades University
and on the recommendation of the faculty, has conferred upon

## Shakira L. Rolle

who has successfully completed the
educational requirements for this program, the degree of

## Master of Business Administration

with all rights, privileges and honors thereunto appertaining.

Given at Sarasota, Florida, on this
18th day of December, 2010.

_____
President

_____
Dr. Jayne Horsbelle
Vice President of Academic Affairs

009176

# EXHIBIT 7

Manager of Administrative Services
Job Description

009177

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Administrative Services*
*Page 2 of 7*

| | |
|---|---|
| **Job Title:** | Manager of Administrative Services |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001407 |
| **Pay Grade:** | 0407 |
| **Department:** | Operations |
| **Division:** | Administrative Services |
| **Unit:** | |
| **Effective Date:** | October 1, 2014 |
| **Revision Date:** | October 1, 2015 |

## JOB RELATIONSHIPS

A.  Reports to the Chief Operations Officer.
B.  Provides support and indirectly reports to the Clerk of the Circuit Court and County Comptroller.
C.  Responsible for the overall management of the department.
D.  Collaborates with the Executive Assistant, Senior Executive Secretary, Communications Manager, Chief Operations Officer and the Clerk of the Circuit Court.
E.  Provides a high level of office administrative support for the Operations Department.
F.  Works cooperatively with Department Directors, Managers, Supervisors, and all Clerk employees.
G.  Interacts with the other elected officials and their staff, senior executive personnel in state and local government, community leaders, representatives of the media, members of the judiciary and the general public.

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of the Administrative Services division of the Operations Department to include staffing, fiscal responsibilities and operational demands. This position is responsible for managing the daily operations of administrative support provided to the Clerk, Chief Operations Officer, Directors, Officers and General Council, as well as overseeing communications management. Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court and County Comptroller organization.

## ESSENTIAL FUNCTIONS

**1.   Performs Fiscal functions to efficiently support the Central Administrative Services Department and responsibly utilize resources.**

a.  Prepares the annual budget for the Central Administrative Services Department.
b.  Processes orders for services, supplies and resources in accordance with budget appropriations.
c.  Informs the Chief Operations Officer of unusual situations that may impact the budget.
d.  Authorizes the procurement of goods and services, except attorney fees.
e.  Administers expenditures and allocations of the budget and reports to the Chief Operations Officer.
f.  Maintains accountability by monitoring the financial status/results of the department.
g.  Maintains an effective internal control structure relative to the department budget.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**    *Position of Manager of Administrative*
*Services*
**Job Description**    *Page 3 of 7*

## ESSENTIAL FUNCTIONS

2.  **Performs Human Resources functions to effectively meet the needs of the Administrative Services Department and the employees.**
    a.  Coordinates and participates in the hiring process (i.e. interviewing and recommending the best qualified candidates for employment to the Director of Human Resources, the Chief Operations Officer and the Clerk of the Circuit Court).
    b.  Identifies the training and development needs of staff members and provides training within a suitable time frame.
    c.  Ensures consistency and compliance with policies and procedures within the Central Administrative Services Department.
    d.  Maintains departmental organization chart, job descriptions and other relevant documentation to support staff resources.

3.  **Plans and directs the operations of the department to consistently meet workflow requirements.**
    a.  Schedules hours of work, coordinates work schedules to ensure proper coverage and coordinates the training needs of staff. (Unless extenuating circumstances occur, two fully proficient staff members must be in the office at all times.)
    b.  Authorizes all hours worked by staff (accuracy and proper accounts charged for hours worked).
    c.  Determines proper an fair delegation of assigned tasks to staff members to ensure compliance with state statutes and organizational deadlines.
    d.  Analyzes problems, develops alternatives and innovative solutions, and develops and maintains contingency plans to ensure workflow meets established deadlines.
    e.  Evaluates efficiencies and improvements with regard to productivity.
    f.  Develops and maintains intra-departmental policies and guidelines.
    g.  Explores opportunities to utilize new systems, technology and equipment to enhance productivity.
    h.  Analyzes, evaluates, and interprets proposed and prospective legislative and regulatory requirements, as applicable.

4.  **Establishes attainable performance standards and measures for the division to validate efficiencies of productivity.**
    a.  Quantifies measureable performance standards.
    b.  Identifies, compiles and analyzes pertinent statistical information.
    c.  Directs and monitors daily operations.
    d.  Maintains a high level of knowledge as it relates to the procedures and functionality of the division.

5.  **Leads a high level of administrative support for routine/new initiatives within the Administrative Services Department.**
    a.  Serves as Project Leader for assigned projects within the Department.
    b.  Oversees the administration of automated systems to ensure reports are provided on a regular basis and the systems are maintained properly.
    c.  Manages  the coordination of SPC meetings, meeting agenda, meeting minutes and action items.
    d.  Oversees the compilation, review and distribution of SPC Meeting minuters and status update reports.
    e.  Oversees the All Employee Meeting process ensuring that the agenda, talking points, electronic visual presentation, support materials, venue and technology requirements are completed and in order.
    f.  Monitors and directs necessary maintenance for automated systems.
    g.  Explores opportunities to utilize new systems, technology and equipment to enhance productivity.
    h.  Oversees the preparation of oral, written and visual presentations to ensure requirments and deadlines are met.

009179

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Administrative Services*

**Job Description**     *Page 4 of 7*

## ESSENTIAL FUNCTIONS

    i.    Oversees the preparation and maintenance of all data tracking resources.

    j.    Evaluates efficiencies an improvement with regard to productivity.

    k.    Oversees all event planning to ensure proper equipment, room set-up and hospitality requirements are met.

    l.    Oversees the preparation of support materials for speeches and presentations to ensure they are in accordance with requested requirements.

    m.    Oversees the monitoring and tracking of all forms of Customer Feedback responses to ensure they are responded to in a timely manner.

    n.    Ensures time standards are met as they relate to due dates for meeting agendas, meeting minutes, meeting talking points adn meeting room set-ups.

**6.  Leads Communication Management in routine/new initiatives within Administrative Services Department**

    a.    Oversees the development and implementation of the organizations communications strategy.

    b.    Oversees the coordination of the specializied annual reports, presentations, bio's and speeches, as applicable.

    c.    Oversses the coordination of intergovernmental issues and proposals for intergovernmental agreements.

    d.    Oversees the administrative communication efforts for organzational  emergency and disaster recovery planning.

    e.    Oversees the departmental web communication process.

    f.    Oversees the Clerk Communication process.

    g.    Oversees the coordination and editing process for publications, forms

**7.  Contributes to the professional representation of the Clerk's organization through professional growth and development.**

    a.    Maintains current knowledge and awareness of industry trends and practices.

    b.    Represents the Clerk's organization on committees, meetings, and/or programs, as requested.

    c.    Attends selected training courses identified for managerial development.

**8.  Adheres to and follows the principles of the Clerk of the Circuit Court.**

    a.    Demonstrates willingness and ability to assist fellow employees, as well as management staff by displaying a positive and confident behavior.

    b.    Promotes quality customer relations by identifying both internal and external customers.

    c.    Acknowledges promptly and uses expressions that express respect, understanding and enhanced self-esteem.

    d.    Creates a positive impression through effective use of telephone skills, such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation and verifying information.

    e.    Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, and actions.

    f.    Accepts and demonstrates leadership in the department as it relates to the communication of directives.

**009180**

## QUALIFICATIONS

### Education

A Bachelors degree from an accredited college, or university, in Public Administration, Business, Communications, Marketing, or a related field, required.

### Experience

Five years of experience in a professional staff capacity to an elected official, agency head, or chief executive officer is required. Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelors degree, or Masters degree, in one of the above disciplines.

### Management Experience

None required.

### Knowledge Base

1. Knowledge of basic principles of management and organizational behavior.
2. Knowledge of media and public relations principles.
3. Knowledge of the principles and techniques of effective verbal and written communication.
4. Knowledge of quantitative and qualitative methods of data collection and analysis.
5. Understanding of human behavior.
6. Knowledge of program evaluation methods for governmental organizations.
7. Ability to synthesize and summarize large and/or complex information sets.
8. Knowledge of office practices, procedures and methods.

### Administrative Skills

1. Highly proficient in the use of Microsoft software programs including Word, Excel, Access, PowerPoint, and Publisher. Conceptualize and develop databases using popular computer programs.
2. Create and use computer spreadsheets to conduct analysis.
3. Design and produce publications using desktop publishing software.
4. Ability to effectively communicate with a range of personalities.
5. Excellent ability to understand and express complex ideas.
6. Ability to conceptualize and communicate solutions to problems.
7. Compose and edit grammatically correct, properly formatted letters.
8. Ability to accurately recount events and conversations.
9. Answer telephones.

### Use of General Office Equipment

Computer equipment and peripherals
Copier, Fax Machine, Calculator, Telephone, etc.

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

009181

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Administrative*
*Services*
*Page 6 of 7*

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C. **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

K. **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L. **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M. **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N. **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

009182

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Administrative Services*
*Page 7 of 7*

**O.   LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☐ Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
☒ Historic Court House, 2000 Main Street, Sarasota, FL 34237
☐ Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐ Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
☐ South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
☐ Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐ Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week / Monday – Friday

☒ Overtime is required, however position is not eligible for overtime pay
☐ Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# EXHIBIT 8

Job Opportunity Announcement for
Manager of Board Records

009184



# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE: February 14, 2017



**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**

ployees who are interested in applying for the following position may submit an **Employee quest for Consideration** form directly to the Human Resources Dept. Forms are available in the rk's Human Resources Department. One's eligibility for a position is determined by education, ated job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN February 14, 2017.**

**Job Title:**    **Manager of Board Records**
**Position #:**   **33351**
**Pay Grade:**    **0397**
**Department: Board Records**

## PURPOSE:

This position, designated as Essential Personnel, manages the overall function of the Board Records Division to include staffing, fiscal responsibilities and operational demands. In addition, this position is responsible for managing the various functions of the Board Records Division in order to provide records organization, preservation and retrieval for the Board of County Commissioners, various appointed and elected boards and commissioners pursuant to County ordinance and Florida Statutes. Additional duties may be assigned as they relate to the mission of the organization.

## QUALIFICATIONS:

### Education

Bachelor's Degree in Business Management or related field required. Master's Degree preferred.

### Management Experience

Minimum of six to eight years of management/supervisory experience required.

### Knowledge Base

1. Knowledge of principles of personnel administration, supervision and training.
2. Knowledge of the modern office practices, procedures and equipment.
3. Knowledge of records management including organization, retention, storage, and retrieval.
4. Knowledge of office management practices.
5. Knowledge of Business English, spelling, punctuation and arithmetic.
6. Knowledge of techniques for handling telephone calls in a courteous and efficient manner.
7. Knowledge of the functions, operations and structure of county government.

# EXHIBIT 9

Charles Maloney
Request for Consideration for
Manager of Board Records

009187



# CLERK OF THE CIRCUIT COURT
## EMPLOYEE JOB OPPORTUNITY
## REQUEST FOR CONSIDERATION FORM

**TO:**  Human Resources Department

**FROM:**  Charles Maloney, Recording Secretary, Board Records
Employee Name          Current Job Title          Department Name

**DATE:**  February 14, 2017
Date Submitted to Human Resources

**RE:**  Position Number 33351      Position Title Mgr. of Board Records
Position for which you are applying

Please accept this memo as an application for the position of Mgr. Board Re, which
was advertised in the Job Opportunity Announcement for the week ending
February 10, 2017 .

I am qualified for this position based on the following (note education,
experience, skills and/or abilities):  (Please attach resume)

- 20+ years Management/Supervisory experience
- Excellent computer skills
- Knowledge and proficiency in numerous software programs
- Intuitive ability to master and understand new processes and procedures
- Knowledge and experience as Project Manager/Safety Manager/Quality Assurance Manager
- Develop/train/mentor of Standard Operating Procedures
- Knowledge and proficiency of all facets of Board of County Commission, Planning Commission, Code
  Enforcement, Charter Review Board, and Value Adjustment Board meetings
- Adaptable, flexible, dependable, and excellent ability to resolve issues/concerns
- Participation in numerous Company sponsored seminars/webinars/training classes
- Three years of University credits
- Performance Rating of 4.6 (2015), 4.8 (2016)

Should you require additional information or which to schedule an interview, I
can be reached at 941-861-5638 .
Work Telephone Number

_Pauline A. Shaw_
Supervisor Signature

### Submit to HR Department by closing date.

009188

# Charles E. Maloney

cmaloney317@gmail.com

Cell: (941) 539-3336

Sarasota, FL

## Skills Summary:

| | |
|---|---|
| Granicus Live Manager/Media Manager | ImageFlow |
| Axia (VAB Property Tax Appeal System) | DCR Recorder/Player |
| OnBase Code Enforcement/Workview | File Maker |
| PC/Mac Literate | Microsoft Office/MS Visio |
| Coaching/Mentoring/Management | Adobe Creative Suite/ Adobe Acrobat & Distiller |
| Account Reconciliation | Proprietary Software Programs |
| Organized/Detailed-oriented | Written/Verbal Communication Skills |

## Employment History:

- **Clerk of the Circuit Court and County Comptroller Board Records Department**

August 2014 / Present

*Deputy Clerk/Recording Secretary*
Responsibilities/Activities:
Proficient in all facets of Board Records processes and procedures, including:
- o   Board of County Commissioners
- o   Planning Commission
- o   Charter Review Board
- o   Value Adjustment Board
- o   Code Enforcement
- o   Customer Service/Public Access requests
- o   Management of OnBase Workview
- o   Home Solicitation applications
- o   Coaching and mentoring team members
- o   Member/participation in County Emergency Action team, Board Records Electronic Processing (BREP) Project Charter/Flowcharts
- o   Assisted in developing Standard Operating Procedures
- o   Training/mentoring sessions with Charter Review Board processes, Excel basics, BCC Document Processing, Granicus Media Manager basics, etc.
- o   Developed OnBase Code Enforcement Training manuals and conducted training sessions with Clerk/County management, Code Enforcement personnel and Special Magistrates
- o   Participation/attendance at County sponsored Project Management Essentials course, Pioneer Technology Group Axia conferences, and numerous State of Florida Department of Revenue Value Adjustment Board seminars

- **Capgemini**

December 2010 / August 2014

*Portfolio Manager, Production Supervisor, Project Lead and Credit Supervisor for two medical equipment and supply companies - GE Healthcare and Natus Medical*
Responsibilities/Activities:
- o   Monitoring assigned key performance indicators for team
- o   Managing aging bucket reductions and improving percentage current for respective zones
- o   Monitoring/improving inventory turnover (line items credit/debit)
- o   Coaching and mentoring team members

- o   Escalation point for respective zones
- o   Improving collector compliance to standard work
- o   Quality audits
- o   Successfully manage portfolio account of $4.5 - $6 million in assets on a monthly basis
- o   Conflict resolution through invoice, service reports, contracts and quote research
- o   Consistently exceed performance metrics – outbound calls, data base coding, accounts receivable goals – several first place awards for month-end performance results
- o   Knowledgeable and proficient in Oracle, GECARS, Siebel, Legacy mainframe, Microsoft office and numerous proprietary software programs and websites associated with GE Healthcare

- **Herald Tribune Media Group**                                    November 1986 / March 2009
  *Assistant Composing Manager, Composing Manager, Night Production Manager, Quality Assurance Manager, Acting Mailroom/Distribution Manager, Acting Prepress Manager, Prepress Manager, Prepress Supervisor, Prepress Special Projects Coordinator*
  Responsibilities/Activities:
  - o   Directed, trained, managed and evaluated staff in every production department
  - o   Oversaw and developed expense and training budgets for the entire production department
  - o   Successfully accomplished MBO metrics regarding budget control, reduction of customer credits and maintaining deadlines
  - o   Responsible for all product costing for internal and external special sections, projects
  - o   Coordinating and processing all special sections, print and delivers, commercial work and purchase orders for outside vendors
  - o   Receiving all electronic advertising materials and auditing all files for compatibility and quality
  - o   Liaison for all school newspapers – high schools, several post-secondary institutions, middle and elementary schools, assisting in training in desktop publishing and submission of product in digital format
  - o   Successfully assisted in training and developing prepress personnel to the migration of a Mac based ad system from a proprietary system
  - o   Team Leader Quality Assurance and Control
  - o   Founding Member of ToastMasters Club
  - o   NYT Color Management Seminars
  - o   Greenbelt Training/Evergreen Seminar
  - o   NYT Project Management
  - o   Management Seminars – Safety, Legal Concerns, Employee Development and Evaluation, Diversity, Budget Development, etc.
  - o   Business Continuation Committee (Disaster Planning)
  - o   NYTRENG Safety Committee (Member and Team Leader)

- **Volunteer:**
  - o   Juvenile Diabetes Research Foundation – extremely active for over 15 years - Cash handling and account balancing, supervising other volunteers and registration

Charles E. Maloney                                        Cell: (941) 539-3336
CharlesMaloney02@yahoo.com                                           Sarasota, FL

Skills Summary:
PC/Mac Literate                              Microsoft Office/MS Visio
Coaching/Mentoring/Management                Adobe Creative Suite/ Adobe Acrobat & Distiller
Account Reconciliation                       Proprietary Software Programs
Organized/Detailed-oriented                  Written/Verbal Communication Skills

Employment History:

•Capgemini                                                     December 2010 / Present
Portfolio Manager, Production Supervisor, Project Lead and Credit Supervisor for two medical equipment and supply companies - GE Healthcare
Responsibilities:
oMonitoring assigned key performance indicators for team
oManaging aging bucket reductions and improving percentage current for respective zones
oMonitoring/improving inventory turnover (line items credit/debit)
oCoaching and mentoring team members
oEscalation point for respective zones
oImproving collector compliance to standard work
oManaging assignment of non-standard requests
oQuality and audit
oSuccessfully manage portfolio account of $4.5 - $6 million in assets on monthly basis
oConflict resolution through invoice, service reports, contracts and quote research
oConsistently exceed performance metrics - outbound calls, data base coding, accounts receivable goals - several first place awards for mont
oKnowledgeable and proficient in Oracle, GECARS, Siebel, Legacy mainframe, Microsoft office and numerous proprietary software programs and w

•Herald Tribune Media Group                                   November 1986 / March 2009
Assistant Composing Manager, Composing Manager, Night Production Manager, Quality Assurance Manager, Acting Mailroom/Distribution Manager, A
Responsibilities:
oDirected, trained, managed and evaluated staff in many production departments
o        Oversaw and developed expense and training budgets for the entire production department
oSuccessfully accomplished MBO's over the years pertaining to operating under budget, reducing production credits and maintaining deadlines
oResponsible for all product costing for internal and external special sections, projects, etc
oDeveloped and distributed production deadlines for all special sections, holidays, and daily sections
oCoordinating and processing all special sections, print and delivers, commercial work and purchase orders for outside vendors
oReceiving all electronic advertising materials and auditing all files for compatibility and quality
oLiaison for all school newspapers - high schools, several post-secondary institutions, middle and elementary schools, assisting in training
oSuccessfully assisted in training and developing prepress personnel to the migration of a Mac based ad system from a proprietary system
oSuccessful project manager and member of several CER projects - prepress expansion, prepress restructuring and graphic upgrade phases, onli

•Committees/Training:
oTeam Leader Quality Assurance and Control
oStrategic Council Member (Value and Relevance)
oCustomer and Employee Recognition Committees
oFounding Member of ToastMasters Club
oNYT Color Management Seminars
oGreenbelt Training
oEvergreen Seminar
oNYT Project Management
oManagement Seminars - Safety, Legal Concerns, Employee Development and Evaluation, Diversity, Budget Development, etc
oBusiness Continuation Committee (Disaster Planning)
oNYTRENG Safety Committee (Member and Team Leader)

•        Volunteer:
oJuvenile Diabetes Research Foundation - extremely active for over 15 years - Cash handling and account balancing, supervising other volunte

009191

5:45



**KAREN E. RUSHING**
Clerk of the Circuit Court
and County Comptroller
SARASOTA COUNTY

# CLERK OF THE CIRCUIT COURT
# AND COUNTY COMPTROLLER
PO BOX 3079, SARASOTA, FL 34230-3079
### EMPLOYMENT APPLICATION

PLEASE PRINT IN BLACK OR BLUE INK

DATE `0 7 0 9 1 4`   SOCIAL SECURITY # ▓▓▓▓▓▓▓▓▓

LAST NAME `M A L O N E Y`   FIRST NAME `C H A R L E S`   MI `E`

PRESENT ADDRESS (number and street) ▓▓▓▓▓▓▓▓

CITY `S A R A S O T A`   STATE `F L`   ZIP CODE `3 4 2 3 2`

HOME TELEPHONE NUMBER `9 4 1 3 4 3 2 7 9 8`   ALTERNATE TELEPHONE NUMBER `9 4 1 5 3 9 3 3 3 6`

*Charles maloney02 @ yahoo. com*
E-MAIL ADDRESS (if we may contact you via e-mail)

REFERRED BY
☐ NEWSPAPER
☐ INTERNET
☐ WALK-IN
☒ EMPLOYEE

Are you at least 18 years of age? ☒ YES ☐ NO

Indicate the position(s) for which you are applying:

Position 1 [    ]   Position 2 [    ]   Date Available: [    ]

LIST ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT, IF APPLICABLE:

NAME: _Kerry K. Maloney_   RELATIONSHIP: _Daughter_ DEPT.: _County Clerk_

Have you ever applied for a position with the Clerk of the Circuit Court? ☒ YES - approx. date(s): _Mar.-Apr. 14_ ☐ NO

Have you ever been interviewed? ☐ YES - approx. date: _____ ☒ NO

### IMPORTANT INFORMATION

1. Your application *will not* be considered unless complete answers are provided to all questions in this application. A false answer or material omission to any question may be grounds for not employing you, or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

2. The Clerk makes every effort to consider work schedule preferences. However, business needs may require job reassignment, mandatory overtime, shift work, rotating work schedules, and/or a work schedule other than Monday through Friday.

3. All applicants given a conditional offer of employment are required to successfully complete a criminal background check and a pre-employment physical and drug screen.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of the Circuit Court may require an applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

6. The Clerk does not discriminate on the basis of race, religion, color, gender, national origin, marital status, or disability. Any applicant who requires an accommodation to participate in the application/selection process is requested to make known the need for an accommodation to the Human Resources Department.

THE CLERK IS AN EQUAL EMPLOYMENT OPPORTUNITY /
AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT / VETERANS' PREFERENCE EMPLOYER

Have you ever been convicted of or pleaded nolo contendere to a felony? ☐ YES ☒ NO

Have you ever been convicted of or pleaded nolo contendere to a first-degree misdemeanor? ☐ YES ☒ NO

If you answered "Yes" to either question above, please state particulars:

Charge: _____ Date: _____

Sentence: _____

Are you now on probation? ☐ YES ☒ NO   Probationary Period: From _____ To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment. The nature, severity and date of the offense(s) will be considered in relation to the position for which you are applying.

## EDUCATION AND TRAINING

| | | Degree(s) Earned | | |
|---|---|---|---|---|
| G.E.D. Certificate | ☐ | A.A. ☐ | A.S. ☐ |
| High School Diploma | ☒ | B.A. ☐ | B.S. ☐ |
| College Degree | ☐ | M.A. ☐ | M.S. ☐ |
| | | Ph.D. ☐ | J.D. ☐ |

Name and location of last high school attended:

Lamphere High School, Madison Hts, MI

| College Attended | From | To | Major |
|---|---|---|---|
| Oahland Univ.-Pontiac | 75 | 77 | Pol. Science |
| Eastern Mich. Univ. | Jan. 77 | May 78 | Pol. Science |

Total Credits Earned: _____

Vocational, Trade, Business, Armed Forces and/or other specialized training:

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Candidate will be responsible for presenting transcripts, diplomas, or certificates if employed.**

Check skills that you possess:

☒ PC   ☒ Copier/Fax   ☒ Scanner   ☒ Calculator   ☒ Typewriter - Type ☐☐☐ wpm

☒ MS Word   ☒ Excel   ☒ Outlook   ☒ PowerPoint   ☐ Access   ☐ Data Entry

☒ Other software/applications Visio, Numerous proprietary programs Acrobat ☐ Telephone - No. of lines ____

List any other skills, knowledge, or abilities that you would like considered as part of your application:

_____

Do you have a valid Florida driver's license?   Yes ☒   No ☐   License No.: _____.

Driver's license from another state?   Yes ☐   No ☒   If "Yes", specify state: _____

Have you had a traffic violation in the last three years?   Yes ☐   No ☒

Please explain: _____

Has your driver's license ever been suspended or revoked? Yes ☐   No ☒

For what reason: _____

**The Clerk reviews driving records annually and therefore, your driving record is subject to review.**

# EMPLOYMENT HISTORY

Complete in DETAIL starting with your present employer. Include summer employment and U.S. military experience. For any unemployment or self-employment periods, show dates and locations. You may attach a resume; however, **you are still required to complete all information requested below.** If additional space is required, attach a second sheet.

May we contact your current employer?    Yes ☐    No ☒

| Employer | Capgemini Inc. | Job Title | Credit Supervisor |
|---|---|---|---|
| Address, City, State, Zip, Phone No. | 3211 Fruitville, Sarasota, FL 34777 | Reason for Leaving | |
| Supervisor | Venkat Sarguaamurthy | Date From: Dec. 2010 / Date To: — / Earnings: $33K/yr. / # Emp. you Supervised: 11 | |
| Describe your job: | Business Process Outsourcing - responsible for accounts receivable for several projects. GE Healthcare + Patus Med. | | |

| Employer | Herald Tribune | Job Title | Prepress Operations Supervisor |
|---|---|---|---|
| Address, City, State, Zip, Phone No. | Main St. Sarasota, FL | Reason for Leaving | reduction in force. |
| Supervisor | Terry Doughty | Date From: Nov. 86 / Date To: Mar. 09 / Earnings: $48K/yr / # Emp. you Supervised: 30+ | |
| Describe your job: | Production supervisor/mgr. for various prod. depts. | | |

| Employer | | Job Title | |
|---|---|---|---|
| Address, City, State, Zip, Phone No. | | Reason for Leaving | |
| Supervisor | | Date From / Date To / Earnings: $ ___/___ / # Emp. you Supervised | |
| Describe your job: | | | |

| Employer | | Job Title | |
|---|---|---|---|
| Address, City, State, Zip, Phone No. | | Reason for Leaving | |
| Supervisor | | Date From / Date To / Earnings: $ ___/___ / # Emp. you Supervised | |
| Describe your job: | | | |

| Employer | | Job Title | |
|---|---|---|---|
| Address, City, State, Zip, Phone No. | | Reason for Leaving | |
| Supervisor | | Date From / Date To / Earnings: $ ___/___ / # Emp. you Supervised | |
| Describe your job: | | | |

## VETERANS' PREFERENCE

Are you a resident of the State of Florida? Yes ☒   No ☐  (Veterans' Preference (VP) is only available to FL residents)

Are you claiming Veterans' Preference?   Yes ☐   No ☒   If "Yes", under which category are you claiming VP?:

☐ A veteran with a service-connected disability who is eligible for receiving compensation, disability retirement, or pension under public laws administered by the Veterans' Affairs and the Dept. of Defense.

☐ The spouse of a veteran who cannot qualify for employment because of a total and permanent service-connected disability, or the spouse of a veteran missing in action, captured, or forcibly detained in the line of duty by a foreign power.

☐ A veteran of any war who has served on active duty for one day or more during a wartime period and was honorably discharged.

☐ The unmarried widow/widower of a veteran who died of a service-connected disability.

☐ A veteran who has served in a qualifying campaign or expedition for which a campaign badge or expeditionary medal has been authorized.

**NOTE: Documentation of eligibility for Veterans' Preference is required at the time of application.**

If you feel that you were not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation. To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, 11351 Ulmerton Rd., Suite 311-K, Largo, FL 33776. Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision, or within three months of the date of application if no notice is given.

Have you previously been employed by Sarasota County?   Yes ☐   No ☒   Dept./Div. _____

From_____ To_____ Position _____ Reason for Leaving _____

Have you ever worked under a different name (maiden/alias)? Yes ☐ No ☒ Name: _____

Are you legally authorized to work in the U.S.?   Yes ☒   No ☐

Alien Registration Number: _____

## STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I understand that Sarasota County Government conducts pre-employment background checks of all successful applicants for employment. I hereby authorize Sarasota County Clerk of the Circuit Court and County Comptroller to make a thorough investigation of my entire work and educational records and to verify all other data I have provided, except where otherwise indicated. It is my understanding that this application, by law, will become public record when submitted and Sarasota County Clerk of the Circuit Court and County Comptroller cannot guarantee me its confidentiality. I further understand that, if employed, other potential employers or third parties related to my suitability for employment, personal or otherwise, may contact the Clerk for job-related information. I hereby authorize the Clerk to provide factual job-related information to potential employers or third parties upon request.

I have read and understand all of the information and agree to the terms provided herein. I hereby release Sarasota County Clerk of the Circuit Court and County Comptroller, Human Resources, former employers, and all references listed above from any and all claims, demands or liabilities which may result from furnishing the information requested.

All requests for information have been completed as fully and as accurately as possible. I recognize that any material misrepresentation or pertinent omission of fact in my application may disqualify me from employment with Sarasota County Clerk of the Circuit Court and County Comptroller.

_____Charles E. Maloney_____                    _7-9-14_____
**Signature of Applicant**                              **Date**



# EXHIBIT 10

Payroll Manager
Job Description

009197

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER          *Position of Payroll Manager*

**Job Description**                                                        *Page 2 of 8*

| | |
|---|---|
| **Job Title:** | Payroll Manager |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001404 |
| **Pay Grade:** | 0404 |
| **Department:** | Finance and Board Services |
| **Division:** | Payroll |
| **Unit:** | |
| **Effective Date:** | |
| **Revision Date:** | January 2, 2002 |

## JOB RELATIONSHIPS

A.   Reports to the Director of Finance
B.   Indirect supervision by the Clerk of the Circuit Court and County Comptroller.
C.   Direct supervision of the Clerk's payroll division staff.
D.   Interacts with all the Board of County Commissioners.
E.   Interacts with employees of the Board of County Commissioners
F.   Interacts with employees of the Property Appraiser and Tax Collector

## PURPOSE

This position, designated as *Essential Personnel,* ensures that County employees who are to be paid by the Clerk's Finance Department are paid accurately, in a timely manner and in accordance with applicable laws and regulations. Responsibilities include management, direction and coordination of the activities of the Payroll division to provide professional, effective and efficient service to the County Business Centers and select Elected Officials. Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court organization.

## ESSENTIAL FUNCTIONS

1.   **Supervises and coordinates the preparation and distribution of payroll checks for employees of the Clerk of the Circuit Court, the Property Appraiser, Tax Collector, Supervisor of Elections, and the Board of County Commissioners.**
    a.   Orients employees to department procedures and methods.
    b.   Instructs employees in procedures for preparing payroll.
    c.   Supervises the gathering, reviewing and preparing of time cards for entering into the financial system.
    d.   Supervises and monitors the checking of input on reports generated by the software system.
    e.   Reviews all BCC personnel authorizations.
    f.   Reviews all BCC employee maintenance.
    g.   Reviews final reports for accuracy before payroll checks are run.
    h.   Resolves issues and problems with County Business Center and Elected Official representatives.
    i.   Assists departmental employees with questions regarding income tax withholding and other deductions.
    j.   Monitors the preparation of wire transfers.
    k.   Resolves questions or problems with time card and deduction requests.
    l.   Supervises any adjustment or correction needed.

**009198**

Case 8:23-cv-00531-SDM-UAM   Document 93-2   Filed 07/12/24   Page 95 of 285 PageID 2269

## ESSENTIAL FUNCTIONS

    m.  Supervises the running of payroll checks.

    n.  Supervises the distribution of payroll checks to County departments.

    o.  Supervises the distribution of payroll reports.

    p.  Supervises the distribution of payroll checks and reports to Elected Officials.

    q.  Supervises the processing of the payroll interface following established procedures.

    r.  Supervises and monitors the processing of diskettes for savings bonds, retirement and unemployment.

    s.  Supervises and monitors the processing of utility functions within the payroll system.

    t.  Researches, plans, and implements changes in practices and procedures to improve efficiencies

    u.  Transfers funds for various withholdings, including direct deposit, income and FICA taxes and other typical withholdings - includes preparing request for payment to appropriate payees for health, dental and life insurance, deferred compensation plans, child support withholdings, garnishments, savings bonds and other payments for retirement and unemployment benefits.

**2.  Maintains individual employee payroll records.**

    a.  Supervises and monitors processing of initial set-up of newly hired employees.

    b.  Supervises and monitors processing of employee earnings records which includes federal withholding, garnishments, child support, United Way contributions and other miscellaneous deductions.

    c.  Supervises and monitors processing of individual payroll deductions including retirement, cafeteria plan, health trust funds, and other miscellaneous contributions.

    d.  Maintains W-2 information and filing of payroll tax returns quarterly and annually.

    e.  Coordinates employee changes to the Cafeteria Plan during open enrollment within the payroll systems.

    f.  Oversees the daily activities of the Payroll division, planning, scheduling, and directing the workflow using established accounting policies and procedures.

**3.  Recommends appointment of personnel and promotes staff development.**

    a.  Interviews and recommends prospective new employees.

    b.  Provides and coordinates staff training.

    c.  Monitors flex schedules to ensure adequate staffing.

    d.  Approves staff leave requests, verifies and approves attendance time cards, and maintains vacation and work schedules.

    e.  Instructs staff on divisional procedures and provides notification of any changes in policy.

    f.  Prepares performance appraisals for the Payroll divisional staff.

    g.  Provides training to County Business Centers on the proper use of the County's automated payroll system.

    h.  Provides training to Elected Officials on proper use of the County's automated payroll system.

    i.  Initiates personnel actions, when appropriate, up to and including recommendations for termination.

**4.  Performs administrative functions related to office management and automated systems.**

    a.  Supervises the transfer of files and documents to the Records Center using the established procedures.

    b.  Coordinates the purchase, repair and maintenance of office equipment.

    c.  Processes, maintains records and prepares reports, which include legal instruments and other specialized records.

    d.  Provides testing of system updates and enhancements and immediately reports any problems.

    e.  Manages the IFAS incident log pertinent to payroll.

    f.  Assists in the start-up of new IFAS programs, interfaces and modules.

    g.  Develops control procedures and divisional processes and  policies regarding time card, personnel, statistical reporting and other major administrative functions.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**   *Position of Payroll Manager*

**Job Description**   *Page 4 of 8*

## ESSENTIAL FUNCTIONS

h. Provides input and recommendations for preparation of the annual budget.
i. Communicates administrative policies and procedures including personnel policies to internal and external customers.
j. Reads, interprets and applies rules and regulations established through the Fair Labor Standards Act, IRS regulations, Department of Revenue child support rules, County benefit agreements and bargaining union contracts, as they pertain to payroll.
k. Establishes and maintains such records, reports and controls, as necessary, to ensure compliance with rules and regulation including applicable laws, policies and directives and evaluates these on an ongoing basis for appropriateness.
l. Evaluates and recommends programs, policies, procedures and methods to ensure the efficient and effective production of payrolls and related activities assigned to the department. These may include designing, testing, and implementing new software, providing additional or changing services for other Elected Officials, or coordinating Cafeteria Plan open enrollment with Risk Management.
m. Assists in the development, maintenance, enforcement and performance of related rules and regulations for all departments.
n. Resolves software issues related to pay, deductions and contribution calculations with software vendor and System Analyst.
o. Stays current on new legislation affective IRS regulations, FLSA, Cafeteria Plans, retirement and other benefits. Attends seminars and reads and studies biweekly updates from payroll research service.

**5. Prepares and produces financial reports and presentations.**

a. Independently reviews and researches correspondence involving complicated subject matter and formulates final responses.
b. Prepares routine correspondence at the request of the Director.
c. Prepares and makes formal presentations on payroll related issues for the IFAS User Group, County Business Centers and Elected Officials.
d. Prepares complex/technical reports, analyses, graphs, and presentations as required by the Clerk of the Circuit Court or the Director of Finance.
e. Prepares reports of funds collected and accounted for.

**6. Participates on assigned special projects.**

a. Leads special studies and projects potentially requiring the ongoing coordination with County staff.
b. Implements new software supplications such as laser checks and W-2 printing.
c. Drafts policies and procedures for newly authorized programs and projects.
d. Participates in the IFAS User Group (SITE) as a member of various sub-committees and task forces.

**7. Adheres to and follows the principles of the Clerk of the Circuit Court.**

a. Promotes quality customer relations by identifying both internal and external customers, acknowledging customers promptly and using expressions that express respect, understanding and enhanced self-esteem.
b. Creates positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and division, listening attentively, personalizing the conversation and verifying information.
c. Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, and actions.
d. Conveys directives in a manner that is consistent with the Clerk's message, irrespective of personal opinion.
e. Accepts and demonstrates leadership in the division as it relates to the communication of directives.
f. Acknowledges customers promptly and uses expressions that express respect, understanding and


**009200**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Payroll Manager*

**Job Description**          *Page 5 of 8*

## ESSENTIAL FUNCTIONS

enhanced self-esteem.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**    *Position of Payroll Manager*

**Job Description**    *Page 6 of 8*

## QUALIFICATIONS

### Education

Graduation from an accredited four-years college, or university, with a Bachelor's degree in Business, Accounting, or related Field is required.  (Extensive, relevant experience in addition to a CPP license may off-set a Bachelor's degree.)

### Experience

Five (5) years of progressively more responsible experience in a computerized payroll department is required.

### Management Experience

Three (3) years of supervisory experience is required.

### Knowledge Base

1. Knowledge of principles of personnel, accounting, banking, purchasing and payroll processes.
2. Knowledge of modern office practices, procedures, and methods using automated systems.
3. Knowledge of principles of personnel administrating, supervision and training.
4. Knowledge of *relevant* objectives, practices, policies, procedures, operating rules and regulations, and laws applicable to Sarasota County.
5. Knowledge of research techniques, evaluation methods to interpret Internal Revenue code, Department of Labor child support laws, FLSA wage and hour regulations, and State of Florida Division of Retirement statutes, administrative code and handbook.
6. Knowledge of business writing skills.
7. Knowledge of records and preparation and retention.
8. Knowledge of automated accounting systems and spreadsheet, word processing, graphics, and presentation software.
9. Knowledge of techniques for handling telephone calls in a courteous and efficient manner.

### Administrative Skills

1. Ability to plan, organize and coordinate work assignments.
2. Ability to supervise payroll technicians in daily activities.
3. Ability to establish and maintain effective working relationships with internal and external customers.
4. Ability to effectively utilize professional and technical resources to research issues, draw conclusions, and convey findings.
5. Ability to lead and manage projects.
6. Ability to work effectively as part of a team, yet function well with independent responsibilities.
7. Ability to prioritize and handle multiple tasks.
8. Ability to analyze problems, formulate recommendations and identify alternative solutions in support of goals.
9. Ability to communicate ideas, recommendations, and technical information clearly and effectively both orally and in writing.
10. Ability to establish and maintain effective working relationships with others.

### Use of General Office Equipment

Computer equipment and peripherals
Photocopier and Fax Machine
Telephone, Calculator, etc.



**009202**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Payroll Manager*

**Job Description**                                                                     *Page 7 of 8*

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
   Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
   Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C. **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
   Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
   The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
   Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
   Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
   Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
   Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
   Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
   These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Payroll Manager*

**Job Description**          *Page 8 of 8*

K.  **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L.  **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M.  **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N.  **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O.  **LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☒  Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☐  Historic Court House, 2000 Main Street, Sarasota, FL  34237
☐  Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐  Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
☐  South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
☐  Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐  Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday
☒  Overtime is required, however position is not eligible for overtime pay
☐  Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# EXHIBIT 11

Shelly Adkins
Performance Correction Notice

009205

## PERFORMANCE CORRECTION NOTICE          300212

**Employee Name:**     Shelly R. Adkins          **Department:**  Finance Department
**Date Presented:**    October 29, 2012         **Director:**     Pete Ramsden

**Disciplinary Level**
    ☒    Final Written Warning

**Subject:** Substandard work performance
    ☒    Policy/Procedure Violation
    ☒    Professional Behavior/Conduct Infraction

    **Level of Discipline**          **Effective Date**
    **Reduced Authority /**          10/29/2012
    **Reassignment**

    **No Prior Notifications**

---

**Incident Description and Supporting Details:** Include the following information: Time, Place, Date of Occurrence, and Persons Present as well as Organizational Impact.

Ms. Adkins failed to accurately report the utilization of PTO into the official timekeeper system. Ms. Adkins acknowledged that she did maintain an accurate account of her PTO utilization on the calendaring system. Ms. Adkins acknowledged that she understands how to make the updates in the timekeeper system, but was not as diligent as required to ensure that her PTO accrual rates remained accurate in the official timekeeper system.

This policy and procedural violation is not what is expected at the Manager level. The Manager's job is to enforce policy. As a result, confidence has been lost in Ms. Adkins ability to perform the duties of a Manager.

In order to resolve the discrepancy in accounting for PTO in the official timekeeper system, Ms. Adkins will forfeit 80 hours of accrued PTO in the following manner.

    ➤ Bank A will be reduced by 40 Hours
    ➤ Bank B will be reduced by 40 Hours

In addition, Ms. Adkins will be reassigned to a _**Business Process Support Analyst**_ position within the Performance Management Department and her pay will be reduced to the market rate for the position.

    ➤ Current Annual Salary = $64,800
    ➤ New Annual Salary = $62,046

Ms. Adkins will not be eligible for a merit or bonus this fiscal year.


**Performance Improvement Plan**

1.    **Measurable/Tangible Improvement Goals:** Adherence to Updating the Timekeeper System to ensure accurate accrual balances vs. just relying on a calendaring system.

2.    **Training or Special Direction to Be Provided:** A training plan will be developed to support her in her new roles as a Business Process Support Analyst.

3.   **Interim Performance Evaluation Necessary:** N/A

4.   In addition, I recognize that you may have certain ideas to improve your performance. Therefore, I encourage you to provide your own **Personal Improvement Plan Input and Suggestions:**

_____
_____
_____
_____

(Attach additional sheets if needed.)

**Outcomes and Consequences**

**Positive:** If you meet your performance goals, no further disciplinary action will be taken regarding this issue. In addition, you will develop a greater sense of independence and autonomy on your job.

**Negative:** You are placed on notice that you are not meeting departmental performance standards. Performance improvement is expected and must occur in order to avoid further disciplinary action. A copy of this document will be placed in your personnel file.

**Scheduled Review Date:**     90 Day Evaluation

**Employee Comments and/or Rebuttal**

_____
_____
_____

(Attach additional sheets if needed.)

_____
Employee Signature

**Employee Acknowledgment**

I understand that the Clerk of the Circuit Court is an "at-will" employer, meaning that my employment has no specified term and that the employment relationship may be terminated any time at the will of either party on notice to the other. I also realize that the Clerk of the Circuit Court is opting to provide me with corrective action measures, and can terminate such corrective measures at any time, solely at its own discretion, and that the use of progressive discipline will not change my at-will employment status.

I have received a copy of this notification. It has been discussed with me, and I have been advised to take time and consider it before I sign it. I have freely chosen to agree to it, and I accept full responsibility for my actions. By signing this, I commit to follow the standards of performance and conduct.

X _____     _____     _____     _____
Employee Signature     Date          COO's Signature          Date

Witness: (if employee refuses to sign)

_____     _11/01/12_     _____
Name               Date             Time in conference

Distribution of copies:     _____ Employee          _____ Human Resources

009207

# EXHIBIT 12

Shelly Adkins
Promotion Back to
Manager of General Services and Procurement

009208

| Name | Effective Date | Title | Reason | Annual Salary | Type |
|------|----------------|-------|--------|---------------|------|
| Adkins , Shelly R | 10/01/2015 | Manager of General Services & Procurement | MERIT | $1,073.51 | Bonus |
| Adkins , Shelly R | 10/01/2014 | Manager of General Services & Procurement | MERIT | $1,196.00 | Bonus |
| Adkins , Shelly R | 10/01/2014 | Manager of General Services & Procurement | MERIT | $40,194.95 | Base |

009209

# EXHIBIT 13

Director of Internal Audit and Inspector General
Job Description

Additional Information Regarding
David Beirau

009210

| | |
|---|---|
| **CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER** | *Position of Director of Internal Audit* |
| | *and Inspector General* |
| **Job Description** | *Page 2 of 8* |

| | |
|---|---|
| **Job Title:** | Director of Internal Audit and Inspector General |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001281 |
| **Pay Grade:** | 0281 |
| **Department:** | Internal Audit Department and Office of the Inspector General |
| **Division:** | N/A |
| **Unit:** | N/A |
| **Effective Date:** | October 1, 2013 |
| **Revision Date:** | April 15, 2014 |

## JOB RELATIONSHIPS

A.   Reports to the Clerk of Circuit Court and County Comptroller
B.   Direct supervision of the Internal Audit staff and Investigative staff
C.   Interacts with all employees of the Clerk's office.
D.   Interacts with employees of the Board of County Commissioners.
E.   Interacts with a variety of external customers including the general public, independent auditors and County consultants, and municipal, county and state governmental entities

## PURPOSE

This highly responsible senior level position, designated as *Essential Personnel*, manages, directs and coordinates the duties of the Internal Audit Department, which consists of providing independent, objective assurance and other services that assess the County Administration's risk management, control and governance processes. Using a systematic and disciplined approach, the internal audit director helps responsible leaders understand and assess business risk; evaluates the adequacy of techniques to manage business risk; provides an assessment of the level of comfort that risk management and control processes are operating effectively and efficiently; and identifies and recommends changes that add value. To this end, the internal audit director furnishes analyses, appraisals, recommendations, counsel, and information regarding the state of management control, promoting effective control at reasonable cost.

This highly responsible senior level management position also assists with and coordinates complex administrative responsibilities for providing professional, effective and efficient customer service to the Clerk of the Circuit Court and County business centers. In addition, this position actively participates on the Clerk's Strategic Planning Committee, which assists with organizational design, development and enhancement. Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court's organization.

In support of the Clerk's responsibilities as County Auditor, the incumbent directs processes that:

➤   Evaluates the degree to which management has assurance that business risks are controlled effectively, assets and resources are safeguarded, recorded transactions are authentic, accurate and legal, and provides other services on these and related business issues;
➤   Provides independent and objective professional attestation, assurance, investigative, and other services;
➤   Provides specialized technical expertise in the control of business risk and in fraud prevention, detection and investigation; and
➤   Requires recording, analyzing and reporting on sensitive data and issues.

009211

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

The incumbent requires advanced knowledge and management skills in the specialized discipline of internal auditing. Work involves directing the review, analysis and evaluation of highly complex operations through examination of management controls, practices, policies, procedures, programs, and records associated with business systems and operations; identification of associated business risks (i.e. system and data security, safeguarding of resources, financial accuracy and accountability, compliance with laws and regulations; effective operations, fraudulent activity, etc.); determination of the degree to which responsible managers have addressed those risks; development of recommendations to mitigate identified risks that have not been addressed as effectively as possible. The position also requires working with audit clients and customers to improve County management control practices. Under the general guidance of the Clerk, the incumbent directs the internal audit process and advises the Clerk on policies, procedures, and practices associated with internal auditing, fraud prevention, detection, and investigation, computer assisted auditing, and continuous monitoring. The job requires working with sensitive data and information, review of working papers, preparation of formal reports and other written material, and presentations to senior managers. Additional duties and responsibilities may be assigned that relate to the mission of the Clerk of the Circuit Court and County Comptroller.

## ESSENTIAL FUNCTIONS

1. **Manages the Internal Audit Department and Office of the Inspector General and directs the execution of engagements in accordance with the professional standards.**
   a. Directs, oversees, and participates in the development of the Internal Audit Department and Office of the Inspector General's work activities relating to audit and investigative studies for Sarasota County.
   b. Performs human resources functions of the department to effectively meet the needs of the department and the employees.
   c. Coordinates fiscal functions for the department to efficiently forecast and utilize resources.
   d. Plans and directs the operations of the department to consistently meet workflow requirements.
   e. Establishes attainable performance standards and measures for the department to validate efficiencies of productivity.

2. **Directs the execution of assurance audits of complex business operations to evaluate the state of management control over business risks (i.e. system and data security; financial accountability and reliability, compliance with laws and regulations, and safeguarding of assets and resources.)**
   a. Solicits, as appropriate, the views and perspectives of the audit client, audit customer(s) and key stakeholders.
   b. Works with audit clients and audit customers to identify mission-critical issues and root causes.
   c. Works with audit clients and audit customers to identify cost effective solutions that assist responsible managers to improve mitigation of business risks.

3. **Directs the execution of other projects that assist responsible managers to better manage business risks.**
   a. Reaches advance agreement with the client as to the nature and expected outcome of the service requested.
   b. Uses Problem solving skills effectively.
   c. Works with clients to identify mission-critical issues and arrive at workable solutions.

4. **Directs the execution of financial transactions and compliance audits that:**
   a. Assesses transaction compliance with generally accepted accounting principles, laws and regulations and County policies and procedures.
   b. Assesses vendor compliance with contractual terms and conditions and accuracy of vendor billings.

009212

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

*Position of Director of Internal Audit*
*and Inspector General*
*Page 4 of 8*

## ESSENTIAL FUNCTIONS

    c.   Advises the audit client and audit customer(s) of significant concerns noted during the review.

**5.  Directs the execution of investigations of alleged fraudulent activity.**
    a.   Resolves the allegation(s)
    b.   Reports results to the Clerk and County Administrator.
    c.   Works with law enforcement and other agencies as necessary to facilitate corrective action, prosecution and recovery.

**6.  Directs the preparation of engagement reports and other written material and presentations that:**
    a.   Are objective and balanced, identifying successful practices as well as management challenges.
    b.   Discuss issues in the appropriate level of detail.
    c.   Provide appropriate perspective and context.
    d.   Are easy to read and understand.
    e.   Are well supported.
    f.   Satisfy or exceed customer needs.

**7.  Advise the Clerk on policies, procedures, and practices associated with assurance auditing, financial transaction and compliance auditing, and with fraud prevention, detection, and investigation.**
    a.   Collaborate with department colleagues to develop audit review, testing, and reporting practices that improve or enhance department practices.
    b.   Develop, implement, and accomplish department goals, programs, and work activities.
    c.   Participate in continuing professional education necessary to maintain professional certifications and auditing standards.

**8.  Exhibit professional judgment.**
    a.   Maintain objectivity, independence and refrain from assuming a managerial decision-making role.
    b.   Demonstrate high standards of conduct and ethical behavior (objectivity, courtesy, and professionalism).
    c.   Exercise good judgment and ethics when analyzing and reporting on sensitive issues and working with sensitive confidential information.
    d.   Exercise independent judgment in working relationships with staff of the Clerk and the County, public officials and the general public.

**9.  Assist and advise the Clerk in effecting policy and organizational objectives.**
    a.   Assist with the planning and implementation of operating programs.
    b.   Monitor the development and maintenance of computerized information systems.
    c.   Monitor administrative procedures.
    d.   Monitor the system of internal control for the Clerk.
    e.   Investigate complaints by researching cause and determine proper corrective action to be taken.
    f.   Review operations that require action and recommend solutions and appropriate courses of action.
    g.   Represent the Clerk in numerous matters where authority has been delegated.
    h.   Perform special assignments, research, and projects as assigned by the Clerk.

**10.  Support the mission of the Clerk's office and achievement of the Internal Audit department's objectives.**
    a.   Directs tourist development tax audits.



CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

*Position of Director of Internal Audit*
*and Inspector General*

**Job Description**

*Page 5 of 8*

## ESSENTIAL FUNCTIONS

    b.   Provides other direction as required in support of individual audits and investigations.

    c.   Participates in educational seminars and activities.

    d.   Performs special projects and research assignments.

    e.   Solicit the views and perspectives of colleagues.

    f.   Improve of enhance department practices.

**11. Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**

    a.   Promotes quality customer relations by identifying both internal and external customers.

    b.   Acknowledges customers promptly and uses expressions that express respect, understanding and enhanced self-esteem.

    c.   Creates a positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and County Comptroller and department, listening attentively, personalizing the conversation and verifying information.

    d.   Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor and actions.

009214

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

*Position of Director of Internal Audit*
*and Inspector General*
*Page 6 of 8*

## QUALIFICATIONS

### Education

Graduation from an accredited four-year college or university, with a bachelor's degree in business required. Eligible and committed to become certified as an Inspector General, CPA and/or Certified Fraud Examiner. Continuing education that conforms to the requirements of professional standard-setting organizations (IIA, GAO, AICPA).

### Experience

A minimum of ten years of demonstrated and relevant experience in the discipline of internal auditing, or in government auditing, public accounting, or public administration. A minimum of five years of demonstrated and relative administrative, management and supervisory experience in the planning, management and execution of complex audits, investigations and special projects. Certified Internal Auditor (CIA), or Certified Public Accountant (CPA) designation and experience in COSO-based auditing. Experience in Control Self-Assessment preferred.

(Extensive, relevant experience *may* substitute for a bachelor's degree at the discretion of the Clerk of the Circuit Court and County Comptroller. A comparable amount of training and/or progressively responsible and related experience *may* also be substituted for the minimum qualifications at the discretion of the Clerk.)

### Knowledge Base

#### Professional Skills

1. Ability to plan, coordinate, direct and self-manage projects.
2. Ability to direct the execution of complex projects by applying theoretical principals in practice; prioritizing and handling multiple tasks; working effectively as part of a team, yet functioning well with independent responsibilities.
3. Ability to recognize the strategic business-risk, management control, and governance issues associated with information systems; effective and efficient operations; compliance with legal, regulatory and contractual requirements; and safeguarding of assets and resources.
4. Ability to interpret and apply applicable laws, rules, and regulations.
5. Ability to express complex technical concepts and ideas clearly and concisely in lay terms both orally and in writing.
6. Ability to maintain effective working relationships.
7. Ability to utilize automated business systems, spreadsheet and word processing applications.
8. Ability to utilize professional and technical resources to research issues, draw conclusions and convey results.

#### Administrative Skills

1. Ability to recognize and analyze risks and obstacles to achieving departmental objectives, formulate recommendations and identify alternative solutions in support of goals.
2. Ability to design and implement effective administrative, operational and fiscal management systems.
3. Ability to lead the department effectively.
4. Ability to apply theoretical management principles in practice.
5. Ability to communicate ideas, recommendations, and information clearly and effectively, both orally and in writing.

009215

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

*Position of Director of Internal Audit and Inspector General*

**Job Description**

*Page 7 of 8*

6. Ability to establish guidelines, practices, and procedures to ensure compliance with terms, conditions and principles, and to make recommendations for positive change.

7. Ability to prepare, analyze and interpret complex information and to make recommendations and correspond on such date.

8. Ability to select, supervise, train, and evaluate the work of a professional staff.

9. Ability to maintain effective working relationships with members of the Clerk's organization. Sarasota County staff members, committee members, public officials and the general public.

10. Ability to exercise good judgment in managing department operations and staff.

11. Ability to prioritize and handle multiple tasks.

### Use of General Office Equipment
Computer equipment and peripherals
Photocopier
Facsimile Machine
Typewriter
Calculator
Telephone
Scanner

### WORK ENVIRONMENT

Job requires the employee to be able to handle diverse tasks simultaneously while maintaining focus; and to work independently as well as with a team in a project-oriented environment. A high level of objectively, accuracy organization, and attention to detail are mandatory.

Customer base consists of the general public, entities doing business with the County, local, state and federal governmental agencies and employees of the Clerk's office and the Board of County Commissioners.

### PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

**A.** **SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

**B.** **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

**C.** **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

*Position of Director of Internal Audit*
*and Inspector General*
*Page 8 of 8*

D. **CROUCH / KNEEL: Occasional**
   The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
   Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
   Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
   Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
   Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
   Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
   These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

K. **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L. **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
   Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M. **FIRM GRASPING: Occasional**
   Worker is mostly required to perform when transporting files.

N. **FINE MANIPULATING: Continuous**
   Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O. **LIFTING / CARRYING: Occasional**
   Required to perform when updating files and transporting files and information.

## JOB LOCATION

☒ Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
☒ Historic Court House, 2000 Main Street, Sarasota, FL 34237
☐ Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐ Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
☐ South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
☐ Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐ Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week / Monday – Friday

☒ Overtime is required, however position is not eligible for overtime pay
☐ Overtime is required occasionally; position is eligible for overtime pay (1½ times hourly rate)



# Clerk**COMMUNICATION**

Karen E. Rushing | Clerk of the Circuit Court and County Comptroller |Sarasota, FL
Operations Department, Communications | 941. 861. 7400 | clkinfo@scgov.net

TO:        All Employees

FROM:    Karen E. Rushing, Clerk of the Circuit Court and County Comptroller

DATE:    September 25, 2015

RE:        **Announcement Resignation/ Approval of Succession Plan/ New Appointments**

The Internal Audit Department and Office of Inspector General (OIG) and the Finance Department serve an important role in Sarasota County and to the citizens of this community. Departures or pending retirements of long-term employees in organizations of this size require that we ensure talent is ready to step into an unexpected vacancy, or ready to transition through a planned succession for a future known vacancy. With this said, this announcement will cover both the resignation of the Director of Internal Audit and Inspector General, and the approval of a succession plan in preparation for the future retirement of the Director of Finance.

**Internal Audit Department and OIG**
Ms. Jeanette Phillips, Director of Internal Audit and Inspector General, submitted her resignation effective October 28, 2015.  Since Ms. Phillips joined this organization, she has had many accomplishments in both her desire to advance, and her continued interest in higher education and credentials. I would like to personally thank Ms. Phillips for all her contributions over the past 19 years, and it is with warmest personal regard that we wish Jeanette much success in her future endeavors.

I am pleased to be in a position to announce that Mr. David Beirau, the current Manager of the department, has been appointed to the Director of Internal Audit and Inspector General, and over the course of the next six weeks will be working closely with Ms. Phillips on a plan that will provide for a smooth transition.

**Finance Department**
In preparation for the retirement of Mr. Peter Ramsden, Director of Finance, I have approved a succession plan that will best prepare his successor with the skills and support needed to be effective in their new role after his departure.

I am pleased to announce that I have appointed Ms. Nicole Jovanovski the Director of Finance. Mr. Ramsden will shift his role to serving as the Enterprise Risk Officer, with a focus on providing a higher, broader-based level of support to the organization, including supporting Ms. Jovanovski by the sharing of job knowledge, and continuing to serve as the Business Sponsor for the implementation of the upgrade and new modules of the finance system (OneSolution) and integration with the document management system (OnBase) over the next several months. So over the weeks and months ahead, you will start to notice the handoff of decisions and approval authority as Ms. Jovanovski advances through this transition.

I would like to express my appreciation to Ms. Phillips and Mr. Ramsden, both of whom supported succession planning and identified qualified successors. Please join me in congratulating both Mr. Beirau and Ms. Jovanovski on their new appointments.

###



# University of South Florida

has conferred on

## David J. Beirau

the degree of

## Bachelor of Science

together with all the rights, privileges and honors appertaining thereto in consideration of the satisfactory completion of the course prescribed by the Faculty of the

## College of Business Administration

In Witness Thereof the undersigned have affixed their names and the seal of the University at Tampa, Florida, this fifteenth day of December, 2005.

009219

Sign in    Join now



**David Beirau**
Director of Internal Audit and Inspector
General at Sarasota County Clerk of the Circuit
Court and Comptroller
Bradenton, Florida | Accounting

89
connections

⊕ View this profile in another language   ▾

| | |
|---|---|
| Current | Sarasota County Clerk & Comptroller's Office, Sarasota County Government |
| Previous | Sarasota County Government, Purvis Gray & Company |
| Education | University of South Florida |

**Public profile badge**

Include this LinkedIn profile on other websites

[ View profile badges ]

**Find a different David Beirau**

| First Name | Last Name | Q |

**Example:** David Beirau

Dave Beirau
Owner at Beirau Trucking
Greater Chicago Area

More professionals named David Beirau

# View David Beirau's full profile.
# It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View David's Full Profile**

Ɛ

**Learn new skills with online courses**

## Experience

**Director of Internal Audit and Inspector General**
Sarasota County Clerk & Comptroller's Office
October 2015 – Present (2 years 9 months)

**Manager of Audit Services**
Sarasota County Government
October 2014 – Present (3 years 9 months)



**SSCP Cert Prep: 1 Access Controls**
Viewers: 1602

**Project Management Foundations: Risk**
Viewers: 40101

**Senior Internal Auditor**
Sarasota County Government
August 2012 – October 2014 (2 years 3 months) | Sarasota, Florida Area

**FreshBooks Essential Training**
Viewers: 8421

**Audit Senior**
Purvis Gray & Company
January 2007 – August 2012 (5 years 8 months)

View all online courses ▸

## Education

**University of South Florida**
Accounting
2003 – 2006

*USF*

## Skills

General Ledger    Internal Controls    Accounting    CPA    Tax Preparation

Financial Reporting    Tax    Auditing    PowerPoint    Financial Accounting

009220

Sign in      Join now

Certifications

**Certified Inspector General**
Association of Inspector General
March 2016 – Present

**Certified Inspector General Auditor**
March 2014 – Present

**Certified Fraud Examiner**
Association of Certified Fraud Examiners
December 2013 – Present

Groups

**Internal Audit Profes...**

## View David Beirau's full profile to...

- See who you know in common
- Get introduced
- Contact David Beirau directly

**View David's Full Profile**

Not the David you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2018 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

# EXHIBIT 14

Job Opportunity Announcement for
Employment Specialist
Job Description

Additional Information Regarding
Julianne Niebour

# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE:  MONDAY, DECEMBER 15, 2014



KAREN E. RUSHING

Clerk of the Circuit Court and County Comptroller

SARASOTA COUNTY, FL

**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**

Employees who are interested in applying for the following position may submit an ***Employee Request for Consideration*** form directly to the Human Resources Dept.  Forms are available in the Clerk's Human Resources Department.  One's eligibility for a position is determined by education, related job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN MONDAY, DECEMBER 15, 2014.**

**Job Title:**  **Employment Specialist**
**Position #:**  **3194**
**Pay Grade:**  **0285**
**Department: Human Resources**
**SALARY:**  **Minimum Starting Annual Salary between $50,000 - $59,755**

## PURPOSE:

This position is responsible for talent acquisition and management programs and practices that will attract, motivate, develop and retain top performing employees to achieve the strategic objectives of the Clerk's office.  Employment goals will be accomplished utilizing organizational design and development techniques which emphasize performance planning and development, succession planning, education, training, leadership and organizational design to align the structures, competencies and culture to the Clerk's mission.  Additional duties may be added as they relate to the mission of the Clerk of the Circuit Court.

### Education

Associate degree from an accredited college, or university, in Human Resources Management, Business, or related field is required, Bachelor degree preferred.  A PHR certificate is preferred for the position.

### Experience

Five (5) to seven (7) years of recruitment experience is required along with knowledge of the basic principles and laws pertaining to personnel administration and employee selection.

### Knowledge Base

1. Knowledge of the basic principles and laws pertaining to personnel administration, employee selection, compensation, employee relations, training and development and employee benefits.
2. Knowledge of the principles and techniques of effective verbal and written communication, and skill in the application of these techniques both for effective personal communication and to guide others toward a more effective verbal and written communication.
3. Knowledge and ability to collect, evaluate, and analyze data related to personnel programs and functions.
4. Knowledge of effective techniques used in problem solving.
5. Knowledge and ability to present facts and recommendations effectively.
6. Knowledge of modern office practices, procedures and methods including human resources integrated software and hardware implementations.

### Administrative Skills

1. Ability to input data into computer programs.
2. Ability to use Windows-based software programs.
3. Ability to use computerized spreadsheets to conduct analysis.
4. Ability to compose letters.

009224

5. Ability to coordinate events.
6. Ability to coordinate meetings.
7. Ability to schedule appointments.
8. Ability to balance numbers.
9. Ability to compile statistics.
10. Ability to develop office procedures.
11. Ability to establish and maintain filing systems.
12. Ability to proofread documents.
13. Ability to research information.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Employment Specialist*

**Job Description**                                                                                              *Page 2 of 7*

| | |
|---|---|
| **Job Title:** | Employment Specialist |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001285 |
| **Pay Grade:** | 01285 |
| **Department:** | Operations Support Services |
| **Division:** | Human Resources |
| **Unit:** | |
| **Effective Date:** | October 1, 2014 |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.  Reports to the Officer – Human Resources
B.  Indirect supervision by the Chief Operations Officer and the Clerk of the Circuit Court
C.  No supervisory responsibilities
D.  Collaborates with the Director – Human Resources, Chief Operations Officer, Clerk of the Circuit Court, Department Directors, Managers and Unit Supervisors
E.  Interacts with all employees of the Clerk's organization
F.  Interacts with a variety of external customers including the general public, local business organizations, and municipal, county and state governmental entities

## PURPOSE

This position is responsible for talent acquisition and management programs and practices that will attract, motivate, develop and retain top performing employees to achieve the strategic objectives of the Clerk's office. Employment goals will be accomplished utilizing organizational design and development techniques which emphasize performance planning and development, succession planning, education, training, leadership and organizational design to align the structures, competencies and culture to the Clerk's mission. Additional duties may be added as they relate to the mission of the Clerk of the Circuit Court.

## ESSENTIAL FUNCTIONS

1.  **Manages and implements the recruitment and selection process in compliance with all federal, state and local employment laws and regulations.**
    a.  Consults with hiring managers to determine position requirements and recruitment strategies.
    b.  Implements the recruitment and selection process in order to expedite and effectively meet staffing needs of the Clerk's organization.
    c.  Prepares internal and external advertisements for open positions using appropriate media.
    d.  Coaches managers on proper and effective interviewing techniques.
    e.  Reviews qualifications and experience of prospective candidates and schedules appropriate applicants for interviews.
    f.  Conducts applicant interviews in accordance with employment law and legal guidelines.
    g.  Conducts reference checks on applicants chosen to interview with the Clerk.
    h.  Conducts background checks on selected candidates.
    i.  Ensures the employment placement and transfer procedures comply with Equal Employment

009226

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Employment Specialist*

**Job Description**                                                                                    *Page 3 of 7*

## ESSENTIAL FUNCTIONS

        Opportunity and other legal requirements.

    j.    Coordinates and participates in external recruitment opportunities, as appropriate.

    k.    Recommends final candidates and salary offers.

    l.    Extends offers of employment to those candidates approved by the Clerk.

    m.    Provides constructive feedback to internal candidates, as appropriate.

**2.  Manages the student internship and volunteer programs.**

    a.    Develops High School and college relationships to support campus recruiting, and student internships and volunteer programs.

    b.    Works with management to determine the level of interns needed for each fiscal year.

    c.    Places advertisements at local colleges for summer interns, as needed.

    d.    Interviews interns and student volunteers for placement within the organization.

    e.    Explains new hire paperwork and provides New Hire Orientation to interns.

    f.    Meets with volunteers bi-monthly to review the volunteers' satisfaction level and appropriateness to the position.

**3.  Coordinates the placement of temporary employees.**

    a.    Arranges for placement of temporary employees when requested by the Department Director.

    b.    Provides temporary identification badge and relevant information regarding temporary employment to the temporary employee on the employee's start date.

    c.    Establishes and maintains a tracking system to monitor the use of temporary services.

**4.  Designs talent management and organizational development processes and practices.**

    a.    Develops recruiting policies and guidelines to support the organization's infrastructure.

    b.    Designs strategies focused on attracting, developing, and retaining top performing employees.

    c.    Develops strategic relationships with professional associations and employee referral networks.

    d.    Coaches managers in regular evaluation and management of their teams.

    e.    Participates in the internal assessment and selection process for executive level and management positions.

    f.    Collaborates with management to determine effective organizational structure within each unit of the Clerk's organization.

**5.  Designs, develops and manages a defined retention strategy.**

    a.    Recommends career path progressions, rotation/cross training opportunities for the purpose of more effective manpower utilization, enhancing performance, and retaining top performing employees.

    b.    Leads and engages employees in Special Events.

**6.  Performs administrative duties related to the day-to-day operation of the division.**

    a.    Processes paperwork related to the hiring process, including processing requisitions, placing advertisements, coordinating appointments, and ensuring that all applicants have been entered into the Applicant Tracking module in the HR database.

    b.    Participates on committees, as requested.

    c.    Maintains applicant files as required by the records retention laws.

    d.    Prepares letters to applicants not selected for open positions.

    e.    Prepares offer letter for new hire packet for selected candidates.

    f.    Manages the HR database "Applicant Management" system.



### ESSENTIAL FUNCTIONS

7.  **Contributes to the professional representation of the Clerk's organization through professional growth and development.**
    a.  Participates in professional development through approved memberships and educational opportunities.
    b.  Maintains current knowledge and awareness of industry trends and practices.
    c.  Seeks opportunities to network with counter-parts from other County Clerk offices.

8.  **Adheres to and follows the principles of the Clerk of the Circuit Court organization.**
    a.  Promotes quality customer relations by identifying both internal and external customers.
    b.  Acknowledges customers promptly

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**   *Position of Employment Specialist*

**Job Description**   *Page 5 of 7*

## QUALIFICATIONS

### Education

Associate degree from an accredited college, or university, in Human Resources Management, Business, or related field is required, Bachelor degree preferred. A PHR certificate is preferred for the position.

### Experience

Five (5) to seven (7) years of recruitment experience is required along with knowledge of the basic principles and laws pertaining to personnel administration and employee selection.

### Management Experience

n/a

### Knowledge Base

1. Knowledge of the basic principles and laws pertaining to personnel administration, employee selection, compensation, employee relations, training and development and employee benefits.
2. Knowledge of the principles and techniques of effective verbal and written communication, and skill in the application of these techniques both for effective personal communication and to guide others toward a more effective verbal and written communication.
3. Knowledge and ability to collect, evaluate, and analyze data related to personnel programs and functions.
4. Knowledge of effective techniques used in problem solving.
5. Knowledge and ability to present facts and recommendations effectively.
6. Knowledge of modern office practices, procedures and methods including human resources integrated software and hardware implementations.

### Administrative Skills

1. Ability to input data into computer programs.
2. Ability to use Windows-based software programs.
3. Ability to use computerized spreadsheets to conduct analysis.
4. Ability to compose letters.
5. Ability to coordinate events.
6. Ability to coordinate meetings.
7. Ability to schedule appointments.
8. Ability to balance numbers.
9. Ability to compile statistics.
10. Ability to develop office procedures.
11. Ability to establish and maintain filing systems.
12. Ability to proofread documents.
13. Ability to research information.

### Use of General Office Equipment

Computer equipment and peripherals
Fax Machine and Photocopier
Telephone, Calculator, etc.



**009229**

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office.  Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous  = 67-100% | Frequent  = 34-66% | Occasional  = 1-33% | Never  = 0% |

Requires full range of body motion including:

A.  **SITTING: Frequent**
 Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B.  **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C.  **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D.  **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E.  **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

F.  **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G.  **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H.  **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I.  **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J.  **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Employment Specialist*

**Job Description**                                                      *Page 7 of 7*

---

K.  **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L.  **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M.  **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N.  **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O.  **LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☒  Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
☒  Historic Court House, 2000 Main Street, Sarasota, FL 34237
☐  Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐  Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
☐  South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
☐  Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐  Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week / Monday – Friday

☒  Overtime is required, however position is not eligible for overtime pay
☐  Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# JULIANNE E. NIEBOUR

 Julianne923@gmail.com

## Professional Summary

A highly dedicated, take- charge professional with Recruiting, Training and Human Resource experience. Strong problem solving and decision making skills with the ability to develop and implement effective action plans. Demonstrated experience in the coordination of all aspects of recruiting, training and retaining quality employees. Exceptional ability to understand business needs and build rapport with hiring managers. Proven ability source, select and secure top talent candidates for multiple positions.

## Areas of Expertise

| | | |
|---|---|---|
| Recruitment and On boarding | Relationship building | Coaching and Mentoring |
| Employee Relations | Conflict Resolution | Process Improvement |
| Training and Development | Compensation and Benefits | System Implementation |
| Job Evaluation/ Analysis | Communication | Networking |

## Experience

### Adecco

*Recruiting Specialist*                                    *October 2013- Present*

- High volume recruiting position with initial accountability for the Sarasota area. Subsequently assumed responsibility for Bradenton, Venice, Ft. Myers & Naples handling 50+ open positions at time
- Developed and maintained strong relationships with a variety of professional and community groups as well as educational institutions to foster recruitment efforts
- Conducted full recruiting cycle including sourcing, interviewing, employment eligibility review, background processing, testing, etc.
- Appointed as the Program Manager for a local client managing 95 contingent workers and 40+ open positions
- Implemented an employee follow up program to better retain employees and conducted weekly meetings with site management to determine effectiveness of recruiting and retention plans
- Utilized a variety of methods to generate candidates, including web based sourcing, internet postings, internal and external networking, job fairs and referral programs
- Reduced the days to fill a position by 65%
- Successfully recruited, hired and on boarded over 250 candidates for open positions
- Executed the delivery of all new hire training
- Developed unique and successful internet sourcing strategies to attract candidates in a difficult hiring market

**009232**

- Worked closely with hiring managers to define position descriptions and job requirements
- Successfully planned and executed numerous community hiring events of various sizes

## CAE Healthcare

*Recruiting & Training Specialist*                                    *August 2012 -October 2013*

- Promoted to Recruiting and Training Specialist to manage the hiring process from initial requisition through hire
- Responsible for planning, recruiting, training, employee relations, compensation and benefits
- Identified gaps in knowledge base and recommended training to close those gaps
- Sourced and screened applicants using relevant behavioral based interview questions
- Lead the creation of recruiting and interviewing plan for each open position
- Developed and delivered public presentations at local community organizations and job fairs to promote the organization and current employment opportunities
- Collaborated with senior management teams and hiring managers to identify current and future needs
- Maintain awareness of compliance with local, state and federal labor/employment laws

*HR Coordinator*                                                      *June 2010-August 2012*

- Provided direct support to the HR department by scheduling interviews, meetings and appointments
- Responsible for providing new hire with information on the company policies and procedures
- Handled essential recruitment tasks such as posting job openings, reviewing resumes, calling candidates and scheduling interviews
- Maintained employee change requests and processed paperwork
- Assisted in performing reference and background checks for potential employees
- Answered employee requests and questions
- Verified I-9 documentation
- Assisted Director of Human Resources with special projects

## Baker Medical Arts and Wellness Center

*Medical Assistant*                                                   *August 2008- June 2010*

- Proved direct patient care in line with the patient's condition
- Prepared patients for examinations, recorded test results and vital statistics
- Interviewed patients to procure and verify information
- Maintained medical documentation
- Scheduled appointments and performed general receptionist tasks

## Education

PHR                                                                  Expected Completion 2015

Eastwick College                                                     February 2008
*Technical Degree*
Rockland Community College                                           September2003- June 2006

009233



# CLERK OF THE CIRCUIT COURT
# and COUNTY COMPTROLLER

Job Description

## ACKNOWLEDGEMENT OF RECEIPT

**Employee Name:**        Julianne Niebour

**Department:**           Operations Support Services

**Division:**             Human Resources

**Unit:**

**Position Title:**       Employment Specialist

**Position Number:**

**Job Description Issued:**

---

**Supervisor's Signature**                                    **Date**

**Manager's Signature**                                       **Date**

*(signature)*                                                 7.6.2015

**Director's Signature**                                      **Date**

**Clerk of the Circuit Court's Signature**                    **Date**

---

**NOTE:**  *This form is to be attached to the employee's Job Description for the next review period. Once all required signatures have been obtained, the original must be forwarded to Human Resources to be included in the employee's Personnel file.*

---

*(signature)*                                                 7/6/2015

**Employee's Signature**                                      **Date**

©2012 eFORMandFUNCTION                              www.eformandfunction.com

009234



# CLERK OF THE CIRCUIT COURT
# and COUNTY COMPTROLLER

Job Description

## ACKNOWLEDGEMENT OF RECEIPT

SARASOTA COUNTY, FL

**Employee Name:**        Julianne Niebaur

**Department:**        Operations Support Services

**Division:**        Human Resources

**Unit:**

**Position Title:**        Employment Specialist

**Position Number:**

**Job Description Issued:**

---

**Supervisor's Signature**                    **Date**

**Manager's Signature**                    **Date**

**Director's Signature**                    9.30.15
                                **Date**

**Clerk of the Circuit Court's Signature**            **Date**

---

NOTE:   *This form is to be attached to the employee's Job Description for the next review period. Once all required signatures have been obtained, the original must be forwarded to Human Resources to be included in the employee's Personnel file.*

---

**Employee's Signature**                    9|30|2015
                                **Date**

©2012 eFORMandFUNCTION                    www.eformandfunction.com

009235



## Eastwick College
### RAMSEY, NJ

September 27, 2016

To Whom It May Concern:

This is to verify that Julianne Niebour graduated from Eastwick College in the Medical Office Specialist/Sonography program. Her program began on July 31, 2006 and ended on February 15, 2008. The program has a total of 87 credits, plus a 13 credit Ultrasound externship.

Should you have any questions regarding this information, do not hesitate to email us at registrar@eastwick.edu or call 201.327.8877.

Sincerely,

Kellyanne Cable
Director of Records and Registration

Office of the Registrar
*10 South Franklin Turnpike*
*Ramsey, NJ 07446*
*P: 201.327.8877 F: 201.357.8268*
*registrar@eastwick.edu*

**009236**



# CLERK OF THE CIRCUIT COURT
# AND COUNTY COMPTROLLER
### PO BOX 3079, SARASOTA, FL 34230-3079
## EMPLOYMENT APPLICATION

**KAREN E. RUSHING**
Clerk of the Circuit Court
and County Comptroller
SARASOTA COUNTY

#### PLEASE PRINT IN BLACK OR BLUE INK

DATE `1 2 | 1 6 | 1 4`    SOCIAL SECURITY # ████████████

LAST NAME `N i e b o u r`    FIRST NAME `J u l i a n n e`    MI `E`

PRESENT ADDRESS (number and street) ████████████

CITY ████████████    STATE ████    ZIP CODE ████████

HOME TELEPHONE NUMBER ████████████    ALTERNATE TELEPHONE NUMBER

`Julianne_0123@gmail.com`
E-MAIL ADDRESS (if we may contact you via e-mail)    REFERRED BY ☐ NEWSPAPER
☐ INTERNET
Are you at least 18 years of age? ☐ YES ☐ NO    ☐ WALK-IN
☑ EMPLOYEE

Indicate the position(s) for which you are applying:

Position 1 `[    ]`    Position 2 `[    ]`    Date Available: `0 1 | 1 9 | 1 5`

LIST ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT, IF APPLICABLE:

NAME: `William Bjone`    RELATIONSHIP: `Father`    DEPT.: _____

Have you ever applied for a position with the Clerk of the Circuit Court? ☐ YES - approx. date(s): _____ ☑ NO
Have you ever been interviewed? ☐ YES - approx. date: _____ ☑ NO

#### IMPORTANT INFORMATION

1. Your application *will not* be considered unless complete answers are provided to all questions in this application. A false answer or material omission to any question may be grounds for not employing you, or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

2. The Clerk makes every effort to consider work schedule preferences. However, business needs may require job reassignment, mandatory overtime, shift work, rotating work schedules, and/or a work schedule other than Monday through Friday.

3. All applicants given a conditional offer of employment are required to successfully complete a criminal background check and a pre-employment physical and drug screen.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of the Circuit Court may require an applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

6. The Clerk does not discriminate on the basis of race, religion, color, gender, national origin, marital status, or disability. Any applicant who requires an accommodation to participate in the application/selection process is requested to make known the need for an accommodation to the Human Resources Department.

THE CLERK IS AN EQUAL EMPLOYMENT OPPORTUNITY /
AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT / VETERANS' PREFERENCE EMPLOYER

Have you ever been convicted of or pleaded nolo contendere to a felony?   ☐ YES ☒ NO

Have you ever been convicted of or pleaded nolo contendere to a first-degree misdemeanor?   ☐ YES ☒ NO

If you answered "Yes" to either question above, please state particulars:

Charge: _____   Date: _____

Sentence: _____

Are you now on probation?   ☐ YES ☐ NO   Probationary Period: From _____ To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment. The nature, severity and date of the offense(s) will be considered in relation to the position for which you are applying.

## EDUCATION AND TRAINING

G.E.D. Certificate ☐
High School Diploma ☒
College Degree ☐

Degree(s) Earned

| | | | |
|---|---|---|---|
| A.A. ☐ | A.S. ☒ *technical Degree* | | |
| B.A. ☐ | B.S. ☐ | | |
| M.A. ☐ | M.S. ☐ | | |
| Ph.D. ☐ | J.D. ☐ | | |

Name and location of last high school attended:

*Lakewood Ranch High School*

| College Attended | From | To | Major |
|---|---|---|---|
| *Eastwick College* | *2006* | *2008* | |
| *Mexicana Community Coleg* | *2008* | *2006* | |

Total Credits Earned: *119*

Vocational, Trade, Business, Armed Forces and/or other specialized training:

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Candidate will be responsible for presenting transcripts, diplomas, or certificates if employed.**

Check skills that you possess:
☒ PC   ☒ Copier/Fax   ☒ Scanner   ☒ Calculator   ☐ Typewriter - Type ☐☐☐ wpm

☒ MS Word   ☒ Excel   ☒ Outlook   ☒ PowerPoint   ☒ Access   ☒ Data Entry

☒ Other software/applications *ERP, OEM, Applicant tracking, HRIS* ☐ Telephone - No. of lines ____

List any other skills, knowledge, or abilities that you would like considered as part of your application:

*employee relations, recruiting, employment law, etc.*

Do you have a valid Florida driver's license?   Yes ☒   No ☐   License No.: ▮▮▮▮▮▮▮▮

Driver's license from another state?   Yes ☐   No ☒   If "Yes", specify state: _____

Have you had a traffic violation in the last three years?   Yes ☐   No ☒

Please explain: _____

Has your driver's license ever been suspended or revoked?   Yes ☒   No ☐

For what reason: *Insurance changed Insurance provider and it was not updated in system.*

**The Clerk reviews driving records annually and therefore, your driving record is subject to review.**

## EMPLOYMENT HISTORY

Complete in DETAIL starting with your present employer.  Include summer employment and U.S. military experience.
For any unemployment or self-employment periods, show dates and locations.  You may attach a resume; however, **you
are still required to complete all information requested below.**  If additional space is required, attach a second sheet.

May we contact your current employer?     Yes ☐     No ☑  *If Selected yes*

| Employer Adecco | Job Title Recruiting Specialist |
|---|---|
| Address / City, State, Zip / Phone No. | Reason for Leaving New opportunity |

| Date From 2013 | Date To Current | Earnings: $72,500/yr | # Emp. you Supervised 100+ |
|---|---|---|---|
| Supervisor Sharon Endol | | | |

Describe your job:  See Resume

| Employer CAE Healthcare | Job Title Recruitment Training Specialist |
|---|---|
| Address / City, State, Zip / Phone No. | Reason for Leaving Layoff |

| Date From 2010 | Date To 2013 | Earnings: $43,100/yr | # Emp. you Supervised 8 |
|---|---|---|---|
| Supervisor Karla Stockman | | | |

Describe your job:  See Resume

| Employer Baker Medical Arts | Job Title Admin/Medical Assistant |
|---|---|
| Address / City, State, Zip / Phone No. | Reason for Leaving New opportunity |

| Date From 2008 | Date To 2010 | Earnings: $34,000/yr | # Emp. you Supervised 6 |
|---|---|---|---|
| Supervisor Jodi Conroy | | | |

Describe your job:  See Resume

| Employer | Job Title |
|---|---|
| Address / City, State, Zip / Phone No. | Reason for Leaving |

| Date From | Date To | Earnings: $ / | # Emp. you Supervised |
|---|---|---|---|
| Supervisor | | | |

Describe your job:

| Employer | Job Title |
|---|---|
| Address / City, State, Zip / Phone No. | Reason for Leaving |

| Date From | Date To | Earnings: $ / | # Emp. you Supervised |
|---|---|---|---|
| Supervisor | | | |

Describe your job:

## VETERANS' PREFERENCE

Are you a resident of the State of Florida? Yes ☑  No ☐  (Veterans' Preference (VP) is only available to FL residents)

Are you claiming Veterans' Preference?   Yes ☐   No ☑  If "Yes", under which category are you claiming VP?:

☐ A veteran with a service-connected disability who is eligible for receiving compensation, disability retirement, or pension under public laws administered by the Veterans' Affairs and the Dept. of Defense.

☐ The spouse of a veteran who cannot qualify for employment because of a total and permanent service-connected disability, or the spouse of a veteran missing in action, captured, or forcibly detained in the line of duty by a foreign power.

☐ A veteran of any war who has served on active duty for one day or more during a wartime period and was honorably discharged.

☐ The unremarried widow/widower of a veteran who died of a service-connected disability.

☐ A veteran who has served in a qualifying campaign or expedition for which a campaign badge or expeditionary medal has been authorized.

**NOTE: Documentation of eligibility for Veterans' Preference is required at the time of application.**

If you feel that you were not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation.  To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, 11351 Ulmerton Rd., Suite 311-K, Largo, FL 33776.  Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision, or within three months of the date of application if no notice is given.

Have you previously been employed by Sarasota County?  Yes ☐  No ☑  Dept./Div. _____

From _____ To _____ Position _____ Reason for Leaving _____

Have you ever worked under a different name (maiden/alias)? Yes ☐  No ☑  Name: _____

Are you legally authorized to work in the U.S.?  Yes ☑  No ☐

Alien Registration Number: _____

## STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I understand that Sarasota County Government conducts pre-employment background checks of all successful applicants for employment. I hereby authorize Sarasota County Clerk of the Circuit Court and County Comptroller to make a thorough investigation of my entire work and educational records and to verify all other data I have provided, except where otherwise indicated. It is my understanding that this application, by law, will become public record when submitted and Sarasota County Clerk of the Circuit Court and County Comptroller cannot guarantee me its confidentiality. I further understand that, if employed, other potential employers or third parties related to my suitability for employment, personal or otherwise, may contact the Clerk for job-related information. I hereby authorize the Clerk to provide factual job-related information to potential employers or third parties upon request.

I have read and understand all of the information and agree to the terms provided herein. I hereby release Sarasota County Clerk of the Circuit Court and County Comptroller, Human Resources, former employers, and all references listed above from any and all claims, demands or liabilities which may result from furnishing the information requested.

All requests for information have been completed as fully and as accurately as possible. I recognize that any material misrepresentation or pertinent omission of fact in my application may disqualify me from employment with Sarasota County Clerk of the Circuit Court and County Comptroller.

_____
**Signature of Applicant**

_____
**Date**

009240

# EXHIBIT 15

Joan Bolden
College Degree and HR Certification

009241

# ECKERD COLLEGE

FOUNDED · IN · 1958 · AS · FLORIDA · PRESBYTERIAN · COLLEGE

BY·AUTHORITY·OF·THE·BOARD·OF·TRUSTEES·AND·ON·RECOMMENDATION
OF · THE · FACULTY · HEREBY · CONFERS · ON

## JOAN MARIE BOLDEN

THE · DEGREE · OF

## BACHELOR OF ARTS

WITH · ALL · HONORS · RIGHTS · AND · PRIVILEGES · THERETO · PERTAINING
IN · WITNESS · WHEREOF · THE · SEAL · OF · THE · COLLEGE · AND · THE · SIGNATURES
AUTHORIZED · BY · THE · BOARD · OF · TRUSTEES · ARE · HEREUNTO · AFFIXED
THIS · THIRTY · FIRST · DAY · OF · AUGUST · TWO · THOUSAND · AND · NINE

CHAIRMAN · BOARD · OF · TRUSTEES

PRESIDENT

DEAN · OF · FACULTY

# HR CERTIFICATION INSTITUTE

HEREBY CERTIFIES THAT

## Joan M. Bolden

HAVING MET WITH DISTINCTION THE HIGH STANDARDS OF EDUCATION, EXPERIENCE AND
DEMONSTRATED KNOWLEDGE ESTABLISHED BY THIS INSTITUTE, HAS BEEN CERTIFIED AS A

## Professional in Human Resources

WITNESS THE SIGNATURE OF THE DULY AUTHORIZED OFFICER OF THIS INSTITUTE:

ATTEST:



Amy Schabacker Dufrane, Ed.D., SPHR, CAE
Executive Director



PERIOD OF CERTIFICATION:                    CERTIFIED SINCE:

December 30, 2013 - January 31, 2017       December 30, 2013

009243

# EXHIBIT 16

Joan Bolden
First EEOC Charge and Settlement Agreement

009244

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | - |

**Florida Commission On Human Relations** and EEOO

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Joan Marie Bolden | (941)776-0457 | |

| Street Address | City, State and ZIP Code | - |
|---|---|---|
| . | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Sarasota County Clerk of Court, Florida | 50+ | (941)861-7400 |

| Street Address | City, State and ZIP Code |
|---|---|
| c/o Operations Department, Post Office Box 3079, Sarasota, Florida 34230-3079 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ✓ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/22/2010    Latest: 04/19/2010

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. PERSONAL HARM: I began working for the Sarasota County Clerk of Court on or about May 11, 1992. During approximately 1999, I was promoted to the position of Unit Trainer; this position was upgraded to a Court Supervisor position during October 1999. I have continued to hold the Court Supervisor position since October 1999, with my responsibilities increasing throughout the years. I am currently the Criminal Courts Supervisor of the County, Felony, Juvenile, and Civil Traffic Courts, and I supervise 17 employees.

During February 2010, I applied for two manager positions with the Clerk's office, Manager of Traffic and Fines and Manager of Civil Courts and Child Support. During February 2010, Susan Higel, a Caucasian employee, was selected for the Manager of Traffic and Fines position. During April 2010, Sherri Hutchinson, a Caucasian employee, was selected for the Manager of Civil Courts and Child Support position. I believe that Ms. Higel and Ms. Hutchinson were less-qualified than I am for the manager positions, and that the Clerk's office should have promoted me to one of these positions.

II. RESPONDENT'S REASON FOR PERSONAL HARM: Manager of Traffic and Fines: Respondent has stated that Ms. Higel was selected for the position due to her previous experience. Manager of Civil Courts and Child Support: Respondent has stated that Ms. Hutchinson was selected for the position because she was found to be the applicant with the highest scores.

III. DISCRIMINATION STATEMENT: I believe that I have been discriminated against because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act of 1992.

I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED UNDER THE LAW(S).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 8-23-10 | SUBSCRIBED AND SWORN TO BEFORE ME THIS (month, day, year) 8/23/10 |
| Date          Charging Party Signature | |

## MEDIATED SETTLEMENT AGREEMENT

1. A pre-suit mediation was held on November 30, 2010 by the parties, JOAN MARIE BOLDEN, Charging Party and KAREN E. RUSHING, SARASOTA CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER, Respondent, in an attempt to resolve EEOC Charge 511-2010-02451 alleging race discrimination based on failure to promote and related employment disputes.

2. Both parties admit no liability or wrongdoing and in an effort to amicably resolve this matter agree to the following terms and conditions:

   a) The Clerk agrees to appoint Joan M. Bolden to the position of Manager of Public Access and Jury effective December 6, 2010 with an annual salary of $66,670.00 and other benefits commensurate with the position.

   b) Notwithstanding the fact that more than 90 days have passed since completion of the classes Ms. Bolden has taken, the Clerk agrees to process a request for tuition reimbursement in accordance with Sarasota County Government policy.

   c) Risk Management agrees to pay attorney fees in the amount of $5,000.00 to the Law Office of Cynthia N. Sass, P.A., no later than December 20, 2010.

   d) Charging Party agrees to release KAREN E. RUSHING, CLERK THE CIRCUIT COURT AND COUNTY COMPTROLLER, and SARASOTA COUNTY GOVERNMENT, and their employees, agents and representatives, from any cause of action or claim arising to date out of the employment relationship. This waiver and release includes an agreement not to sue and applies to any causes of action or claims under Title VII of the 1964 Civil Rights Act as amended, the U.S. and Florida Constitution, the Florida Civil Rights Act, and any other federal, state or local law, including common law.

009246

e) The Charging Party acknowledges she has been represented by counsel and has completely read and understands this Agreement. The Charging Party further represents that this Agreement has been entered into voluntarily and no oral representations not incorporated into this Agreement have been relied upon by the parties.

Joan Bolden, Charging Party

Janet Cantees, Deputy Clerk

Janet Wise, Attorney at Law

Anne Howard, Risk Management

Maria D. Korn,
Assistant County Attorney

009247

# EXHIBIT 17

Manager of Public Access, Jury and Tax Deeds
Job Description

009248

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Manager of Public Access,*
                                                              *Jury and Tax Deeds*
**Job Description**                                            *Page 2 of 6*

| | |
|---|---|
| **Job Title:** | Manager of Public Access, Jury and Tax Deeds |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001400 |
| **Pay Grade:** | 0400 |
| **Department:** | Courts Services |
| **Division:** | Public Access, Jury Management and Tax Deeds |
| **Unit:** | Public Access, Jury Management and Tax Deeds |
| **Effective Date:** | December 10, 2007 |
| **Revision Date:** | February 18, 2015 |

## JOB RELATIONSHIPS

A. Reports to the Director of Court Services
B. Responsible for the overall management of Public Access and Jury
C. Collaborates with the Department Director, Division Managers and Unit Supervisors.
D. Interacts with all employees of the Clerk's office.
E. Interacts with a variety of external customers including the general public, media, judiciary, local business organizations, and municipal, county and state governmental entities.

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of Public Access, Jury Management and Tax Deeds to include staffing, fiscal responsibilities and operational demands and is responsible for managing the daily operations of Public Access, Jury Management, and Tax Deed Sales. Added duties may be assigned as they relate to the mission of the Clerk of the Circuit Court organization.

## ESSENTIAL FUNCTIONS

1. **Performs Human Resources functions of the Division to effectively meet the needs of the Division and the employees.**
   a. Interviews, selects, and recommends the best-qualified candidates for employment to the Director of Human Resources, the Department Director and the Clerk.
   b. Ensures training and development needs for staff members are identified and addressed within a suitable time frame.
   c. Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.
   d. Evaluates employee work performance in an accurate and timely manner.
   e. Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.
   f. Maintains department organizational chart, job descriptions, and other relevant documentation to support staff resources.
   g. Participates in and motivates staff to participate in projects designed to enhance morale, education, and training in the Clerk's office.



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**      *Position of Manager of Public Access,*
*Jury and Tax Deeds*
**Job Description**                                                                                             *Page 3 of 6*

## ESSENTIAL FUNCTIONS

2.  **Performs fiscal functions for the division to efficiently forecast and utilize resources.**
    a.  Prepares annual budget for the division.
    b.  Administers expenditures and allocations of the budget.
    c.  Maintains property control within designated areas of the Clerk's organization.

3.  **Plans and directs the operations of the division to consistently meet workflow requirements.**
    a.  Ensures that work hours are scheduled; coordinates flexible work schedules; identifying, as well as, coordinating the training needs of staff while ensuring proper coverage of the department.
    b.  Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.
    c.  Develops and maintains intra-departmental policies and guidelines.
    d.  Analyzes, evaluates, and interprets proposed and prospective legislative and regulatory requirements.
    e.  Prepares legislative impact statements in a timely manner.

4.  **Establishes attainable performance standards and measures for the division to validate efficiencies of productivity.**
    a.  Quantifies measurable performance standards.
    b.  Identifies, compiles and analyzes pertinent statistical information.
    c.  Directs and monitors daily operation through the unit supervisors.
    d.  Maintains a high level of knowledge as it relates to the procedures and functionality of the division.

5.  **Contributes to the professional representation of the Clerk's organization through individual growth and development.**
    a.  Participates in professional development through memberships and educational opportunities, including but not limited to, the Florida Association of Court Clerks and Comptrollers (FACC).
    b.  Maintains current knowledge and awareness of industry trends and practices.
    c.  Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.
    d.  Seeks opportunities to network with counter-parts from other county clerk offices.
    e.  Attends selected training courses identified for managerial development.

6.  **Maintains current written procedures for the department.**
    a.  Updates written procedures when legislation is passed that changes current procedures.
    b.  Creates written procedures when new legislation is implemented.
    c.  Provides written procedures to staff.

7.  **Manages the responsibilities for records protection and custodianship for the division.**
    a.  Utilizes and complies with the requirements and policies of the Records Management software tracking system.
    b.  Updates information and compliance with the requirements in the Records Protection, Vital Records, and Disaster Recovery plans.
    c.  Complies with Records and Information Management policies and procedures to ensure proper identification, classification, status information, and disposition of records.
    d.  Participates as a member of the Vital Records and Disaster Planning Committee.





**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**          *Position of Manager of Public Access,*
*Jury and Tax Deeds*
**Job Description**          *Page 4 of 6*

## ESSENTIAL FUNCTIONS

8. **Ensures transfer of knowledge to others for purposes of succession planning.**
   a. Inventories procedures for division at all levels including the management level.
   b. Documents procedures at all levels including the management level.

9. **Adheres to and follows the principles of the Clerk of the Circuit Court.**
   a. Promotes quality customer relations by identifying both internal and external customers.
   b. Acknowledges customers promptly and uses expressions that express respect, understanding, and enhanced self-esteem.
   c. Creates a positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.
   d. Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, and actions.
   e. Conveys directives in a manner that is consistent with the Clerk's message, irrespective of personal opinion.
   f. Accepts and demonstrates leadership in the department as it relates to the communication of directives.







**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Public Access,*
*Jury and Tax Deeds*
*Page 5 of 6*

## QUALIFICATIONS

### Education

Bachelor's degree in Business Management, or related field required.  Master's degree, or MBA, a plus.

### Experience

Minimum of six to eight years of work experience in a professional customer service work environment.

### Management Experience

Minimum of six to eight years of management/supervisory experience required.

### Administrative Skills

Computer
Ability to use windows-based applications

Communication
Applies clear and concise oral communication skills.
Demonstrated effective written communication utilizing appropriate business English, spelling and punctuation.



To interpret rules, regulation, standards and statutes.

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office.  Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous  = 67-100% | Frequent  = 34-66% | Occasional  = 1-33% | Never  = 0% |

Requires full range of body motion including:

A.  **SITTING: Frequent**
    Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.
B.  **BENDING / SQUATTING: Frequent**
    Bending/squatting is required primarily in filing requirements or maintaining paperwork.

©2012 eFORMandFUNCTION

www.eformandfunction.com

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Manager of Public Access,*
*Jury and Tax Deeds*
**Job Description**     *Page 6 of 6*

---

**C.    CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various
sources of information stored in bookcases, filing cabinets, etc.

**D.    CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

**E.    PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper
and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

**F.    VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal
and external customers.

**G.    WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

**H.    HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public,
employees and telephone conversation.

**I.    HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer
printers, copiers and facsimile machines.

**J.    SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION,
DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and
operating a computer, etc.

**K.    COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**L.    COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener,
opening file drawers, answering the telephone, filing, transporting files, etc.

**M.    FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

**N.    FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone
keyboards, etc.

**O.    LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

- ☐   Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
- ☒   Historic Court House, 2000 Main Street, Sarasota, FL  34237
- ☒   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
- ☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
- ☐   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
- ☐   Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
- ☐   Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

- ☒   Overtime is required, however position is not eligible for overtime pay
- ☐   Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

---

©2012 eFORMandFUNCTION     www.eformandfunction.com

**009253**

# EXHIBIT 18

Job Opportunity Announcement for
Assistant Director of Court Services

009254

# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE: Friday, May 16, 2014



## SARASOTA COUNTY, FL

**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**

009255

Employees who are interested in applying for the following position may submit an **Employee Request for Consideration** form directly to the Human Resources Dept. Forms are available in the Clerk's Human Resources Department. One's eligibility for a position is determined by education, related job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN FRIDAY, MAY 16, 2014.**

**Job Title:      Assistant Director of Court Services**
**Positions #:  4044**
**Pay Grade:   0111**
**Department: Court Services**

### PURPOSE:
This senior management position assists the Director of Court Services in managing, directing and coordinating the activities of the Court Services Department. The position is expected to ensure compliance with legal mandates through the development and implementation of approved supporting policies and procedures.   State reporting compliance is imperative and requires direct coordination both internally and with external agencies to ensure accuracy. Monitoring workflow and identifying opportunities for enhanced efficiency throughout the Court Services Department is critical to ensure successful achievement of departmental and organizational goals.

### QUALIFICATIONS:
Requirements for the position include a Bachelor's degree in Business, Criminal Justice, Finance, or a related field, from an accredited college or university. A Master's degree in Business Administration or a Juris Doctor degree (with Florida license) from an accredited college or university is preferred.

### EXPERIENCE:
Five to seven years of experience in the court system with knowledge of the basic principles and laws pertaining to civil, criminal, and labor law is required. A minimum of seven years of management level managerial experience is preferred.

Qualified applicants will have an understanding and demonstrated knowledge of best practices focusing on innovation, leadership skills, program development and redirection, management theory and methods, strategic planning methods, strong communication skills, a strong commitment to customer services, significant knowledge of quality assurance strategies, human resources management skills, and an ability to plan and organize effectively.

### KNOWLEDGE BASE

1.  Knowledge of the basic principles and laws pertaining to court services.
2.  Knowledge of legislative drafting rules and the rules of statutory construction used to draft legislation for presentation on a local and/or state level.
3.  Knowledge of the principles and techniques of effective verbal and written communication.

**009256**

4. Knowledge and ability to collect, evaluate, and analyze data related to case management functions.
5. Knowledge of effective techniques used in problem solving.
6. Knowledge and ability to present facts and recommendations effectively.
7. Knowledge of modern office practices and procedures.

## ADMINISTRATIVE SKILLS

1. Ability to analyze a variety of fiscal, administrative and operational problems and design, implement, and monitor corrective actions.
2. Ability to lead and manage projects.
3. Ability to apply theoretical principles in practice.
4. Ability to exercise good judgment.
5. Ability to interpret and apply laws, rules, and regulations.
6. Ability to effectively utilize professional and technical resources to research issues, draw conclusions, and convey findings.
7. Ability to listen well, ask questions, and give and comprehend instructions.
8. Ability to function both independently and in a team environment and, as required, to work more than eight hours a day or to work on a holiday or week-ends with little or no advanced notice.
9. Ability to prioritize and handle multiple tasks.
10. Ability to analyze problems, formulate recommendations, and identify alternative solutions in support of goals.
11. Ability to communicate ideas, recommendations, and technical information clearly and effectively both orally and in writing.
12. Ability to prepare, analyze and interpret complex information, to make recommendations, and correspond on such data.
13. Ability to establish guidelines, practices, and procedures to ensure compliance with terms, conditions, and principles and to make recommendations.
14. Ability to select, supervise, train, and evaluate the work of a large, professional, technical and clerical staff.
15. Ability to maintain effective working relationships with members of the Clerk's organization, Sarasota County staff members, committee members, public officials, and the general public.
16. Ability to operate standard office equipment which includes using a computer to type/prepare information, documents, and reports.

Job Openings                                                                Page 1 of 1

## JOB OPENINGS                                                             Return

[ Help ]

| Position (click for details) ⊤ | Job Category | Location | Type | |
|---|---|---|---|---|
| Assistant Director of Court Services (1422-4044) | Management | Historic Courthouse | Full Time | Apply |
| Court Clerk II (1428-4003) | Clerical | Historic Courthouse | Full Time | Apply |
| CSR I (1427-3224) | Clerical | Historic Courthouse | Full Time | Apply |
| CSR I (1429-3169) | Clerical | Historic Courthouse | Full Time | Apply |
| Processing Clerk II (1406-3275) | Clerical | Historic Courthouse | Full Time | Apply |
| Processing Clerk II (1411-5004) | Clerical | Historic Courthouse | Part Time | Apply |
| Processing Clerk II (1425-3328) | Clerical | Administration Center | Part Time | Apply |
| Processing Clerk II (1430-8026) | Clerical | Historic Courthouse | Part Time | Apply |
| Senior Internal Auditor (1331-3387) | Professional | Administration Center | Full Time | Apply |

009258

Job Openings

## JOB OPENINGS

Return

| Help |

| Position (click for details) | Job Category | Location | Type | |
|---|---|---|---|---|
| Assistant Director of Court Services (1422-4044) | Management | Historic Courthouse | Full Time | Apply |
| Court Clerk II (1428-4003) | Clerical | Historic Courthouse | Full Time | Apply |
| CSR I (1427-3224) | Clerical | Historic Courthouse | Full Time | Apply |
| CSR I (1429-3169) | Clerical | Historic Courthouse | Full Time | Apply |
| Processing Clerk II (1406-3275) | Clerical | Historic Courthouse | Full Time | Apply |
| Processing Clerk II (1411-5004) | Clerical | Historic Courthouse | Part Time | Apply |
| Processing Clerk II (1425-3328) | Clerical | Administration Center | Part Time | Apply |
| Processing Clerk II (1430-8026) | Clerical | Historic Courthouse | Part Time | Apply |
| Recording Secretary (1424-3356) | Clerical | Administration Center | Full Time | Apply |
| Senior Internal Auditor (1331-3387) | Professional | Administration Center | Full Time | Apply |

009259

# EXHIBIT 19

Joan Bolden
Resume

009260

# JOAN MARIE BOLDEN, PHR

**Phone: (941) 776-0457 ● Cell: (941) 356-1832 ● Email:  Email: joaniebolden@yahoo.com**

## BUSINESS MANGEMENT & HUMAN RESOURCES PROFESSIONAL

A highly polished, performance driven business professional with over 15 years of experience in various areas of Supervision, Records Management and Human Resources such as: interviewing, appraisals, training and professional development. A dynamic self-directed leader who responds rapidly and effectively to fast changing priorities with superior interpersonal skills. Adheres to the highest standards of integrity and builds exceptional relationships by working collaboratively with others and finding win-win solutions.

## AREAS OF KEY STRENGTHS & EXPERTISE:

- Document Control, Records & Management Of File Systems
- Evaluation of Employee Work Performance Assessments
- Interviewing and New Hire Selection
- Methodical Attention To Detail & Research Analysis

- Annual Departmental Budgets & Allocation
- Employee Generation Reports & Data Analysis
- Job Descriptions & Policy / Procedures
- Multitasking, Organization & Effective Action
- Excellent Workflow Planning & Prioritization

## ACADEMIC & PROFESSIONAL TRAINING:

- Bachelors of Art - Global Human Resources
  Management Eckerd College, St. Petersburg, Florida, 2009

- Professional Human Resources Certification (PHR)
  December 30, 2013

## PROFESSIONAL EXPERIENCE:

*Sarasota County Clerk of the Circuit Court*, Sarasota, Fl                                                     1992 – Presently

Promoted throughout career from Customer Service Representative to Court Services Manager, preparing annual budgets for 3 departments; performing Human Resources tasks in each managerial role held.

### Court Services Manager

- Supervises a staff of 26 employees and delivered policies relating to the department's administrative, fiscal and clerical functions.
- Prepares and allocates annual budget for three departments administering all expenditures.
- Develops new talent sources and leadership capability across the departments in order to build empowered employee base.
- Designs training programs of the newly inducted employees in accordance with their job description.
- Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.
- Quantifies measurable performance standards by compiling, analyzing statistical data and applies counseling / guidance procedures to improve employee performance.
- Transformed the department with a new implementation process that ensured electronic images were systematically microfilmed within 90 days of filing; files were subsequently purged.
- Participates as the Records Management Liaison Officer (RMLO) for Sarasota County and a member of the Vital Records and Disaster Planning Committee.
- Analyzes, evaluates, and interprets proposed and prospective legislative / regulatory requirements; prepares legislative impact statements.

### Public Access and Jury Manager

- Effectively trained and developed Supervisor role, allowing them to work independently with minor supervision.
- Reduced personnel turnover by conducting in depth pre-employment screening, interviews, and recommended the best qualified candidate.
- Seamlessly orchestrated a systemized record management procedure that eliminated redundancy and reduced the capacity of records stored in the archival.
- Led team and increased employee performance by 30% within six months by cross training staff with detailed job descriptions.
- Maintained organizational charts, job descriptions and other relevant documentation to support staff resources.

009261

# Joan Marie Bolden

Resume (Page 2)

(PH) 941-776-0457 • (Cell) 941-356-1832 • Email: joaniebolden@yahoo.com

**Sarasota County Clerk of the Circuit Court (Continued)**

**Public Access and Jury Manager**

- Supervised three high profile trials within the jury orientation process without fail.
- Utilized a great deal to attention in maintaining jury lists; issuing jury summons, preparing jury instructions and maintaining logs and records with statistical reports.
- Accurately processed and maintained records documentation and researched any discrepancies; entered documentation into various spreadsheets.

**Criminal Courts Supervisor**

- Provided staff training and the ability to handle difficult situations; assisting staff to meet their goals while demonstrating exceptional level of professionalism for staff to emulate.
- Identified areas of inefficiency and developed specific procedures that enabled consistency and compliance with statutory guidelines (Before, In and After Court procedures for Criminal and Traffic Courts).
- Acknowledged for excellent communication skills in the development of staff and supervisors by providing performance assessments and leadership skills within the department.
- Assisted with the development and implementation of departmental policies and interpreted to subordinates for improved department efficiency.
- Maintained confidential personnel records including attendance, terminations, progressive and disciplinary plans.
- Performed specialized research as assigned and compiles statistical research for the courts.
- Managed and tracked all data and court records to ensure they were accurate.

**Deputy Clerk – Court Clerk**

- Multitasked by recording case dispositions, court orders and arrangements made for payment of court fees.
- Showed outstanding communication skills and confidentiality by answering inquiries from the general public regarding judicial procedures, court appearances, trial dates, adjournments, outstanding warrants, summonses, subpoenas, witness fees, or payment of fines.

**Customer Service Representative / Board Records**

- Utilized a high degree of initiative and judgment to efficiently meet deadlines, carry out assigned tasks and resolved problems encountered with first-rate communication skills.
- Always demonstrated a pleasant and professional attitude when communicating within different departments.
- Easily handled high pressure demands and workload with decisiveness and multitasking ability with ease.
- Use of excellent time management skills in handling the day to day office operations including: organizing records, assisting general public with Board records and maintained database systems and reports.
- Took initiative performing other duties that need assistance within organization that are outside job description to get it done.

## COMPUTER EXPERTISE:

- Microsoft Word & Power Point
- Database / Reporting Management
- Fast Learner On All New Systems

009262

# EXHIBIT 20

Eydie Peacher
Note on Dillard-Spahn Resume

009263

*no application in file —*

# STACY DILLARD-SPAHN

• (941) 228-3329 • s.dillard13@gmail.com

## PROFESSIONAL EXPERIENCE

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.,** Sarasota, Florida   **8/2005 – Present**
*Member of the Firm*

- Land Use, Planning, Zoning & Development Law
- State and Local Government and Administrative Law
- Land Use and Local Government Litigation and Appeals
- Legal representation of private and public sector clients related to public records, public procurement, public–private partnerships, development agreements, real property and construction contracts, governmental issues, and land use due diligence in real property transactions
- Complex case management and electronic discovery for firm's civil litigators
- Firm Coordinator of 12th Judicial Circuit Family Law Guardian ad Litem Pilot Program
- Author and Coordinator of firm Pro Bono Plan approved by the 12th Judicial Circuit, 2008-Present
- Chair, Icard Merrill Pro Bono Committee, 2007-Present
- Member, Icard Merrill Marketing Committee, 2010-Present

**STATE OF IOWA OFFICE OF THE PUBLIC DEFENDER,** Sioux City, Iowa          **10/1999 – 6/2005**
*Criminal Defense Attorney*

- Represented adult and juvenile defendants throughout all proceedings in felony and misdemeanor criminal cases
- Managed caseload of approximately 80-100 clients, through effective communication, investigation, negotiation, legal research and writing, hearings and trials
- Served as sole representative for defendants in Woodbury County Mental Health Court
- Presented at multiple national and state conferences on the design, implementation and success of county wide mental health court system
- Served as Information Technology Coordinator for office of approximately 15 employees
- Member of Woodbury County Drug Court Advisory Committee

**WOODBURY COUNTY ATTORNEYS OFFICE,** Sioux City, Iowa          **7/1996 – 9/1999**
*Prosecutor – Assistant County Attorney*

- Represented Woodbury County as a prosecutor in all matters related to indictable misdemeanor and juvenile delinquency charges, as well as child in need of assistance and termination of parental rights proceedings
- Extensive legal research and writing to enhance the Woodbury County juvenile justice system

**STATE OF IOWA JUDICIAL DISTRICT 2A,** Mason City, Iowa          **7/1994 – 6/1996**
*Judicial Law Clerk*

- Conducted legal research and drafted legal rulings and opinions for nine state district court and district associate court judges
- Manager of Cerro Gordo County Law Library

**THE OREGON DEPARTMENT OF JUSTICE,**
**CHILD SUPPORT ENFORCEMENT DIVISION,** Eugene, Oregon          **7/1992 – 5/1994**
*Lead Law Clerk/Trainer, 5/1993 – 5/1994, Law Clerk, 7/1992 – 4/1993*

- Legal research and writing to assist in developing an effective child support enforcement program
- Prepared delinquent child support cases for litigation, through research, investigation and negotiation
- Trained and coordinated the activities of all five Law Clerks in the division

Stacy Dillard-Spahn
Page 2

## EDUCATION

**UNIVERSITY OF OREGON SCHOOL OF LAW,** Eugene, Oregon
*Juris Doctorate*: 5/1994
*Concentration:* Environmental and Natural Resources Law Statement of Completion
*G.P.A.:* **3.54**
*Class Rank:* **14 of 115**
>       Environmental Law Clinic and Advanced Environmental Law Clinic
>       Student Representative on the Faculty Personnel Committee, 1993-1994
>       Tutor/Teaching Assistant, Legal Research and Writing Program, 8/1992-12/1993

**UNIVERSITY OF NEBRASKA-LINCOLN,** Lincoln, Nebraska
*Bachelor of Arts with High Distinction*: Psychology, 12/1990
*Concentrations:* Biology, Chemistry and Anthropology
*G.P.A.:* **3.94**
*Class Rank:* **47 of 1,370**
>       Mortar Board National Honor Society
>       Psi Chi National Honor Society in Psychology
>       Alpha Lambda Delta/Phi Eta Sigma National Honor Society
>       Teaching Assistant, Introductory Psychology

## PROFESSIONAL AFFILIATIONS

- Licensed and Admitted to Practice Law in Florida, 4/2006 – present
- Licensed and Admitted to Practice Law in Iowa, 6/1994 – present
- Admitted to U.S. District Court, Middle District of Florida
- American Bar Association, Member
- Florida Bar Association, Member, Sections: Administrative Law; Environmental and Land Use Law; City, County and Local Government Law; Trial Lawyers
- Sarasota County Bar Association, Member
- Association of Certified E-Discovery Specialists, Member 2010-2012

## COMMUNITY

- Sarasota Chamber of Commerce, Leadership Sarasota County: Class of 2010; Youth Leadership Program Co-Chair 2010-2012; Leadership Council 2010-Present; Governance Committee 2010 – Present, incoming Council Vice-Chair 2014
- Author, Coordinator and Supervisor of Icard Merrill Pro Bono Plan, delivering over 800 hours of pro bono legal services annually since 2008, resulting in Icard Merrill's receipt of the State of Florida Chief Justice's Law Firm Commendation Award in 2010
- Sarasota County Bar Association: Chair of Local Government Law Section 2011-2013, Incoming Director for Board of Directors 2014
- United Way Suncoast: Sarasota County Legal Division Campaign Co-Chair 2012-2013
- Legal Aid of Manasota: Board of Directors 2009-2013, Vice President 2012, President 2013
- Florida Studio Theatre "Best of Enemies" fundraiser for Legal Aid of Manasota, Honorary Chair 2013
- New College Clambake Co-Chair 2011, Committee Member 2012
- Asolo Repertory Theatre Gala Committee Member 2007-2008
- Ringling College Avant-Garde Committee Member 2010

**009265**

# EXHIBIT 21

Job Opportunity Announcement for
Assistant Director of Finance

009266

# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE: Friday, April 4, 2014



KAREN E. RUSHING
Clerk of the Circuit Court and County Comptroller

## SARASOTA COUNTY, FL

**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**

Employees who are interested in applying for the following position may submit an **Employee Request for Consideration** form directly to the Human Resources Dept. Forms are available in the Clerk's Human Resources Department. One's eligibility for a position is determined by education, related job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN FRIDAY, APRIL 4, 2014.**

**Job Title:    Assistant Director of Finance**
**Positions #: 3300**
**Pay Grade:   0120**
**Department: Finance Department**

## PURPOSE:

This position, classified as *Essential Personnel,* assists the Director of Finance in managing, directing, and coordinating the activities of the Finance and Board Records Departments, which consist of financial administration and debt management, accounting, automated systems, financial reporting, funds management, accounts payable, payroll services, keeping the official records of the County and overseeing the minute-taking process for the Board of County Commissioners.  The position will coordinate Finance Department activities to provide professional, effective and efficient customer service to the Clerk of the Circuit Court, County business centers and the general public.  Additional responsibilities include directing various functions of the Board Records Department to provide records organization, preservation and retrieval for the Board of County Commissioners, various appointed and elected boards and commissions pursuant to County Ordinances and Florida Statutes.  The position will exercise direct and indirect supervision over professional, technical, and clerical staff.  Additional duties may be assigned as they relate to the Mission of the Clerk of the Circuit Court and County Comptroller organization.

## QUALIFICATIONS:

Graduation from an accredited four-year college or university with a Bachelor's degree in business and major course-work in accounting or public finance.  A Certified Public Accountants license is preferred.

## EXPERIENCE:

Five to seven years of increasingly responsible experience in local government financial administration involving a computer-based data management information system or public accounting with government-related experience is required.  A Certified Public Accountant's license or Master's degree in a closely related field or other specialized course work may substitute for some of the experience.

## MANAGEMENT EXPERIENCE:

Five years of administrative and supervisory responsibility is required.

## KNOWLEDGE BASE:

1.  Knowledge of the modern and highly complex principles, methods and practices of public financial administration, including budgeting, cash management, purchasing, and contract administration and negotiation.

2. Knowledge of generally accepted accounting principles (with specific emphasis on the GASB Codification, generally accepted auditing standards, *Government Auditing Standards*, and internal controls and procedures.

3. Knowledge of relevant objectives, practices, policies, procedures, operating rules and regulations and laws applicable to Sarasota County.

4. Knowledge of advanced methods and practices of governmental accounting and financial reporting.

5. Knowledge of modern office practices, procedures, and methods including financial accounting software and hardware implementations.

6. Knowledge of various automated accounting systems and spreadsheet, word processing, graphics, flowcharting, and presentation software.

7. Knowledge of principles of personnel administration, supervision, and training.

8. Knowledge of records preparation, management, and retention.

9. Knowledge of principles of Accounts Payable and Payroll processing and management.

### Administrative Skills:

1. Ability to organize, direct, and implement a comprehensive financial management program.

2. Ability to develop and install sound accounting and related financial systems and procedures.

3. Ability to lead and manage projects.

4. Ability to apply theoretical principles in practices.

5. Ability to exercise good judgment.

6. Ability to interpret and apply laws, rules, and regulations.

7. Ability to effectively utilize professional and technical resources to research issues, draw conclusions, and convey findings.

8. Ability to prioritize and handle multiple tasks.

9. Ability to analyze problems, formulate recommendations, and identify alternative solutions in support of goals.

10. Ability to communicate ideas, recommendations, and technical information clearly and effectively, both orally and in writing.

11. Ability to prepare, analyze, and interpret complex financial data and to make recommendations and correspond on such data.

12. Ability to establish guidelines, practices, and procedures to ensure compliance with accounting and financial terms, conditions, and principles and to make recommendations.

13. Ability to select, supervise, train, and evaluate professional, technical, and clerical staff.

14. Ability to maintain effective working relationships with members of the financial and business communities, staff committee members, public officials, and the general public.

(###)

# EXHIBIT 22

Nicole Jovanovski
Request for Consideration for
Assistant Director of Finance

009270



SARASOTA COUNTY, FL

# CLERK OF THE CIRCUIT COURT
## EMPLOYEE JOB OPPORTUNITY
### REQUEST FOR CONSIDERATION FORM RECEIVED

APR 0 1 2014

CLERK'S PERSONNEL

**TO:**  Human Resources Department

**FROM:**  Nicole Jovanovski , Sr. Financial Accounting Analyst , Finance
Employee Name              Current Job Title          Department Name

**DATE:**  April 1, 2014
Date Submitted to Human Resources

**RE:**  Position Number: 3300 Position Title: Asst. Director of Finance
Position for which you are applying

Please accept this memo as an application for the position of Asst. Director of Finance , which was advertised in the Job Opportunity Announcement for the week ending April 4, 2014 .

I am qualified for this position based on the following (note education, experience, skills and/or abilities):  (Please attach resume)

I feel that I'm qualified for the Assistant Director of Finance position because I have spent the past ten years gaining valuable insight on the operations and complexities facing Sarasota County Government. I have significant practical experience in evaluating complex financial and accounting issues. During this time, I have fostered working relationships with County and Clerk staff, as well as external parties to meet the County's advising, auditing and banking needs. Furthermore, I have substantial experience in providing critical analysis of problems, developing viable and cost effective recommendations and successfully implementing recommendations. Additionally, I have successfully lead and managed specific projects to meet the strategic goals of the Clerk's Office. At this point in my career, I feel I am ready to take on broader work assignments with additional leadership responsibilities.

I am a Certified Public Accountant licensed to practice in the State of Florida. I earned my Bachelors of Science in Business Administration – Accounting from the University of South Florida.

Should you require additional information or which to schedule an interview; I can be reached at 941-861-5184 .
Work Telephone Number

*Sandra Johnston*
Supervisor Signature

**Submit to HR Department by closing date.**

009271

Nicole E. Jovanovski, CPA

941-228-3646
njovanovski@live.com

April 1, 2014

Eydie Peacher
Director of Human Resources
Sarasota Clerk of Circuit Court & County Comptroller's Office
2000 Main Street
Sarasota, FL 34236

Dear Eydie,

I am writing you today to express my interest in the Assistant Director of Finance position opening in the Finance Department. As you know, I'm currently a Senior Financial Accounting Analyst in the Finance Department, and I believe through my experience in this position I have acquired and demonstrated the skills necessary to fulfill the role of the Assistant Director of Finance.

During my time at the Sarasota Clerk of Circuit Court and County Comptroller's Office I have been fortunate to develop a broad understanding of all facets of the County's operations and have fostered working relationships with County and Clerk staff. I have over ten years experience in evaluating the complex financial and accounting issues surrounding the County. Furthermore, I have significant experience in providing critical analysis of problems, developing viable and cost effective recommendations and successfully implementing recommendations. During this time, I have also refined strong interpersonal skills proven through the successful management of assigned projects. Additionally, I have developed working relationships with outside vendors to meet the County's banking, auditing and advising needs. At this point in my career, I feel I am ready to take on broader work assignments with additional leadership responsibilities.

I hope that you find this brief letter, in conjunction with the attached resume, illustrates that I'm a dedicated employee with the commitment, experience and skills necessary to meet and exceed the requirements of the position of Assistant Director of Finance. I look forward to the opportunity to discuss my credentials with you further. Thank you for your consideration.

Sincerely,

Nicole E. Jovanovski, CPA

009272

# NICOLE E. JOVANOVSKI, CPA

■ 941-228-3646

njovanovski@live.com

## SKILLS SUMMARY

- Industrious CPA with over ten years of extensive experience in analyzing and interpreting financial data, formulating recommendations and determining cost-effective solutions to issues
- Ability to manage strong technical skills and interpersonal relationships to accomplish goals accurately and in a timely manner
- Meticulous organizational and planning skills demonstrated through proven track record of managing multiple projects and project teams simultaneously
- Broad understanding and practical application of GAAP and GASB
- Computer skills include MS Office, IFAS, OnBase and Bloomberg Professional

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **SARASOTA CLERK OF CIRCUIT COURT & COUNTY COMPTROLLER'S OFFICE** — Sarasota, FL | **7/2003 to Present** |
| Senior Financial Accounting Analyst & Backup to the Treasury Management Officer | **12/2005 to Present** |
| Financial Accounting Analyst | **7/2003 to 12/2005** |

Provide advisory and technical support related to the financial activities of Sarasota County Government to County staff, citizens and other related parties.

- Managing assigned projects, reviewing/ coordinating the work of staff and training staff
- Preparing financial, statistical and procedural presentations and reports for management
- Developing and managing working relationships (i.e., banks, consultants, auditors)
- Producing the Comprehensive Annual Financial Report, including financial statement preparation, management discussion and analysis and various benchmarking and statistical schedules
- Assisting the Treasury Management Officer with day to day tasks; ensure cash needs are met, wire payments are executed and any banking needs are resolved
- Analyzing and reviewing debt issuance documents for accuracy, reviewing recommendations made by the County's financial advisor, participating in underwriter selection and carrying out post-issuance disclosure compliance
- Managing the merchant card processing program for all County processing locations, finance department liaison for compliance with Payment Card Industry Data Security Standards
- Reviewing, interpreting and implementing new or revised accounting pronouncements (GASB/FASB), reporting standards and statutory laws
- Developing and implementing policies and procedures addressing the unique business functions of the County, reviewing County contracts to determine financial impact and compliance
- Recording journal entries, reviewing the annual budget, assessing budget to actual variances, and analyzing trend data

## CERTIFICATION

Certified Public Accountant, State of Florida, 1/2012

## EDUCATION

UNIVERSITY OF SOUTH FLORIDA, COLLEGE OF BUSINESS ADMINISTRATION, Tampa, FL
Bachelor of Science in Business Administration, Accounting, 5/2003

## PROFESSIONAL AFFILIATIONS

Florida Government Finance Officers Association - Member, 7/2003 to present
Florida Institute of Certified Public Accountants - Member, 2/2012 to present
Sarasota County Government Academy of Leadership Excellence Graduate, 1/2012

**009273**

# CLERK OF THE CIRCUIT COURT
## SARASOTA COUNTY
EMPLOYMENT APPLICATION - PO BOX 3079, SARASOTA, FL 34230-3079

RECEIVED
MAY 2 2 2003
CLERK'S PERSONNEL

AN EQUAL EMPLOYMENT OPPORTUNITY / AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT EMPLOYER

PLEASE PRINT IN BLACK INK

DATE `0` `5` `2` `0` `0` `3`     SOCIAL SECURITY # ▇▇▇▇▇▇▇▇▇

LAST NAME `C` `o` `n` `n` `e` `l` `l` `y`     MI `E`     FIRST NAME `N` `i` `c` `o` `l` `e`

PRESENT ADDRESS (number and street) ▇▇▇▇▇▇▇

CITY ▇▇▇▇▇     STATE ▇▇  ZIP CODE ▇▇▇

HOME TELEPHONE NUMBER `9` `4` `1` `3` `7` `7` `6` `1` `5` `2`

REFERRED BY:
- ☑ NEWSPAPER
- ☐ INTERNET
- ☐ WALK-IN
- ☐ EMPLOYEE

ALTERNATE PHONE NUMBER (contact person) ▇▇▇▇▇

Over 18 years of age? ☑ YES ☐ NO

Indicate the position(s) for which you wish to apply:

Position 1 `3` `1` `2` `3`     Position 3 [ ]     Date Available [ ]

Position 2 [ ]     Position 4 [ ]

Are you physically able to perform the normal activities involved in the job for which you are applying? ☑ YES ☐ NO

NAME OF ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT:

NAME: `N/A` _____ RELATIONSHIP: _____ DEPT.: _____

Have you ever applied for a position with the Clerk of the Circuit Court?   Yes ☐   approx. date: _____   No ☑

Have you ever been interviewed?   Yes ☐   approx. date: _____   No ☑

### IMPORTANT INFORMATION

1. Your application will not be considered unless complete answers are provided to all questions on this application.

2. The Clerk makes every effort to accommodate individual preferences. However, work needs and changes may make the following conditions mandatory: overtime, shift work, a rotating work schedule, a work schedule other than Monday through Friday and job reassignments.

3. Successful completion of an employment physical/drug test to determine job related eligibility will be required for certain positions.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of the Circuit Court may require the applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

6. A false answer to any question in this application may be grounds for not employing you or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

Have you ever been convicted of a felony?   Yes ☐   No ☑
If so, please state particulars:  Charge: _____   Date: _____
Sentence: _____
Are you now on probation?   Yes ☐   No ☑
Probationary Period:  From _____   To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment.  The nature, severity and date of the offense(s) will be considered in relation to the position you are applying for.

## EDUCATION AND TRAINING

|  | Degree(s): | | | Total Years |
|---|---|---|---|---|
| G.E.D. Certificate ☐ | A.A. ☐ | A.S. ☐ | = 2 yrs |
| High School Diploma ☑ | B.A. ☐ | B.S. ☑ | = 4 yrs |
| College Degree ☑ | M.A. ☐ | M.S. ☐ | = 2 yrs |
| | Ph.D. ☐ | | = ☐ yrs |
| | J.D. ☐ | | = ☐ yrs |

Name and location of last high school attended:
Santaluces Highschool
Lantana, Fl

G.E.D. Certificate or High School Diploma = 12 yrs

Total Years of Education = [1][7] yrs

| College Attended | From | To | Major |
|---|---|---|---|
| University of South Florida | 5/00 | 5/03 | Accounting |
| Florida Atlantic University | 8/98 | 5/00 | |
| | | | |

Total Credits Earned: 138

Vocational, Trade, Business, Armed Forces and other special training.

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |

Candidates will be responsible for presenting transcripts, diplomas or certificates if employed.

List office/business machines you are experienced in operating (Dictaphone, computer, calculator, etc.)
Computer, Calculator, Copy machine, Scanner.

Clerical Skills:   Typing ☐☐☐ wpm   Shorthand ☐☐☐ wpm   unknown

List any additional qualifications, skills, abilities or education that you would like us to consider as part of your application:
Proficiency in Ms office 2000, ACL, student member of the Internal Audits Institute

Do you have a valid:
Florida driver's license?   License No. ▨▨▨   Yes ☑   No ☐
Florida chauffeur's license?   License No.: _____   Yes ☐   No ☑
Driver's license from another state?  N/A
(specify state) 00000000
Have you had a traffic violation in the last three years?   Yes ☑   No ☐
Please explain: speeding

Has your driver's license ever been suspended or revoked?  Yes ☐   No ☑
For what reason: _____

The Clerk reviews driving records annually, therefore, your driving record is subject to review.

# NICOLE E. JOVANOVSKI, CPA

13836 Wood Duck Circle ■ Lakewood Ranch, FL 34202 ■ 941-228-3646
njovanovski@live.com

---

## SKILLS SUMMARY

- Industrious CPA with over ten years of extensive experience in analyzing and interpreting financial data, formulating recommendations and determining cost-effective solutions to issues
- Ability to manage strong technical  skills and interpersonal relationships to accomplish goals accurately and in a timely manner
- Meticulous organizational and planning skills demonstrated through proven track record of managing multiple projects and project teams simultaneously
- Broad understanding and practical application of GAAP and GASB
- Computer skills include MS Office, IFAS, OnBase and Bloomberg Professional

---

## PROFESSIONAL EXPERIENCE

**SARASOTA CLERK OF CIRCUIT COURT & COUNTY COMPTROLLER'S OFFICE —** Sarasota, FL      **7/2003 to Present**

Senior Financial Accounting Analyst & Backup to the Treasury Management Officer      **12/2005 to Present**
Financial Accounting Analyst      **7/2003 to 12/2005**

Provide advisory and technical support related to the financial activities of Sarasota County Government to County staff, citizens and other related parties.

- Managing assigned projects, reviewing/ coordinating the work of staff and training staff
- Preparing financial, statistical and procedural presentations and reports for management
- Developing and managing working relationships (i.e., banks, consultants, auditors)
- Producing the Comprehensive Annual Financial Report, including  financial statement preparation, management discussion and analysis and various benchmarking and statistical schedules
- Assisting the Treasury Management Officer with day to day tasks; ensure cash needs are met, wire payments are executed and any banking needs are resolved
- Analyzing and reviewing debt issuance documents for accuracy, reviewing recommendations made by the County's financial advisor, participating in underwriter selection and carrying out post-issuance disclosure compliance
- Managing the merchant card processing program  for all County processing locations, finance department liaison for compliance with Payment Card Industry Data Security Standards
- Reviewing, interpreting and implementing new or revised accounting pronouncements (GASB/FASB), reporting standards and statutory laws
- Developing and implementing policies and procedures addressing the unique business functions of the County, reviewing County contracts to determine financial impact and compliance
- Recording journal entries, reviewing the annual budget, assessing budget to actual variances, and analyzing trend data

---

## CERTIFICATION

Certified Public Accountant, State of Florida, 1/2012

---

## EDUCATION

UNIVERSITY OF SOUTH FLORIDA, COLLEGE OF BUSINESS ADMINISTRATION, Tampa, FL
**Bachelor of Science in Business Administration, Accounting, 5/2003**

---

## PROFESSIONAL AFFILIATIONS

Florida Government Finance Officers Association - Member, 7/2003 to present
Florida Institute of Certified Public Accountants - Member, 2/2012 to present
Sarasota County Government Academy of Leadership Excellence Graduate, 1/2012

**009276**

# CLERK OF THE CIRCUIT COURT
## SARASOTA COUNTY
EMPLOYMENT APPLICATION - PO BOX 3079, SARASOTA, FL 34230-3079

AN EQUAL EMPLOYMENT OPPORTUNITY / AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT EMPLOYER

RECEIVED
MAY 2 2 2003
CLERK'S PERSONNEL

PLEASE PRINT IN BLACK INK

DATE `0` `5` `2` `0` `0` `3`   SOCIAL SECURITY # ▨▨▨▨▨

LAST NAME `C` `o` `n` `n` `e` `l` `l` `y`   MI `E`   FIRST NAME `N` `i` `c` `o` `l` `e`

PRESENT ADDRESS (number and street) ▨▨▨▨▨

CITY ▨▨▨▨▨   STATE ▨   ZIP CODE ▨

HOME TELEPHONE NUMBER `9` `4` `1` `3` `7` `7` `6` `1` `5` `2`

ALTERNATE PHONE NUMBER (contact person) ▨▨▨▨▨

REFERRED BY:
- [✓] NEWSPAPER
- [ ] INTERNET
- [ ] WALK-IN
- [ ] EMPLOYEE

Over 18 years of age? [✓] YES [ ] NO

Indicate the position(s) for which you wish to apply:

Position 1 `3` `1` `2` `3`   Position 3 [   ]   Date Available [   ]

Position 2 [   ]   Position 4 [   ]

Are you physically able to perform the normal activities involved in the job for which you are applying? [✓] YES [ ] NO

NAME OF ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT:

NAME: `N/A` _____ RELATIONSHIP: _____ DEPT.: _____

Have you ever applied for a position with the Clerk of the Circuit Court?   Yes [ ]   approx. date: _____   No [✓]

Have you ever been interviewed?   Yes [ ]   approx. date: _____   No [✓]

## IMPORTANT INFORMATION

1. Your application will not be considered unless complete answers are provided to all questions on this application.
2. The Clerk makes every effort to accommodate individual preferences. However, work needs and changes may make the following conditions mandatory: overtime, shift work, a rotating work schedule, a work schedule other than Monday through Friday and job reassignments.
3. Successful completion of an employment physical/drug test to determine job related eligibility will be required for certain positions.
4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.
5. Certain positions with the Clerk of the Circuit Court may require the applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.
6. A false answer to any question in this application may be grounds for not employing you or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

009277

Have you ever been convicted of a felony?   Yes ☐   No ☑
If so, please state particulars:   Charge: _____   Date: _____
Sentence: _____
Are you now on probation?   Yes ☐   No ☑
Probationary Period:   From _____   To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment. The nature, severity and date of the offense(s) will be considered in relation to the position you are applying for.

## EDUCATION AND TRAINING

|  |  | Degree(s): |  | | Total Years |
|---|---|---|---|---|---|
| G.E.D. Certificate | ☐ | A.A. ☐ | A.S. ☐ | = | 2 yrs |
| High School Diploma | ☑ | B.A. ☐ | B.S. ☑ | = | 4 yrs |
| College Degree | ☑ | M.A. ☐ | M.S. ☐ | = | 2 yrs |
|  |  |  | Ph.D. ☐ | = | yrs |
|  |  |  | J.D. ☐ | = | yrs |

Name and location of last high school attended:
Santaluces Highschool
Lantana, Fl

G.E.D. Certificate or High School Diploma = 12 yrs

Total Years of Education = 17 yrs

| College Attended | From | To | Major |
|---|---|---|---|
| University of South Florida | 5/00 | 5/03 | Accounting |
| Florida Atlantic University | 8/98 | 5/00 | |

Total Credits Earned: 138

Vocational, Trade, Business, Armed Forces and other special training.

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |

Candidates will be responsible for presenting transcripts, diplomas or certificates if employed.

List office/business machines you are experienced in operating (Dictaphone, computer, calculator, etc.)
Computer, Calculator, copy machine, scanner.

Clerical Skills:   Typing ☐☐☐ wpm   Shorthand ☐☐☐ wpm   unknown

List any additional qualifications, skills, abilities or education that you would like us to consider as part of your application:
proficiency in Ms office 2000, ACL, Student member of the Internal Audits Institute

Do you have a valid:
  Florida driver's license?   License No. ████████   Yes ☑   No ☐
  Florida chauffeur's license?   License No.: _____   Yes ☐   No ☑
  Driver's license from another state?   N/A
                  (specify state) 00000000
Have you had a traffic violation in the last three years?   Yes ☑   No ☐
Please explain: Speeding

Has your driver's license ever been suspended or revoked?   Yes ☐   No ☑
For what reason: _____

The Clerk reviews driving records annually, therefore, your driving record is subject to review.

009278

## EXPERIENCE

Complete in DETAIL starting with your present employer. Include summer employment and U.S. military experience. For any unemployed or self-employed periods, show dates and locations. You may attach a resume for explanation of duties. You are still required to complete all information requested herein. If additional space is required, attach a second sheet.

May we contact your current employer?     Yes ☑     No ☐

| Employer Avila Gill & Country Club | Job Title Server | | | |
|---|---|---|---|---|
| Address 943 Guirande de Avila City, State, Zip Tampa, FL 33613 Phone No. (813) 961-1770 | Reason for Leaving Finished College | | | |
| | Date From 10/00 | Date To 5/03 | Monthly Earnings 12.5¢/hr | # Emp. You Supervised — |
| Supervisor Glenn Zito | | | | |
| Describe your job: Lead Server in Fine Dining, Assit in new employee training and development. | | | | |

| Employer Gordon's Jewelers | Job Title Sales Associate | | | |
|---|---|---|---|---|
| Address 801. N. Congress Ave. City, State, Zip Boynton Bch, FL 33426 Phone No. (561) 736-9222 | Reason for Leaving moved away to college | | | |
| | Date From 1/00 | Date To 10/00 | Monthly Earnings 8.40/hr | # Emp. You Supervised |
| Supervisor Jim Schramske | | | | |
| Describe your job: Assit customer in purchasing decisions, customer service. | | | | |

| Employer | Job Title | | | |
|---|---|---|---|---|
| Address City, State, Zip Phone No. | Reason for Leaving | | | |
| | Date From | Date To | Monthly Earnings | # Emp. You Supervised |
| Supervisor | | | | |
| Describe your job: | | | | |

| Employer | Job Title | | | |
|---|---|---|---|---|
| Address City, State, Zip Phone No. | Reason for Leaving | | | |
| | Date From | Date To | Monthly Earnings | # Emp. You Supervised |
| Supervisor | | | | |
| Describe your job: | | | | |

| Employer | Job Title | | | |
|---|---|---|---|---|
| Address City, State, Zip Phone No. | Reason for Leaving | | | |
| | Date From | Date To | Monthly Earnings | # Emp. You Supervised |
| Supervisor | | | | |
| Describe your job: | | | | |

## VETERANS' PREFERENCE

Preference in appointment to certain positions is extended to certain eligible veterans and spouses of veterans.

☐ A disabled veteran who is eligible for or receiving compensation under public laws administered by the U.S. Veterans Administration and the Department of Defense; or

☐ The spouse of a veteran who cannot qualify for employment because of a total and permanent disability, or the spouse of a veteran missing in action, captured or forcibly detained by a foreign power; or

☐ A veteran of any war who has served on active duty for 180 consecutive days or more during the war time era; or

☐ The unremarried widow or widower of a veteran who died of a service connected disability.

_____          _____          _____
Branch of Service                    Date of Entry                    Date of Honorable Discharge

**NOTE: Documentation of eligibility for veteran's preference is required at the time of application.**

Have you obtained employment with the State of Florida or any political jurisdiction of the state as a result of having claimed Veterans' Preference at any time since October 1, 1987?     Yes ☐     No ☑

If you feel that you are not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation. To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, PO Box 1437, St. Petersburg, FL 33731. Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision.

Have you previously been employed by Sarasota County? Yes ☐   No ☑   Dept./Div.: _____
From _____ To _____ Reason for Leaving: _____

Have you ever worked under a different name (maiden/alias)? Yes ☐   No ☑   Name: _____

If you are not a citizen, do you have the legal right to work in the U.S.?   Yes ☐   No ☐

Alien Registration Number: _____

### STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I hereby authorize Sarasota County Clerk of the Circuit Court to investigate my background, references, employment record and other matters related to my suitability for employment. This may include a criminal background check and a check on my driving records. I also authorize my former employers or any third party to disclose to the Sarasota County Clerk of the Circuit Court all reports and other information related to my suitability for employment, personal or otherwise, without giving me prior notice of such disclosure. I hereby release Sarasota County Clerk of the Circuit Court, former employers, and all references listed above from any and all claims, demands or liabilities arising out of or related to such investigation or disclosure.

It is my understanding that this application, by law, will become public record when submitted and the Clerk cannot guarantee me its' confidentiality.

I hereby give permission to have my medical records released to the Clerk of the Circuit Court at any time during my employment period with the Clerk.

All requests for information have been completed as fully and as accurately as possible. I recognize that any material, misrepresentation or pertinent omission of fact in my application may disqualify me from employment with Sarasota County Clerk of the Circuit Court.

**Signature of Applicant** _____   Date 5/20/03

009280

# NICOLE CONNELLY

941.377.6152
nconnell@helios.acomp.usf.edu

## EDUCATIONAL BACKGROUND

Bachelor of Sciences, University of South Florida, Tampa, FL, May 2003.
Major: Accounting, with related course work in Internal and
Operational Auditing, and Foreign Language, Spanish.

## WORK EXPERIENCE

*Fall 2000-Spring2003*        **Avila Golf & Country Club**, Tampa, FL
Lead Food Server. Responsible for maintaining epicurean
customer service within the dining room.
- Extensive work in Fine Dining consisting of an elite
  clientele.
- Average daily revenue for a lead server is $500-
  800.
- Assist in new employee training and development.

## HONORS & AWARDS

- ❖ Recipient of Florida Bright Futures Scholarship 1998-2003.

## COMMUNITY & UNIVERSITY ACTIVITIES

- ❖ Student member of The Institute of Internal Auditors, 2003.
- ❖ Participated in Capstone Business Simulation, 2003.

## SPECIAL SKILLS

- ❖ Computer proficiency in MS office 2000.
- ❖ Proficiency in ACL- generalized audit software.

### REFERENCES AVAILABLE UPON REQUEST

# EXHIBIT 23

Eydie Peacher
Letter to Eckerd College
Regarding Bolden Qualifications

009282



*Clerk of the Circuit Court and County Comptroller*

**Sarasota County**   2000 Main Street • P.O. Box 3079 • Sarasota, FL 34230-3079 • Phone: 941-861-7400 • www.sarasotaclerk.com

April 7, 2009

Program for Experienced Learners
Eckerd College
4200 54th Avenue South
St. Petersburg, FL 33711

Dear Program Facilitator:

This letter is intended to confirm Mrs. Joan Bolden's job responsibilities in her position as Supervisor, Criminal Courts, for the Clerk of the Circuit Court and County Comptroller, Sarasota County, Florida.

Mrs. Bolden has served as Court Supervisor in the Clerk's organization since October, 1999. This position is heavily weighted toward Human Resources responsibilities, reflected by the job description, attached. Mrs. Bolden has been consistently involved with recruitment, training, coaching, and evaluating the job performance of her staff. She sets and monitors performance standards and measures, schedules hours of work, organizes workflow, evaluates efficiencies and improvements with regard to efficiency, and develops and implements departmental policies and guidelines in conjunction with and at the direction of the division manager.

I have served in the field of Human Resources for over twenty-six (26) years and have worked closely with Mrs. Bolden in the Clerk's office since February, 2002. I can attest to Mrs. Bolden's Human Resources knowledge gained through her experience as Supervisor.

Please do not hesitate to contact me if you have questions, or require additional information. You may reach me at (941) 861-7618.

Sincerely,

Eydie Peacher, SPHR
Manager – Human Resources

NOTARY PUBLIC STATE OF FLORIDA   4-07-09
Sheryl Ann Higginbotham
Commission # DD525355
Expires: MAR. 06, 2010
Bonded Thru Atlantic Bonding Co., Inc.

---

*Clerk of Circuit and County Court • Clerk of Board of County Commissioners • County Comptroller, Auditor and Recorder*

**009283**

# EXHIBIT 24

Joan Bolden
Second EEOC Charge

EEOC Dismissal and Notice of Rights

009284

Page 1 of 2

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Florida Commission On Human Relations | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Joan Marie Bolden | (941) 776-0457 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Sarasota Clerk of the Circuit Court<br>**Attn: Karen E. Rushing Only, Confidential** | No. Employees, Members<br>50+ | Phone No. (Include Area Code)<br>(941) 861-7400 |
|---|---|---|
| Street Address   City, State and ZIP Code<br>c/o Operations Department, Post Office Box 3079, Sarasota, Florida 34230-3079 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☑ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 07/16/2014 | |

☑ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. PERSONAL HARM: I have been employed with the Sarasota Clerk of the Circuit Court ("the Clerk's Office") since May 10, 1992. I currently hold a Manager position in which I am responsible for Public Access, Jury, and Tax Deeds. During May 2014, I applied for an Assistant Director of Court Services position. On July 16, 2014, the Clerk of the Circuit Court and County Comptroller, Karen E. Rushing, who is Caucasian, announced that she had selected Stacy Dillard-Spahn, who is Caucasian, for a Director of Court Services position. Then, during September 2014, I applied for the Human Resources Officer position with the Clerk's Office. The Clerk's Office selected Holly Young, who is Caucasian, for the Human Resources Officer position.

On or about October 21, 2014, the Clerk's Office provided me with a performance evaluation that is not reflective of my work performance. In this evaluation, the Clerk's Office rated me as needs improvement in two categories, communication and judgment. I provided a rebuttal to this evaluation, and the Clerk's Office did not correct the performance evaluation.

During February 2015, the Clerk's Office promoted Nick Dazio, who is Caucasian, from Supervisor of Records Center to Manager of Records Management. Mr. Dazio will receive an increase in annual salary from $44,189 to $70,000.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/2/15<br>Date   Charging Party Signature | SUBSCRIBED (month, day, year)<br>FRANCINA M HOLLAWAY 2, 2015<br>Notary Public - State of Florida<br>My Comm. Expires Aug 9, 2016<br>Commission # EE 207419<br>Bonded Through National Notary Assn. |

009285

EEOC Form 5 (11/09)

Page 2 of 2

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

During August 2010, I filed a race discrimination charge with the U.S. Equal Employment Opportunity Commission against the Clerk's Office. During November 2010, the Clerk's Office and I entered into an agreement to resolve my race discrimination claims. The same players who were involved in my earlier charge of discrimination are still employed with the Clerk's Office, including Ms. Rushing and Chief Operations Officer Janet Cantees, who is Caucasian.

II. RESPONDENT'S REASON FOR PERSONAL HARM:

Regarding the Assistant Director of Court Services position, my supervisor, Director of Court Services Kathy Plante, who is Caucasian, informed me that the Clerk's Office had decided to hire another Director of Court Services instead of an Assistant Director. (I was and am qualified to be a Director of Court Services.) Regarding the Human Resources Officer position, Ms. Cantees informed me that "the decision has been made to continue to pursue other candidates who possess the required and more direct, relevant work experience in the field of Human Resources."

III. DISCRIMINATION STATEMENT:

I believe that the Clerk's Office has discriminated against me based on race (African American) in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA"). I also believe the Clerk's Office has retaliated against me in violation of Title VII and the FCRA.

I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED UNDER THE LAW(S).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/2/15 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   2015 |
| Date   Charging Party Signature | FRANCINA M HOLLAWAY<br>Notary Public - State of Florida<br>My Comm. Expires Aug 9, 2016<br>Commission # EE 207419<br>Bonded Through National Notary Assn. |

009286

EEOC Form 151 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Joan Marie Bolden

From:   Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2015-01228 | Beverly Collins, Investigator | (813) 202-7917 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal or state law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]* Georgia M. Marchbanks

MAR 21 2016

Enclosures(s)

**Georgia M. Marchbanks, Director**

*(Date Mailed)*

cc:

Maria D. Korn, Esq., Asst. County Attorney
OFFICE OF COUNTY ATTORNEY
SARASOTA COUNTY GOVERNMENT
1660 Ringling Boulevard, 2nd Floor
Sarasota, FL  34236

Cynthia N. Sass, Esq.
LAW OFFICES OF CYNTHIA N. SASS, P.A.
601 West Martin Luther King Jr. Blvd
Tampa, FL 33603

# EXHIBIT 25

Job Opportunity Announcement for
Human Resources Officer

Joan Bolden
Request for Consideration
Rejection Email
Third EEOC Charge

EEOC Dismissal and Notice of Rights

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  Joan M. Bolden

From:  Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2017-01692 | Belinda Wickes,<br>Investigator | (813) 202-7918 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*                                6/22/17

Enclosures(s)

**Evangeline Hawthorne,**
**Director**                                              *(Date Mailed)*

cc:     Julianne E. Niebour
Human Resources
**SARASOTA CLERK OF THE CIRCUIT COURT**
P.O. Box 3079
Sarasota, FL 34230

**009289**

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT:  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    FORM NUMBER/TITLE/DATE.  EEOC Form 5, Charge of Discrimination (11/09).

2.    AUTHORITY.  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    PRINCIPAL PURPOSES.  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    ROUTINE USES.  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge if retaliation is taken against you or others who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**009291**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **511-2017-01692** |

| Florida Commission On Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mrs. Joan M. Bolden** | **(941) 776-0457** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SARASOTA COUNTY OF CIRCUIT COURT** | **200** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **P.O. Box 3079,  Sarasota, FL 34230** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest **04-15-2016**   Latest **08-04-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**PERSONAL HARM:** I have been employed since 5/11/1992; most recently as a Manager. I'm still employed. I applied for a Human Resources position in April 15, 2016, and was denied. Throughout my employment with the above Company, I have applied for specific positions within my career field and have been told I was not the best qualified candidate. Mostly everyone hired to the upper management positions are non-African American. I have a Bachelor's degree, 25 years of working experience in a professional position; 15 years of which have been in a Supervisory or management capacity. All my evaluations have been have been rated high. I have certification as a PHR and SHRM-CP in Human Resources. However, each time I applied for the Human Resources position, I'm not considered for lack of knowledge and experience. Yet, they hire a White female with less experience, certification, and education for HR Specialist. This is the third time I had to file a complaint against this company in regards to discrimination practices based on promotions.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>x |
| *6-5* , 2017   *[signature] Joan M. Bolden*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

**009292**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 51 1-2017-01692 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**RESPONDENT'S REASON**:  Based on the information given, CP was notified in 8/4/2016, by Human Resources that she was not selected for that position Dated April 15, 2016, for the Human Resources Officer position because she did not have the work experience in the field of Human Resources.

**DISCIMINATION STATEMENT:** I believe I have been discriminated against because of my race/black, in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended;

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>x<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| 5-21 , 2017            *Charging Party Signature*<br>Date | |

# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE: April 15th, 2016



**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**

Employees who are interested in applying for the following position may submit an **Employee Request for Consideration** form directly to the Human Resources Dept. Forms are available in the Clerk's Human Resources Department. One's eligibility for a position is determined by education, related job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN April 15th, 2016.**

**Job Title:** **Human Resources Officer**
**Position #:** **3001**
**Pay Grade:** **0403**
**Department:** **Human Resources**

## PURPOSE:

The Human Resources Officer serves on the Strategic Planning Committee and demonstrates the presence of a strategic leader that leads to outcomes that are linked to the Strategic Plan and direction of the organization as well as the annual budget. As a strategic leader, this position is responsible for developing organization knowledge and the sharing of knowledge outside of the functional area of expertise with other leaders within the organization. The Human Resources Officer is a senior management position and is designated as *Essential Personnel.*

This position will be responsible for managing the overall provision of human resources for the organization, which includes the policies within the personnel handbook, managing compensation (external equity) and benefits (direct & indirect) recruitment and retention, performance appraisal and monitoring (internal equity), employee counseling, and the organization's training and professional development programs. In addition, this position is responsible for designing, overseeing and implementing the compensation and benefits programs, monitoring salary structures, and balancing staffing needs with cost controls. Staying current of changing federal and state employee benefits regulations, as well as the shifting needs of the workplace is a valued service and must be considered as this position provides direct oversight of the volunteer and internship programs.

This position works closely with senior leaders and managers, providing expert guidance, coaching and support on the full range of human resource activities including policies and procedures, absence management, restructuring of services, performance management and the disciplinary process in order to ensure a consistent and fair approach across the organization. Educating, mentoring and training human resources staff, as well as providing training/coaching to the leadership team on human resource processes and best practice is expected.

The Human Resources Officer is responsible for designing, developing and maintaining the recruitment process including a current job description, recruitment measurement definitions and regular measurement reporting and redesigning the selection matrix for choosing the optimum recruitment channel and recruitment source. This position will establish interview committees and will be expected to conduct interviews as well. The recruitment efforts will consist of both the traditional methods of advertising and posting, but will need to design a method to reach across various social media channels and utilize legally compliant automation screening and testing tools. New hire orientation, stay-on interviews, performance improvement training, career development, and oversight of the initiatives of the special event committee are other areas of responsibilities of this position.

Monitoring the HRIS system and interfaces to ensure compliance and data integrity and managing the third-party human resource vendor resources system analyst, project managers and consultants are expectations of this position. Accurate data collection and analysis, as well as maintaining and retaining accurate employee records in accordance with retention laws are also expectations.

Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court organization.

## QUALIFICATIONS:

### Education

A Bachelor's Degree from an accredited college or university in Human Resources Management, Business Administration, or related field is required. A Master's in Business Administration (MBA) preferred.

(Certification in one functional area required, two preferred):

- Compensation Professional (CCP)
- Certified Employee Benefits Specialist (CEBS)
- Senior Professional in Human Resources (SPHR)

### Experience

Five or more years of work experience within a human resources department in a lead position and hands on experience utilizing HRIS systems, as well as other applications that are focused on personnel management such as time and attendance, performance evaluation systems, HR dashboards, etc. In depth knowledge of the basic principles and laws pertaining to personnel administration, employee recruitment and retention, use of compensation and benefits forecasting and strategy tools, as well as participation in the development and deployment of training programs are requirements.

### Management Experience

Seven to ten years of management experience serving in a senior level position is required. In depth knowledge of the basic principles and laws pertaining to personnel administration and management, employee selection, compensation, employee relations, training and development and employee benefits is required.

### Knowledge Base

1. Knowledge of the basic principles and laws pertaining to personnel administration, employee selection, compensation, employee relations, training and development, and employee benefits.
2. Knowledge of the principle and techniques of effective verbal and written communication. Skill in the application of these techniques both for effective personal communication and to guide others towards a more effective verbal and written communication.
3. Knowledge and ability to collect, evaluate, and analyze data related to personnel programs and functions.
4. Knowledge of effective techniques used in problem solving.
5. Knowledge and ability to present facts and recommendations effectively.
6. Knowledge of modern office practices, procedures and methods including human resources integrated software and hardware implementations.
7. Knowledge of project management and financial management.
8. Knowledge of the public records law and the retention laws associated with employment records and records in general.

### Personal Characteristics

1. **Adaptability:** Demonstrates a willingness to be flexible, versatile and/or tolerant in a changing work environment while maintaining effectiveness and efficiency.

2. **Ethical Behavior:** Understand ethical behavior and business practices and ensure that own behavior and the behavior of others is consistent with these standards and aligns with the values of the organization.

3. **Build Relationships:** Able to build and maintain positive working relationships with others, both internally and externally to achieve the goals of the organization.

4. **Communicate Effectively:** Speak, listen and write in a clear, thorough, and timely manner using appropriate and effective communication tools and techniques.

5. **Creativity/Innovation:** Develop new and unique ways to improve operations of the organization and to create new opportunities.

6. **Focus on Customer Needs:** Anticipate, understand, and respond to the needs of internal and external customers to meet or exceed their expectations within the organizational parameters.

7. **Foster Teamwork:** Work cooperatively and effectively with others to set goals, resolve problems, and make decisions that enhance organizational effectiveness.

8. **Lead:** Positively influence others to achieve results that are in the best interest of the organization.

9. **Make Decisions:** Assess situations to determine the importance, urgency and risks and make clear decisions which are timely and in the best interests of the organization.

10. **Organize:** Set priorities, develop a work schedule, monitor progress toward goals and track details, data, information and activities.

11. **Plan:** Determine strategies to move the organization forward, set goals, create and implement actions plans, and evaluate the process and results.

12. **Solve Problems:** Assess problem situations to identify causes, gather and process relevant information, generate possible solutions, and make recommendations and/or resolve the problem.

13. **Think Strategically:** Assess options and actions based on trends and conditions in the environment and the vision and values of the organization.

## WORK ENVIRONMENT

The Human Resources Officer usually works in an office environment, but the mission of the organization may sometimes take then to non-standard workplaces.  The Human Resources Officer works a standard work week, but, additionally, will often work evenings, weekends, and overtime hours to accommodate activities such as meetings held after the normal business day, possibly representing the organization at events as directed, and or special events planned for the employees of the organization.  Frequently, requires working under stressful conditions, handling of varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, and employees of the Clerk's office, Board of County Commissioners and other Elected Officials.  Job requires the employee to be able to handle diverse tasks simultaneously.

**General Office Equipment**
Computer equipment and peripherals
Photocopier and Fax Machine
Telephone, Calculator, etc.



# CLERK OF THE CIRCUIT COURT
## EMPLOYEE JOB OPPORTUNITY
## REQUEST FOR CONSIDERATION FORM

SARASOTA COUNTY, FL

**TO:**   Human Resources Department

**FROM:**   Joan M. Bolden          Manager          Public Access/Jury
       Employee Name          Current Job Title          Department Name

**DATE:**   April 15, 2016
       Date Submitted to Human Resources

**RE:**   Position Number 3001    Position Title  Human Resources Officer
       Position for which you are applying

Please accept this memo as an application for the position of __3001____, which

was advertised in the Job Opportunity Announcement for the week ending

**Friday, April 15, 2016.**

I am qualified for this position based on the following (note education, experience, skills and/or abilities):

- Highly polished, performance driven professional with over 16 years of experience in various areas of supervision, management and human resources.
- Bachelor's Degree from an accredited college in Human Resource Management.

- Professional Human Resource Certification (PHR) and Certified Professional (SHRM-CP)

- Knowledge of basic principles, and laws pertaining to personnel administration, employee recruitment and retention.

Should you required additional information or which to schedule an interview, I can be reached at  861-7823.
       Work Telephone Number

_Kathey Plante_    4/15/16
**Supervisor/Signature**

**Submit to HR Department by closing date.**

009298

# JOAN MARIE BOLDEN, PHR, SRHM-CP

**Phone: (941) 776-0457 ● Cell: (941) 356-1832 ● Email:  Email: joaniebolden@yahoo.com**

## BUSINESS MANGEMENT & HUMAN RESOURCES PROFESSIONAL

A highly polished, performance driven business professional with over 16 years of experience in various areas of Supervision and Management, Records Management and Human Resources such as: interviewing, appraisals, training and professional development. A dynamic self-directed leader who responds rapidly and effectively to fast changing priorities with superior interpersonal skills. Adheres to the highest standards of integrity and builds exceptional relationships by working collaboratively with others and finding win-win solutions.

## AREAS OF KEY STRENGTHS & EXPERTISE:

- **Outstanding Communications & High Impact Presentations**
- **Document Control, Records & Management Of File Systems**
- **Evaluation of Employee Work Performance Assessments**
- **Interviewing and Hire Selection**
- **Methodical Attention To Detail & Research Analysis**
- **Annual Departmental Budgets & Allocation**
- **Employee Generation Reports & Data Analysis**
- **Job Descriptions & Policy / Procedures**
- **Multitasking, Organization & Effective Action**
- **Excellent Workflow Planning & Prioritization**

## ACADEMIC & PROFESSIONAL TRAINING:

- **Bachelors of Art - Global Human Resources Management** Eckerd College, St. Petersburg, Florida, 2009
- **SHRM – Certified Professional (SHRM-CP)** February 9, 2015
- **Professional Human Resources Certification (PHR)** December 30, 2013

## PROFESSIONAL EXPERIENCE:

*Sarasota County Clerk of the Circuit Court*, Sarasota, Fl                                    1992 – Presently

Promoted throughout career from Customer Service Representative to Court Services Manager, preparing annual budgets for 3 departments; performing Human Resources tasks in each managerial role held.

**Court Services Manager**

- Supervises a staff of 10 employees and delivered policies relating to the department's administrative, fiscal and clerical functions.
- Prepares and allocates annual budget for three departments administering all expenditures.
- Develops new talent sources and leadership capability across the departments in order to build empowered employee base.
- Designs training programs of the newly inducted employees in accordance with their job description.
- Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.
- Quantifies measurable performance standards by compiling, analyzing statistical data and applies counseling / guidance procedures to improve employee performance.
- Transformed the department with a new implementation process that ensured electronic images were systematically microfilmed within 90 days of filing; files were subsequently purged.
- Participates as the Records Management Liaison Officer (RMLO) for Sarasota County and a member of the Vital Records and Disaster Planning Committee.
- Analyzes, evaluates, and interprets proposed and prospective legislative / regulatory requirements; prepares legislative impact statements.



# Joan Marie Bolden
### Resume (Page 2)
(PH) 941-776-0457 • (Cell) 941-356-1832 • Email: joaniebolden@yahoo.com

**Criminal Courts Supervisor**

- Provided staff training and the ability to handle difficult situations; assisting staff to meet their goals while demonstrating exceptional level of professionalism for staff to emulate.
- Identified areas of inefficiency and developed specific procedures that enabled consistency and compliance with statutory guidelines (Before, In and After Court procedures for Criminal and Traffic Courts).
- Acknowledged for excellent communication skills in the development of staff and supervisors by providing performance assessments and leadership skills within the department.
- Assisted with the development and implementation of departmental policies and interpreted to subordinates for improved department efficiency.
- Maintained confidential personnel records including attendance, terminations, progressive and disciplinary plans.
- Performed specialized research as assigned and compiles statistical research for the courts.
- Managed and tracked all data and court records to ensure they were accurate.

**Deputy Clerk – Court Clerk**

- Multitasked by recording case dispositions, court orders and arrangements made for payment of court fees.
- Showed outstanding communication skills and confidentiality by answering inquiries from the general public regarding judicial procedures, court appearances, trial dates, adjournments, outstanding warrants, summonses, subpoenas, witness fees, or payment of fines.

**Customer Service Representative / Board Records**

- Utilized a high degree of initiative and judgment to efficiently meet deadlines, carry out assigned tasks and resolved problems encountered with first-rate communication skills.
- Always demonstrated a pleasant and professional attitude when communicating within different departments.
- Easily handled high pressure demands and workload with decisiveness and multitasking ability with ease.
- Use of excellent time management skills in handling the day to day office operations including: organizing records, assisting general public with Board records and maintained database systems and reports.
- Took initiative performing other duties that need assistance within organization that are outside job description to get it done.

## COMPUTER EXPERTISE:

- Microsoft WORD, EXCEL and PowerPoint
- Database / Reporting Management
- Fast Learner On All New Systems

**009300**

9/17/2016                                          Thank you for your interest - Joanie Bolden

# Thank you for your interest

Julianne Niebour

Thu 8/4/2016 12:45 PM

To:Joanie Bolden <jbolden@scgov.net>;

Hello,

Thank you for the interest you have shown in furthering your career with the Clerk of the Circuit Court and County Comptroller.

Upon review of your request for consideration for the Human Resources Officer position Dated April 15, 2016, it was determined that you do not possess the work experience in the field of Human Resources required to be considered for this position. Therefore, we have chosen to move forward in the recruitment process to identify and interview candidates who meet all the requirements established for this position.

Thank you again for your interest,

**Julianne E. Niebour**
**Employment Specialist**
**Human Resource Services**
*Karen E. Rushing*
*Clerk of the Circuit Court and County Comptroller*
*2000 Main Street- P.O. Box 3079*
*Sarasota, FL 34230-3079*
*www.SarasotaClerk.com*

009301

# EXHIBIT 26

Joan Bolden
Request for Consideration for
Human Resources Coordinator



# CLERK OF THE CIRCUIT COURT
## EMPLOYEE JOB OPPORTUNITY
## REQUEST FOR CONSIDERATION FORM

**TO:**     **Human Resources Department**

**FROM:**   <u>Joan M. Bolden</u>        , <u>Manager</u>              , <u>Public Access/Jury</u>
                 Employee Name                Current Job Title              Department Name

**DATE:**   <u>April 16, 2018</u>
                 **Date Submitted to Human Resources**

**RE:**     **Position Number** <u>4791</u>      **Position Title** <u>HR Coordinator</u>
                       Position for which you are applying

Please accept this memo as an application for the position of <u>HR Coordinator</u>,
which was advertised in the Job Opportunity Announcement for the week
ending April 17, 2018.

---

**I am qualified for this position based on the following (note education,
experience, skills and/or abilities):**   (Please attach resume)

- Bachelor's degree in Human Resources
- HR Certifications:  PHR and SHRM-CP
- Nineteen (19) years of Human Resources experience, as outlined in letter dated April 7, 2009
- Leadership and managerial skills
- Organization and planning
- Analytical thinking
- Computer proficiency
- Excellent communication and interpersonal skills
- Attention to detail
- Ethics and integrity
- Ability to make good judgment and sound decisions
- Proficient and knowledgeable in Records Management
- Graduate of Academy of Leadership Excellence – Class of 2013
- Excellent attendance record
- Consistently "Exceeding Above Expectations" in Annual Work Performance review
- Experience in performing comprehensive HR tasks:  performance evaluation, employee relations, staff training and development

---

Should you require additional information or which to schedule an interview, I
can be reached at <u>861-7823</u>              .
                     Work Telephone Number

_____

**Supervisor Signature**

**Submit to HR Department by closing date.**

009303

# JOAN MARIE BOLDEN, PHR, SHRM-CP, NOTARY PUBLIC

**Phone: (941) 776-0457 ● Cell: (941) 356-1832 ● Email: Email: joaniebolden@yahoo.com**

## BUSINESS MANGEMENT & HUMAN RESOURCES PROFESSIONAL

A highly polished, performance driven business professional with over 19 years of experience in various areas of Human Resources, Supervision and Management, Court Management, Jury Management and Records Management. A dynamic self-directed leader who responds rapidly and effectively to fast changing priorities with superior interpersonal skills. Adheres to the highest standards of integrity and builds exceptional relationships by working collaboratively with others and finding win-win solutions.

## AREAS OF KEY STRENGTHS & EXPERTISE:

- Outstanding Communications & High Impact Presentations
- Document Control, Records & Management of File Systems
- Evaluation of Employee Work Performance Assessments
- Interviewing and Hire Selection
- Methodical Attention to Detail & Research Analysis
- Annual Departmental Budgets & Allocation
- Job Descriptions & Policy / Procedures
- Multitasking, Organization & Effective Action
- Excellent Workflow Planning & Prioritization

## ACADEMIC & PROFESSIONAL TRAINING:

- Bachelors of Art - Global Human Resources
  Management Eckerd College, St. Petersburg, Florida, 2009
- Professional Human Resources Certification (PHR)
  December 30, 2013
  - SHRM-CP –  January 2015

## PROFESSIONAL EXPERIENCE:

*Sarasota County Clerk of the Circuit Court,* Sarasota, Fl
December 2010 - Present

Court Services Manager

- Manages a staff of 10-35 employees and delivers policies relating to the department's administrative, fiscal and clerical functions.
- Reviews qualifications and experience of prospective candidates and schedules appropriate applicants for interviews.
- Prepares and allocates annual budget for three departments administering all expenditures.
- Develops new talent sources and leadership capability across the departments in order to build empowered employee base.
- Designs training programs of the newly inducted employees in accordance with their job description.
- Evaluates efficiencies and improvements with regard to productivity in support of the strategic goals and objectives.
- Quantifies measurable performance standards by compiling, analyzing statistical data and applies counseling / guidance procedures to improve employee performance.
- Analyzes, evaluates, and interprets proposed and prospective legislative / regulatory requirements; prepares legislative impact statements.
- Manages the responsibilities for records protection and custodianship for the division
- Maintains department organizational chart, job descriptions, and other relevant documentation to support staff resources.
- Ensures transfer of knowledge to others for purposes of succession planning
- Adheres to and follows the principles of the Clerk of the Circuit Court

**Criminal Courts Supervisor**
July 1998- December 2010

- Performed Human Resources functions of the Unit to effectively meet the needs of the division and employees.
- Provided staff training and the ability to handle difficult situations; assisted staff to meet their goals while demonstrating exceptional level of professionalism for staff to emulate.

**009304**

- Identified areas of inefficiency and developed specific procedures that enabled consistency and compliance with statutory guidelines.
- Acknowledged for excellent communication skills in the development of staff and supervisors by providing performance assessments and leadership skills within the department.
- Assisted with the development and implementation of departmental policies and interpreted to subordinates for improved department efficiency.
- Performed specialized research as assigned and compiles statistical research for the courts.
- Managed and tracked all data and court records to ensure they were accurate.

## COMPUTER EXPERTISE:

- Microsoft WORD, EXCEL and Powerpoint
- Database / Reporting Management
- Fast Learner on All New Systems

**EXHIBIT C**



**KAREN E. RUSHING**
*Clerk of the Circuit Court and County Comptroller*

Sarasota County    2000 Main Street • P.O. Box 3079 • Sarasota, FL 34230-3079 • Phone: 941-861-7400 • www.sarasotaclerk.com

April 7, 2009

Program for Experienced Learners
Eckerd College
4200 54th Avenue South
St. Petersburg, FL 33711

Dear Program Facilitator:

This letter is intended to confirm Mrs. Joan Bolden's job responsibilities in her position as Supervisor, Criminal Courts, for the Clerk of the Circuit Court and County Comptroller, Sarasota County, Florida.

Mrs. Bolden has served as Court Supervisor in the Clerk's organization since October, 1999. This position is heavily weighted toward Human Resources responsibilities, reflected by the job description, attached. Mrs. Bolden has been consistently involved with recruitment, training, coaching, and evaluating the job performance of her staff. She sets and monitors performance standards and measures, schedules hours of work, organizes workflow, evaluates efficiencies and improvements with regard to efficiency, and develops and implements departmental policies and guidelines in conjunction with and at the direction of the division manager.

I have served in the field of Human Resources for over twenty-six (26) years and have worked closely with Mrs. Bolden in the Clerk's office since February, 2002. I can attest to Mrs. Bolden's Human Resources knowledge gained through her experience as Supervisor.

Please do not hesitate to contact me if you have questions, or require additional information. You may reach me at (941) 861-7618.

Sincerely,

Eydie Peacher, SPHR
Manager – Human Resources

*Sheryl A. Higginbotham*    4-07-09
NOTARY PUBLIC STATE OF FLORIDA
Sheryl Ann Higginbotham
Commission # DD525355
Expires: MAR. 06, 2010
Bonded Thru Atlantic Bonding Co., Inc.

---

*Clerk of Circuit and County Court • Clerk of Board of County Commissioners • County Comptroller, Auditor and Recorder*

# EXHIBIT 27

James Clarke
College Degrees
and
Military Award



# Everglades University

By Virtue of the Authority of
The Board of Trustees of Everglades University
and on the recommendation of the faculty, has conferred upon

## James Clarke

who has successfully completed the
educational requirements for this program, the degree of

## Bachelor of Science
## Information Technology

with all rights, privileges and honors thereunto appertaining.
Given at Sarasota, Florida, on this
25th day of February, 2006.



_____
President

Dr. _____ _____
Vice President of Academic Affairs

009308

# Keiser College



The Board of Governors of Keiser College
on recommendation of the Faculty, has conferred upon

## James Edward Clarke

who has successfully completed the
Educational requirements for this program, a Degree of

## Associate of Science

## Computer Network Administration

with all the Rights, Privileges and Honors thereunto appertaining

Sarasota, Florida, this 17th day of December, 1999

_____          _____ PhD          _____
Executive Director                      President                      Dean of Academic Affairs

009309

# *Department of the Navy*



## *Armed Forces Reserve Medal*

FIRST AWARD TO

RADIOMAN THIRD CLASS

JAMES EDWARD CLARKE

*Is issued this certificate in recognition of ten years of faithful Naval Reserve Service.*

*Awarded for service completed on*  17 NOVEMBER 1993

W. G. HOLLYFIELD, JR.
*Commanding Officer*

NAVRESREDCOMREGEIGHT FORM 1650/1 (6-81)

009310

# EXHIBIT 28

Gayla Tynes-Jones
College Degrees



# Barry University

Upon the recommendation of the Faculty, the Board of Trustees
has conferred on

## Gayla Lanette Tynes

the degree of

## Master of Arts
## with a major in Administration

in recognition of the satisfactory fulfillment of the requirements
pertaining to this degree.

Given this fourth day of May, two thousand and thirteen
in Miami Shores, Miami-Dade County, Florida.

Sister Linda Bevilacqua, OP, PhD.
President

Andrea Allen, PhD
Dean

009312



# Barry University

Upon the recommendation of the Faculty, the Board of Trustees
has conferred on

## Gayla Lanette Tynes

the degree of

## Bachelor of Public Administration

in recognition of the satisfactory fulfillment of the requirements
pertaining to this degree.

Given this tenth day of March, two thousand and twelve
in Miami Shores, Miami-Dade County, Florida.



Sister Linda Bevilacqua, OP, PhD.
President

Carol-Rae Sodano, PhD
Dean

009313

# EXHIBIT 29

Gayla Tynes-Jones
Request for Consideration for
Manager of Venice Branch

009314



SARASOTA COUNTY, FL

## CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER

### EMPLOYEE JOB OPPORTUNITY
### REQUEST FOR CONSIDERATION FORM

**TO:**  **Human Resources Department**

**FROM:**  GAYLA TYNES JONES , SUPERVISOR , TRAFFIC & FINES
　　　　　 _Employee Name_　　_Current Job Title_　　_Department Name_

**DATE:**  02/26/2016
　　　　　 _Date Submitted to Human Resources_

**RE:**  Position Number 3252 ___ Title MANAGER OF VENICE BRANCH

**Please accept this memo as an application for the position of** _3252_ **,**
**that was advertised in the Job Opportunity Announcement for the week ending**

02/29/2016 _____.

**I am qualified for this position based on the following (note education, experience, skills**
**and/or abilities): (Please attach resume)**

Please see attached resume. _____

_____

_____

_____

_____

_____

_____

**Should you required additional information or which to schedule an interview, I can be**
**reached at** (941) 405-8486 ___.
　　　　_Work Telephone Number_

_____ 2/26/16

**Supervisor Signature**

Submit to HR Department by closing date

009315

Resume



Gayla Tynes Jones

**Objective**
Obtain a Managers position where I can further maximize my skills and experience.

**Experience**
Sarasota County Clerk of Circuit Courts
Sarasota, FL
October 2012 – Present

**Supervisor, Court Services**
- Supervises the daily business operations of the Traffic Fines & Fees Department, coordinates all general office functions fiscal responsibilities including purchasing processes and maintain confidential court records
- Participates on the interview panel for selection of staff, and Conducts performance evaluations.
- Conducts regular staff meetings to disseminate information, communicate policies, goals and procedures
- Assists in the coordination of all administrative functions of the Department including budget, personnel, meetings, and clerical duties.
- Prepares/Composes a variety of complex and confidential documents and reports such as, letters, memoranda, reports, affidavits, and other materials; maintains departmental files and records.
- Enters a variety of data into computer system; prepares reports, updates files.
- Researches and collects information on operational and administrative problems, analyzes findings, and makes reports to Department Head.
- Assists with the preparation and administration of the annual budget and maintains budget and expenditure controls.
- Supervises and coordinates all budgetary accounting activities and confers with Department and/or Division Heads concerning acquisition and specifications for purchase of materials and equipment.
- Exercises considerable knowledge, training and experience for executing duties independently, and within applicable policy parameters and limitations.
- Oversees/fulfills purchasing requirements for assigned area, researching items and obtaining price quotes, receiving purchase orders, maintaining P-Card information, and reconciling purchases, creating purchase requisitions and encumbrances.

- Coordinate automated and manual payroll accounting functions, correctly processing payroll, overseeing and participating in the input of all payroll changes.
- Maintain accurate municipal records; maintain confidential court documents, participation in the selection, placement, promotion, training of personnel, discipline, safety, and appraisal of assigned employees, responsible for all departmental personnel related documents
- Transfer of cases with an outside collection agency.
- Serves as the departmental liaison with other city departments.
- Respond to public inquiries and complaints regarding departmental issues as it relates the organization.
- Ensure adherence to policies and procedures while overseeing the traffic automation traffic program.
- Collects and Disburses of outstanding fines and fees, and administration payment plans.
- Plans, schedules, coordinate, and participate in departmental meetings and committees.
- Contributes to improving the operations and efficiency of all work processes to decrease turnaround times, streamline procedures, and provide quality customer service.
- Produce a weekly and monthly status report of the unit's operations

State College of Florida
Bradenton, FL 34207
March 2011 – September 2012

**Staff Assistant III- Educational Records**

- Served as staff assistant to the Associate Vice President of Educational Records Department
- Provide customer service to internal and external customers
- Maintained payroll files, fiscal responsibilities
- Oversees/fulfills purchasing requirements for assigned area, researching items and obtaining price quotes, receiving purchase orders, and reconciling purchases, created purchase requisitions and encumbrances.
- Respond to public inquiries and complaints regarding departmental issues as it relates the organization.
- Directed the creation, maintenance, retention and disposition of student records in accordance to SACS Accreditation regulations, requirements and policies.
- Processed and maintained student records, responded to public records email, and provided clerical support to director or other administrative manager or department, including correspondence.
- Reviews statutes, legislation, rules, regulations and policies and recommends procedural changes as appropriate
- Assures consistent and legally defensible records management practices.

- Coordinated supervisor's calendar, scheduled appointments, screened calls and responded to inquiries as appropriate.
- Made copies of correspondence or other printed materials, prepared outgoing mail and correspondence, including e-mail and faxes.
- Organized and maintained electronic and hard copy files (some of which may be confidential) and files correspondence and other records. Greeted scheduled visitors and directs or ushers to appropriate area or person.
- Arranged and coordinated travel schedules and reservations.
- Conducted research, and compiled and typed statistical reports. Coordinated and arranged meetings, prepared agendas, reserved and prepared facilities, and records.
- Creates and maintains database and/or spreadsheet files.


Hallandale Beach Police Department
Hallandale, Beach, Florida 33009
April 1993 - March 2011

**Court Liaison/Accreditation Manager**
- Customer service, provided administrative support including answering telephones, Notarized various documents
- Overseen daily operations of the Court Liaison Unit, Overseen daily operation and maintenance of municipal off-street parking, trained new hire personnel
- Assists in the coordination of all administrative functions of the Department including budget, personnel, meetings, and clerical duties.
- Provide customer service to internal and external customers
- Prepares/Composes a variety of complex and confidential documents and reports such as, letters, memoranda, reports, affidavits, and other materials; maintains departmental files and records.
- Enters a variety of data into computer system; prepares reports, updates files.
- Directed the creation, maintenance, retention and disposition of records files in accordance to The Florida Department of Law Enforcement and the Uniform Crime Reporting Bureau regulations, requirements and policies.
- Verified and process bond monies, Monitored and audited allocated change funds, Verified and deposited witness fees, & Verified monthly disbursement checks, print cash receipts,
- Verified and completed daily cash transaction forms, completed purchase orders for items, resolved and/or referred a range of administrative problems and inquiries, composed and edited correspondence and/or memorandum, established, maintained and updated files, databases, records and/or other documents

- Operated standard office equipment and uses required software applications (Microsoft word, excel, Microsoft outlook, power point programs)
- Submitted request for destruction according to the retention schedule, collected, entered, & processed all municipal parking citations, enforced all city department policies and procedures
- Liaison between the City and the State Attorney's Office; assembled and filed misdemeanor & domestic Battery Case Filings, Coordinate attendance in judicial proceedings; processed, entered, & distributed all subpoenas
- Provides administrative support including answering telephones.

**Education**
Barry University
Tampa, FL
Master of Arts in Administration

Barry University
Miami Shores, FL
Bachelor of Public Administration

**Skills**
- Microsoft applications
- Benchmark
- CCIS
- DAVID System
- Courtview
- Kronos
- IFAS
- Works application

**Certificates**

- New Assessor Training
- Managing the Accreditation Process
- Florida Notary

# EXHIBIT 30

Gayla Tynes-Jones
Request for Consideration for
Manager of Records Management

009320



# CLERK OF THE CIRCUIT COURT
## EMPLOYEE JOB OPPORTUNITY
## REQUEST FOR CONSIDERATION FORM

**TO:**     **Human Resources Department**

**FROM:**   Gayla Tynes Jones   Supervisor, Traffic
            _Employee Name_       _Current Job Title_     _Department Name_

**DATE:**   7-5-16
            **Date Submitted to Human Resources**

**RE:**     **Position Number** 3292   **Position Title** Manager of Records Manager
            **Position for which you are applying**

**Please accept this memo as an application for the position of** Manager of Re **, which
was advertised in the Job Opportunity Announcement for the week ending**
7/1/2016                    .

**I am qualified for this position based on the following (note education,
experience, skills and/or abilities):   (Please attach resume)**

Resume on file.

**Should you require additional information or which to schedule an interview, I
can be reached at** (941) 861-7685                    .
                        **Work Telephone Number**

Manager

**Supervisor Signature**

**Submit to HR Department by closing date.**

Resume

**Gayla Tynes Jones**

Email: gaylajones@outlook.com

**Objective**
Obtain a Managers position where I can further maximize my skills and experience.

**Experience**
Sarasota County Clerk of Circuit Courts
Sarasota, FL
October 2012 – Present

**Supervisor, Court Services**
- Supervises the daily business operations of the Traffic Fines & Fees Department, coordinates all general office functions fiscal responsibilities including purchasing processes and maintain confidential court records
- Participates on the interview panel for selection of staff, and Conducts performance evaluations.
- Conducts regular staff meetings to disseminate information, communicate policies, goals and procedures
- Assists in the coordination of all administrative functions of the Department including budget, personnel, meetings, and clerical duties.
- Prepares/Composes a variety of complex and confidential documents and reports such as, letters, memoranda, reports, affidavits, and other materials; maintains departmental files and records.
- Enters a variety of data into computer system; prepares reports, updates files.
- Researches and collects information on operational and administrative problems, analyzes findings, and makes reports to Department Head.
- Assists with the preparation and administration of the annual budget and maintains budget and expenditure controls.
- Supervises and coordinates all budgetary accounting activities and confers with Department and/or Division Heads concerning acquisition and specifications for purchase of materials and equipment.
- Exercises considerable knowledge, training and experience for executing duties independently, and within applicable policy parameters and limitations.
- Oversees/fulfills purchasing requirements for assigned area, researching items and obtaining price quotes, receiving purchase orders, maintaining P-Card information, and reconciling purchases, creating purchase requisitions and encumbrances.

- Coordinate automated and manual payroll accounting functions, correctly processing payroll, overseeing and participating in the input of all payroll changes.
- Maintain accurate municipal records; maintain confidential court documents, participation in the selection, placement, promotion, training of personnel, discipline, safety, and appraisal of assigned employees, responsible for all departmental personnel related documents
- Transfer of cases with an outside collection agency.
- Serves as the departmental liaison with other city departments.
- Respond to public inquiries and complaints regarding departmental issues as it relates the organization.
- Ensure adherence to policies and procedures while overseeing the traffic automation traffic program.
- Collects and Disburses of outstanding fines and fees, and administration payment plans.
- Plans, schedules, coordinate, and participate in departmental meetings and committees.
- Contributes to improving the operations and efficiency of all work processes to decrease turnaround times, streamline procedures, and provide quality customer service.
- Produce a weekly and monthly status report of the unit's operations

State College of Florida
Bradenton, FL 34207
March 2011 – September 2012

**Staff Assistant III- Educational Records**
- Served as staff assistant to the Associate Vice President of Educational Records Department
- Provide customer service to internal and external customers
- Maintained payroll files, fiscal responsibilities
- Oversees/fulfills purchasing requirements for assigned area, researching items and obtaining price quotes, receiving purchase orders, and reconciling purchases, created purchase requisitions and encumbrances.
- Respond to public inquiries and complaints regarding departmental issues as it relates the organization.
- Directed the creation, maintenance, retention and disposition of student records in accordance to SACS Accreditation regulations, requirements and policies.
- Processed and maintained student records, responded to public records email, and provided clerical support to director or other administrative manager or department, including correspondence.
- Reviews statutes, legislation, rules, regulations and policies and recommends procedural changes as appropriate
- Assures consistent and legally defensible records management practices.

- Coordinated supervisor's calendar, scheduled appointments, screened calls and responded to inquiries as appropriate.
- Made copies of correspondence or other printed materials, prepared outgoing mail and correspondence, including e-mail and faxes.
- Organized and maintained electronic and hard copy files (some of which may be confidential) and files correspondence and other records. Greeted scheduled visitors and directs or ushers to appropriate area or person.
- Arranged and coordinated travel schedules and reservations.
- Conducted research, and compiled and typed statistical reports. Coordinated and arranged meetings, prepared agendas, reserved and prepared facilities, and records.
- Creates and maintains database and/or spreadsheet files.


Hallandale Beach Police Department
Hallandale, Beach,Florida 33009
April 1993 – March 2011

**Court Liaison/Accreditation Manager**

- Customer service, provided administrative support including answering telephones, Notarized various documents
- Overseen daily operations of the Court Liaison Unit, Overseen daily operation and maintenance of municipal off-street parking, trained new hire personnel
- Assists in the coordination of all administrative functions of the Department including budget, personnel, meetings, and clerical duties.
- Provide customer service to internal and external customers
- Prepares/Composes a variety of complex and confidential documents and reports such as, letters, memoranda, reports, affidavits, and other materials; maintains departmental files and records.
- Enters a variety of data into computer system; prepares reports, updates files.
- Directed the creation, maintenance, retention and disposition of records files in accordance to The Florida Department of Law Enforcement and the Uniform Crime Reporting Bureau regulations, requirements and policies.
- Verified and process bond monies, Monitored and audited allocated change funds, Verified and deposited witness fees, & Verified monthly disbursement checks, print cash receipts,
- Verified and completed daily cash transaction forms, completed purchase orders for items, resolved and/or referred a range of administrative problems and inquiries, composed and edited correspondence and/or memorandum, established, maintained and updated files, databases, records and/or other documents

009324

- Operated standard office equipment and uses required software applications (Microsoft word, excel, Microsoft outlook, power point programs)
- Submitted request for destruction according to the retention schedule, collected, entered, & processed all municipal parking citations, enforced all city department policies and procedures
- Liaison between the City and the State Attorney's Office; assembled and filed misdemeanor & domestic Battery Case Filings, Coordinate attendance in judicial proceedings; processed, entered, & distributed all subpoenas
- Provides administrative support including answering telephones.

**Education**
Barry University
Tampa, FL
Master of Arts in Administration

Barry University
Miami Shores, FL
Bachelor of Public Administration

**Skills**
- Microsoft applications
- Benchmark
- CCIS
- DAVID System
- Courtview
- Kronos
- IFAS
- Works application

**Certificates**

- New Assessor Training
- Managing the Accreditation Process
- Florida Notary

# EXHIBIT 31

Board Records Manager
Job Description

Pauline Shaw
College Degree

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Board Records Manager*

**Job Description**     *Page 2 of 7*

| | |
|---|---|
| **Job Title:** | Board Records Manager |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001397 |
| **Pay Grade:** | 0397 |
| **Department:** | Finance and Board Services |
| **Division:** | Board Records |
| **Unit:** | |
| **Effective Date:** | October 1, 2000 |
| **Revision Date:** | August 9, 2010 |

## JOB RELATIONSHIPS

A. Reports to the Assistant Director of Finance; indirect supervision by the Clerk of the Circuit Court
B. Responsible for the overall supervision of the Department.
C. Collaborates with County Administration, County Attorney's Office.
D. Interacts with all employees of the Clerk's Office and Employees of the Board of County Commissioners.
E. Interacts with a variety of external customers including the general public, independent auditors and County consultants, and municipal, county and state governmental entities.

## PURPOSE

This position, designated as *Essential Personnel,* manages the overall function of the Board Records Department to include staffing, fiscal responsibilities and operational demands. In addition, this position is responsible for managing the various functions of the Board Records Division in order to provide records organization, preservation and retrieval for the board of County Commissioners, various appointed and elected boards and commissions pursuant to County ordinance and Florida Statutes. Additional duties may be assigned as it relates to the Mission of the Clerk of the Circuit Court's organization.

## ESSENTIAL FUNCTIONS

1. **Performs human resources functions of the division to effectively meet the needs of the division and the employees.**
   a. Interviews, selects, and recommends the best-qualified candidates for employment to the Director-Human Resources, the Department Director, and the Clerk.
   b. Ensures training and development needs for staff members are identified and addressed within a suitable time frame.
   c. Applies counseling and guidance procedures and techniques to improve employee work performance. Maintains adequate documentation.
   d. Evaluates employee work performance in an accurate and timely manner.
   e. Participates as requested in career days, college recruiting, and other activities to attract qualified candidates.
   f. Ensures consistency and compliance with policies and procedures explained in the Personnel Policy Handbook.
   g. Maintains division organization chart, job descriptions and other relevant documentation to support staff

009327

Case 8:23-cv-00531-SDM-UAM   Document 93-2   Filed 07/12/24   Page 224 of 285 PageID 2398



## ESSENTIAL FUNCTIONS

resources.

**2.   Coordinates fiscal functions for the division to efficiently forecast and utilize resources.**
   a.   Prepares annual budget for the division.
   b.   Administers expenditures and allocations of the budget.
   c.   Controls property within designated areas of the Clerk's organization.
   d.   Coordinates property control within designated areas of the Clerk's organization.

**3.   Plans and directs the operations of the division to consistently meet workflow requirements.**
   a.   Schedules hours of work, coordinates flexible work schedules and identifies as well as coordinates the training needs of staff, while ensuring proper coverage of the division.
   b.   Authorizes all hours worked by staff (Accuracy and proper accounts charged for hours worked).
   c.   Determines proper and fair delegation of assigned tasks to staff members to ensure compliance with state statutes and organizational deadlines.
   d.   Analyzes problems, develops alternatives and innovative solutions, and develops and maintains contingency plans to ensure workflow meets established deadlines.
   e.   Evaluates efficiencies and improvements with regard to productivity.
   f.   Develops and maintains intra-departmental policies and guidelines.
   g.   Explore opportunities to utilize new systems, technology and equipment to enhance productivity.
   h.   Analyzes, evaluates, and interprets proposed and prospective legislative and regulatory requirements.

**4.   Establishes attainable performance standards and measures for the division to validate efficiencies of productivity.**
   a.   Quantifies measureable performance standards.
   b.   Identifies, compiles, and analyzes pertinent statistical information.
   c.   Directs and monitors daily operation through the division supervisors.
   d.   Maintains a high level of knowledge as it relates to the procedures and functionality of the division.

**5.   Contributes to the professional representation of the Clerk's organization through individual growth and development.**
   a.   Actively participates in professional development through memberships and educational opportunities, including but not limited to the Florida Association of Court Clerks and Comptrollers (FACC).
   b.   Maintains current knowledge and awareness of industry trends and practices.
   c.   Represents the Clerk's organization through committees, civic groups, and other related meetings and/or programs.
   d.   Seeks opportunities to network with counter-parts from other County Clerk offices.
   e.   Attends selected training courses identified for managerial development.

**6.   Coordinates, administers, and directs Agenda production for Board of County Commissioners (BCC) and other board/commission meetings.**
   a.   Oversees work of and acts as consultant to Agenda Coordinator.
   b.   Peruses Board Agenda Item Summary/Request for Public Hearing packets and Memorandums submitted by County Business Centers to verify/resolve conflicts in information.
   c.   Proofreads final draft of Agenda for language clarity, and grammar and punctuation correctness.
   d.   Converts Agenda format and sends, via email attachment, to Information technology for placement on the Clerk's Internet web site.

**009328**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**   *Position of Board Records Manager*

**Job Description**   *Page 4 of 7*

## ESSENTIAL FUNCTIONS

7. **Coordinates, administers, and directs Recording Secretary attendance, minutes production, and paperwork processing for BCC and other meetings where attendance is mandated by Florida Statutes or County Ordinance.**
   a. Receives Monthly Calendar input from various sources, including but not limited to BCC Administration, County Attorney's Office, Charter Review Board Members, Business Centers, Property Appraiser, Code Enforcement Officials, and Special Masters.
   b. Produces Monthly Calendar for distribution to the Clerk, Chief Deputy Clerk, Board Records staff, County Customer Service, General Services, and Facilities assigning Recording Secretarial coverage in attendance, recording, and minutes-taking services for all meetings, taking into account division and staff personal requirements and development/maintenance of proficiencies.
   c. Acts as working manager in meeting attendance, minutes production, and paperwork processing.

8. **Oversees various processes within the division.**
   a. Oversees research and retrieval of records for all internal and external customers.
   b. Resolves concerns and complaints.
   c. Oversees the Code Enforcement Process as it pertains to the Clerk's duties.
   d. Oversees the seasonal Value Adjustment Board Process as it pertains to the Clerk's duties.
   e. Performs administrative functions related to office management and automated systems, preparing reports, projects and correspondence.

9. **Adheres to and follows the principles of the Clerk of the Circuit Court.**
   a. Promotes quality customer relations by identifying both internal and external customers.
   b. Acknowledges customers promptly and uses expressions that display respect, understanding, and enhanced self-esteem.
   c. Creates positive impression through effective use of telephone skills such as answering the phone by the third ring, identification of self, Clerk of Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.
   d. Promotes a professional image while representing the Clerk of the Circuit Court through appearance, preparation, demeanor, actions, and high ethical standards.
   e. Conveys directives in a manner that is consistent with the Clerk's message, irrespective of personal opinion.
   f. Accepts and demonstrates leadership in the department as it relates to the communication of directives.



**009329**



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**     *Position of Board Records Manager*

**Job Description**                                                              *Page 5 of 7*

## QUALIFICATIONS

### Education

High School Diploma or GED equivalent required.  Bachelors Degree in Business Management or related field required.  Masters Degree preferred.

### Management Experience

Minimum six to eight years of management/supervisory experience required.

### Knowledge Base

1.  Knowledge of principles of personnel administration, supervision, and training.
2.  Knowledge of the modern office practices, procedures, and equipment.
3.  Knowledge of records management including organization, retention, storage, and retrieval.
4.  Knowledge of office management practices.
5.  Knowledge of Business English, spelling, punctuation and arithmetic.
6.  Knowledge of techniques for handling telephone calls in a courteous and efficient manner.
7.  Knowledge of the functions, operations, and structure of county government.

### Administrative Skills

1.  Ability to proofread and edit minutes for spelling, punctuation, grammar, and content.
2.  Ability to demonstrate fiscal responsibility, monitor expenditures and evaluate costs vs. benefits.
3.  Ability to develop effective work methods and procedures.
4.  Ability to exercise mature judgment in evaluating situations and making decisions in accordance with rules, regulations, and departmental policies.
5.  Ability to interpret and implement Florida Statutes, County Ordinances, resolutions and office procedures applicable to the division.
6.  Ability to plan, assign, coordinate, and supervise subordinates in a manner conducive to full efficiency and high morale.
7.  Ability to conduct investigations, prepare accurate system analyses and reports and solve administrative problems.
8.  Ability to work independently.
9.  Ability to comprehend, summarize, recall, and retain information on complex and technical subject matters.
10.  Ability to plan, organize, and coordinate work assignments efficiently.
11.  Ability to communicate oral and written information clearly and concisely.
12.  Ability to establish and maintain effective working relationships with subordinates, superiors, colleagues, and the public.
13.  Ability to utilize resources effectively.
14.  Ability to maintain a level of professional contact, visibility and participation with County Commissioners, County administrator, Deputy County Administrators, Executive Directors, General Managers, and administrative staff.
15.  Ability to comprehend and be sensitive to current countywide issues being considered by the Board of County Commissioners.
16.  Ability to participate and contribute to policymaking, special projects, committees, and organizational concepts.



**009330**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**      *Position of Board Records Manager*

**Job Description**                                                           *Page 6 of 7*

## Use of General Office Equipment
Computer equipment and peripherals
Photocopier
Facsimile Machine
Typewriter
Calculator
Telephone

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A.   **SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B.   **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C.   **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D.   **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E.   **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F.   **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G.   **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H.   **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.


009331

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**    *Position of Board Records Manager*

**Job Description**    *Page 7 of 7*

I.   **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J.   **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

K.   **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L.   **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M.   **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N.   **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O.   **LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

☒   Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☐   Historic Court House, 2000 Main Street, Sarasota, FL  34237
☐   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
☒   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
☐   Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐   Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday
☒   Overtime is required, however position is not eligible for overtime pay
☐   Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)



# Memphis State University

### Memphis, Tennessee

The State Board of Regents for the State University and Community College System of Tennessee upon the recommendation of the Faculty of the University hereby confers upon

## Pauline H. Abney Pugh

the degree of

## Bachelor of Business Administration

together with all the rights, privileges and honors appertaining thereto in consideration of the satisfactory completion of the course prescribed in the

## Fogelman College of Business and Economics

In Testimony Whereof, the seal of the State of Tennessee and the signatures as authorized by the Board of Regents are hereunto affixed. Given at Memphis, on the nineteenth day of August, nineteen hundred eighty-four.

Lamar Alexander
Governor
Chairman, State Board of Regents

Roy S. Nicks
Chancellor, State Board of Regents

President of the University

009333

# INTERNAL COMPLAINT

## OF

# RACE DISCRIMINATION

## TO

# CLERK OF THE CIRCUIT COURT
# AND COUNTY COMPTROLLER

## FOR

# SARASOTA COUNTY

## JUNE 27, 2018

009334

# The Clerk Promotes Caucasian Employees Who Do Not Possess the Required Education

# SASS LAW FIRM

## Labor & Employment Lawyers

601 West Dr. Martin Luther
King, Jr. Boulevard
Tampa, Florida 33603
813.251.5599 Phone
813.259.9797 Fax

June 27, 2018

Cynthia N. Sass
Janet E. Wise
Jennifer D. Zumarraga
Yvette D. Everhart

Of Counsel:
John C. Davis

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**
Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County - Operations Department
Sarasota County Historic Courthouse
2000 Main Street, Room 302
Sarasota, Florida 34237

Re:    Internal Complaint

Dear Ms. Rushing:

We are writing to provide you with details regarding the racial disparity that exists in the workplace at the Sarasota County Clerk of Court's office.[1]  Because Ms. Bolden has pursued the legal process up to a certain point and cannot afford to file a lawsuit against the Clerk's Office, she is filing this internal complaint instead.

Through this internal complaint, Ms. Bolden seeks to bring to light the discrimination that African-American employees have suffered at the Clerk's Office and her goal is to fix this problem for herself and other African-American employees as well.

As you are aware, you have served as the Clerk since 1986, which is more than 32 years. In addition, your Chief Operating Officer, Janet Cantees, has been employed with the Clerk's Office for more than 20 years.

## A. The Clerk Promotes Caucasian Employees Who Do Not Possess The Required Education.

1. **Alicia Accardi** (Caucasian Female)

Ms. Accardi is the Manager of Communications for the Clerk's Office, earning $32.95 per hour.  The Manager of Communications job description states the following regarding Education:

---

[1] Ms. Bolden has gathered background information for this internal complaint through Public Records Act requests to the Clerk's Office.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 2 of 13

> *A Bachelor's Degree from an accredited college or university in English, Journalism/Communications, Public Relations or a closely related field is **required**. Graduate degree with an emphasis on Communications or Public Relations is preferred.*

(Emphasis added – See **EXHIBIT 1**.)

---

| **MS. ACCARDI DOES NOT HAVE A COLLEGE DEGREE.** |
|---|

2. **Shelly Adkins** (Caucasian Female)

Ms. Adkins is the Manager of General Services and Procurement for the Clerk's Office, earning $35.14 per hour. The Manager of General Services and Procurement job description states the following regarding Education:

> *Bachelor's degree from an accredited college or university in business or related field is **required**.*

(Emphasis added – See **EXHIBIT 2**.)

| **MS. ADKINS DOES NOT HAVE A COLLEGE DEGREE.** |
|---|

3. **Erin Cooper** (Caucasian Female)

Ms. Cooper is the Manager of Criminal Courts for the Clerk's Office, earning $35.27 per hour. The Manager of Criminal Courts job description states the following regarding Education:

> *Bachelor's degree in Business Management, or related field **required**. Master's Degree, or MBA, a plus.*

(Emphasis added – See **EXHIBIT 3**.)

| **MS. COOPER DOES NOT HAVE A COLLEGE DEGREE.** |
|---|

Before Ms. Cooper was promoted to Manager, she was placed in an Assistant Manager position with the Clerk's Office. Ms. Cooper is the only employee of which Ms. Bolden is aware who has served as an Assistant Manager.

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 3 of 13

4. **Jeni Field** (Caucasian Female)

a. Ms. Field was Manager – Second Shift for the Clerk's Office. The Manager – Second Shift job description states the following regarding Education:

> *Bachelor's degree from an accredited college, or university, in Business Management, or related field, is **required**. A Master's Degree, or MBA, is a plus.*

(Emphasis added – See **EXHIBIT 4**.)

---
**MS. FIELD DOES NOT HAVE A COLLEGE DEGREE.**
---

b. During October 2017, Ms. Field applied for the Manager of Records Management position. The Manager of Records Management job description states the following regarding Education:

> *Bachelor's degree in Business Management, or related field **required**. Master's degree, or MBA, a plus.*

(Emphasis added – See **EXHIBIT 5**.)

**Shakira Rolle**, an African-American female, and Supervisor of Court Units at the time, also applied for the Manager of Records Management position. Ms. Rolle possesses three college degrees – an Associate of Arts Degree in Paralegal Studies, a Bachelor of Science Degree in Business Administration, and a Master's Degree in Business Administration. Ms. Rolle is also working on her doctorate. See **EXHIBIT 6**.

The Clerk selected Ms. Field for the Manager of Records Management position over Ms. Rolle. Ms. Field earns $36.82 per hour and Ms. Rolle earns $24.83 per hour, which is a difference in pay of about $25,000 per year.

---
**MS. FIELD DOES NOT HAVE A COLLEGE DEGREE.**
---

5. **Lisa Finkelstein** (Caucasian Female)

Ms. Finkelstein is the Manager of Administrative Services for the Clerk's Office, earning $38.43 per hour. The Manager of Administrative Services job description states the following regarding Education:

Ms. Karen E. Rushing
Clerk of Circuit Court and County Comptroller
Sarasota County
June 27, 2018
Page 4 of 13

> *A Bachelors degree from an accredited college, or university, in Public Administration, Business, Communications, Marketing, or a related field, **_required_**.*

(Emphasis added – See **EXHIBIT 7**.)

| MS. FINKELSTEIN DOES NOT HAVE A COLLEGE DEGREE. |
| --- |

6. **Charles Maloney** (Caucasian Male)

The Manager of Board Records position is open and a Job Opportunity Announcement was posted closing on February 14, 2017.  The Clerk has not filled the position since Pauline Shaw retired during 2017.  The job description for the Manager of Board Records states the following regarding Education:

> *Bachelor's Degree in Business Management or related field **_required_**. Master's Degree preferred.*

(Emphasis added – See **EXHIBITS 8 and 31**.)

Mr. Maloney is a Supervisor in the Board Records Department for the Clerk's Office, and he applied for the Manager of Board Records position.  See **EXHIBIT 9**.  Even though the position is not technically filled, Mr. Maloney now functions as Manager of Board Records.

| MR. MALONEY DOES NOT HAVE A COLLEGE DEGREE. |
| --- |

7. **Nicolette Snyder** (Caucasian Female)

Ms. Snyder is the Payroll Manager for the Clerk's Office.  The Payroll Manager job description states the following regarding Education:

> *Graduation from an accredited four-years college, or university, with a Bachelor's degree in Business, Accounting, or related Field is **_required_**. (Extensive, relevant experience in addition to a CPP license may off-set a Bachelor's degree.)*

(Emphasis added) – See **EXHIBIT 10**.

# Alicia Accardi

# Job Description Time of Hire

009341



# CLERK OF THE CIRCUIT COURT
# and COUNTY COMPTROLLER

Job Description

## ACKNOWLEDGEMENT OF RECEIPT

**KAREN E. RUSHING**
**SARASOTA COUNTY, FL**

**Employee Name:**

**Department:**           Operations

**Division:**             Executive Administrative Services

**Unit:**

**Position Title:**       Manager of Communications

**Position Number:**      3006

**Job Description Issued:**   July 30, 2007

---

**Supervisor's Signature**                        **Date**

**Manager's Signature**                           **Date**

**Director's Signature**                          **Date**

**Clerk of the Circuit Court's Signature**        **Date**

**NOTE:**  *This form is to be attached to the employee's Job Description for the next review period. Once all required signatures have been obtained, the original must be forwarded to Human Resources to be included in the employee's Personnel file.*

**Employee's Signature**                          **Date**

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

*Position of Manager of
Communications*

**Job Description**

*Page 2 of 6*

| | |
|---|---|
| **Job Title:** | Manager of Communications |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001151 |
| **Pay Grade:** | 0151 |
| **Department:** | Operations |
| **Division:** | Executive Administrative Services |
| **Unit:** | |
| **Effective Date:** | |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.   Reports to the Chief Operations Officer.
B.   Provides a high-level of communications and operations support to the Clerk of the Circuit Court and Chief Operations Officer
C.   Works cooperatively with Department Directors, Managers, Supervisors, and all Clerk employees.
D.   Interacts with the other elected officials and their staff, senior executive personnel in state and local government, community leaders, representatives of the media, members of the judiciary and the general public, as requested.

## PURPOSE

This position, designated as *Essential Personnel,* is responsible for the development and implementation of the organization's communications strategy. This includes drafting speeches, assisting in the coordination of speaking engagements, preparing visual illustrations through advanced graphics, developing advanced PowerPoint presentations, designing, and preparing the annual report, and designing, writing, proofreading internal and external publications. Serving as the content manager of the organization's web-based communications (Internet and Intranet) is also an essential function of this position, with the assistance of a cross-divisional web team working together to ensure that consistent and accurate information is readily available to users. This position is expected to maintain an effective marketing program that showcases to our customers the advantages of utilizing our automated services. Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court and County Comptroller organization.

## ESSENTIAL FUNCTIONS

1.   **Develops and implements the organizations communication strategy.**
    a.   Prepares oral, written, and visual presentations, as requested.
    b.   Collects, prepares, selects appropriate support materials, as requested.
    c.   Coordinates the development and publication of the Clerk of the Circuit Court and County Comptroller Annual Report.
    d.   Develops the Clerk's annual budget presentation to the Board of County Commission (BOCC).
    e.   Compiles and maintains a current media contact list.
    f.   Develops, updates, and coordinates the implementation of the Communication Plan for the Clerk of the Circuit Court organization.
    g.   Coordinates the development of strategies for ongoing improvement of internal and external

**009343**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of*
*Communications*
*Page 3 of 6*

## ESSENTIAL FUNCTIONS

      communications.

h. Conducts tours of Clerk of the Circuit Court facilities.

i. Serves as the content manager of the organization's web-based communication (Intranet and Internet).

j. Maintains an effective marketing program that showcases the advantages of utilizing the organization's automated services.

k. Prepares visual illustrations through advanced graphics, photography, and video clips, and incorporates into PowerPoint presentations, as requested.

**2. Performs fiscal functions to efficiently support the Communications Program and technology adopted by the Clerk's office.**

a. Provides input and information to Operations department manager for annual budget preparation in support of the approved communication strategies and communication technology needs.

b. Processes orders for services, supplies, and resources in accordance with budget appropriations.

c. Informs Operations department manager and Chief Operations Officer of unusual situations that may impact budget.

d. Maintains accountability by monitoring the financial status/ results of the communication programs.

e. Assures adequate property control practices are followed for the Clerk's Operations department.

**3. Coordinates intergovernmental issues and formulates proposals for intergovernmental agreements.**

a. Represents the Clerk of the Circuit Court at meetings with other county employees and officials as requested.

b. Researches legislative or executive proposals relating to the operation of the Clerk of the Circuit Court's organization.

**4. Contributes to the professional representation of the Clerk's organization through individual growth and development.**

a. Provides a professional role model for staff to emulate.

b. Participates in training and seminars that expand specific function job knowledge, professional development, and personal growth.

c. Attends training courses identified for managerial development.

**5. Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**

a. Demonstrates willingness and ability to assist fellow employees, as well as management staff by displaying a positive and confident behavior.

b. Promotes quality customer relations by identifying both internal and external customers, acknowledging customers promptly and using expressions that express respect, understanding, and enhanced self esteem.

c. Creates a positive impression through effective use of telephone skills such as answering the telephone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.

d. Promotes a professional image while representing the Clerk of the Circuit  Court through appearance, preparation, demeanor, and actions.

e. Conveys directives in a manner that is consistent with the Clerk's message, regardless of personal opinion.

f. Accepts and demonstrates leadership in the department as it relates to the communication of directive.



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

Job Description

*Position of Manager of*
*Communications*
*Page 4 of 6*

## QUALIFICATIONS

### Education

A Bachelor's Degree from an accredited college or university in English, Journalism/Communications. Public Relations or a closely related field is required.  Graduate degree with an emphasis on Communications or Public Relations is preferred.

### Experience

Five to seven years experience in a senior level position of a public communications function required.  Technical skills will include Adobe, Pagemaker, Photoshop, Print Shop Delux, Publisher, Access, PowerPoint, Word, Excel, as well as web-based content management tools.

### Knowledge Base

1.  Knowledge of the basic principles of management and organizational behavior.
2.  Knowledge of media and public relations principles.
3.  Knowledge of the principles and techniques of effective verbal and written communication.
4.  Understanding of human behavior and motivation.
5.  Knowledge of quantitative and qualitative methods of data collection and analysis.
6.  Knowledge of program evaluation methods for governmental organizations.
7.  Excellent program evaluation methods for governmental organizations.
8.  Ability to synthesize and summarize large and/or complex information sets.
9.  Knowledge of modern office practices, procedures and methods.

### Administrative Skills

1.  High proficiency in the use of Microsoft software programs including: Word, Excel, Access, Power Point, & Publisher. Conceptualize and develop databases using popular computer programs.
2.  Create and use computerized spreadsheets to conduct analysis.
3.  Design and produce publications using desktop publishing software.
4.  Ability to effectively communicate with a range of personalities.
5.  Excellent ability to understand and express complex ideas.
6.  Ability to conceptualize and communicate solutions to problems.
7.  Compose and edit grammatically correct, properly formatted letters.
8.  Ability to accurately recount events and conversations.
9.  Answer telephones..

### Use of General Office Equipment

Develop office procedures.
Proofread documents.
Develop questionnaires and surveys.
Balance figures.
Compile statistics.
Coordinate meetings and record minutes.
Schedule appointments.





**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

*Position of Manager of Communications*

**Job Description**

*Page 5 of 6*

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office.  Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
 Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C. **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when writing, filing, performing data entry, etc.

K. **COORDINATION FOR REPETITIVE ACTION OF LEFT/RIGHT FOOT CONTROLS: Occasional**
These functions are required on occasion when using dictation equipment.



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

**L.   COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**M.   COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Left/Right: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**N.   FIRM GRASPING: Occasional**
Worker is mostly required to perform when filing..

**O.   FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**P.   LIFTING / CARRYING: Occasional**
Required to perform filing tasks or office organization and when preparing for meetings requires moving furniture or equipment.

## JOB LOCATION

☐   Administration Center, 1660 Ringling Blvd., Sarasota, FL  34236
☒   Historic Court House, 2000 Main Street, Sarasota, FL  34237
☐   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL  34237
☐   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL  34293
☐   Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐   Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week  / Monday – Friday

☒   Overtime is required, however position is not eligible for overtime pay
☐   Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# Employment Application Time of Hire

009348

# CLERK OF THE CIRCUIT COURT
# SARASOTA COUNTY

EMPLOYMENT APPLICATION - PO BOX 3079, SARASOTA, FL 34230-3079



AN EQUAL EMPLOYMENT OPPORTUNITY / AFFIRMATIVE ACTION / AMERICAN DISABILITIES ACT EMPLOYER

**PLEASE PRINT IN BLACK INK**

DATE `0 6 / 1 / 0 7`      SOCIAL SECURITY # ████████████

LAST NAME `A C C A R D I`   MI `C`   FIRST NAME `A L I C I A`

PRESENT ADDRESS (number and street) `6 1 0 4   F R E E M O N T   S T`

CITY `N O R T H   P O R T`   STATE `F L`   ZIP CODE `3 4 2 8 7`

HOME TELEPHONE NUMBER `9 4 1 2 3 4 3 1 4 8`

REFERRED BY:
- ☐ NEWSPAPER
- ☑ INTERNET
- ☐ WALK-IN
- ☐ EMPLOYEE

`941-234-3149` Joe
ALTERNATE PHONE NUMBER (contact person)

Over 18 years of age? ☑ YES ☐ NO

Indicate the position(s) for which you wish to apply:

Position 1 `3 0 0 6`   Position 3 `        `   Date Available `0 7 / 1 5 / 0 7`

Position 2 `        `   Position 4 `        `

Are you physically able to perform the normal activities involved in the job for which you are applying? ☑ YES ☐ NO

NAME OF ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT:

NAME: _____ RELATIONSHIP: _____ DEPT.: _____

**Have you ever applied for a position with the Clerk of the Circuit Court?**   Yes ☐   approx. date: _____   No ☑

**Have you ever been interviewed?**   Yes ☐   approx. date: _____   No ☑

## IMPORTANT INFORMATION

1. Your application will not be considered unless complete answers are provided to all questions on this application.

2. The Clerk makes every effort to accommodate individual preferences. However, work needs and changes may make the following conditions mandatory: overtime, shift work, a rotating work schedule, a work schedule other than Monday through Friday and job reassignments.

3. Successful completion of an employment physical/drug test to determine job related eligibility will be required for certain positions.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of the Circuit Court may require the applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

A false answer to any question in this application may be grounds for not employing you or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

009349

Have you ever been convicted of a felony?   Yes ☐   No ☑
If so, please state particulars:   Charge: _____   Date: _____
Sentence: _____

Are you now on probation?   Yes ☐   No ☑
Probationary Period:   From _____   To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment. The nature, severity and date of the offense(s) will be considered in relation to the position you are applying for.

## EDUCATION AND TRAINING

|  | | Degree(s) | | | | Total Years |
|---|---|---|---|---|---|---|
| G.E.D. Certificate | ☐ | A.A. | ☐ | A.S. | ☐ = | 2 yrs |
| High School Diploma | ☑ | B.A. | ☐ | B.S. | ☐ = | 4 yrs |
| College Degree | ☐ | M.A. | ☐ | M.S. | ☐ = | 2 yrs |
| | | | | Ph.D. | ☐ = | ☐ yrs |
| | | | | J.D. | ☐ = | ☐ yrs |

Name and location of last high school attended:
Concord Carlisle High School

G.E.D. Certificate or High School Diploma = 12 yrs

Total Years of Education = 1 2 yrs

| College Attended | From | To | Major |
|---|---|---|---|
| U Mass AmhersT | 1989 | 1981 | Arts |
| | | | |
| | | | |

Total Credits Earned: _____

Vocational, Trade, Business, Armed Forces and other special training.

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
| Charlotte County Gov | 2005 | 2007 | Management I + II | yes |
| FEMA courses | 2005 | 2007 | Multiple | yes |

Candidates will be responsible for presenting transcripts, diplomas or certificates if employed.

List office/business machines you are experienced in operating (Dictaphone, computer, calculator, etc.)
Computer, calculator, copier, binder, fax, scanner, paper cutter

Clerical Skills:   Typing ☐☐☐ wpm   Shorthand ☐☐☐ wpm

List any additional qualifications, skills, abilities or education that you would like us to consider as part of your application:
Team Leader/project manager 20yr; Public speaking + Education 10yrs
Journalism/Desktop Publishing 10yrs; Training + facilitation 10yrs

Do you have a valid:
Florida driver's license?   License No.: ▓▓▓▓▓   Yes ☑   No ☐
Florida chauffeur's license?   License No.: _____   Yes ☐   No ☑
Driver's license from another state?   _____
(specify state)00000000

Have you had a traffic violation in the last three years?   Yes ☐   No ☑
Please explain: _____

Has your driver's license ever been suspended or revoked?   Yes ☐   No ☑
For what reason: _____

The Clerk reviews driving records annually, therefore, your driving record is subject to review.

## EXPERIENCE

Complete in DETAIL starting with your present employer. Include summer employment and U.S. military experience. For any unemployed or self-employed periods, show dates and locations. You may attach a resume for explanation of duties. <u>You are still required to complete all information requested herein.</u>  If additional space is required, attach a second sheet.

**May we contact your current employer?**     Yes ☑     No ☐

| | | |
|---|---|---|
| **Employer** Charlotte County Board of County Comm. UTILITIES | **Job Title** Program coordinator, community Relations | |
| **Address** 25550 Harborview Rd **City, State, Zip** Port Charlotte, FL **Phone No.** 941 764-4520 | **Reason for Leaving** Still currently employed | |

| Date From | Date To | Monthly Earnings | # Emp. You Supervised |
|---|---|---|---|
| 3-2004 | Present | 3000 approx | 2/0 |

**Supervisor** Leigh Sprimont

**Describe your job:** Develop + implement communication programs, serve as media liaison, public information source, facilitator, public speaker, liaison to employees or County Commissioners and citizens as needed.

| | | |
|---|---|---|
| **Employer** Bon Secours - Personal Care | **Job Title** Showroom Manager / Unit clerk | |
| **Address** c/o Peace River **City, State, Zip** Medical Center **Phone No.** Venice, FL | **Reason for Leaving** Opportunity in correct field | |

| Date From | Date To | Monthly Earnings | # Emp. You Supervised |
|---|---|---|---|
| Sept 02 | Mar 04 | $10⁰⁰/hr | 0 |

**Supervisor** Sandra Kashef

**Describe your job:** 1) Unit clerk in hospital ward 2) Showroom Manager of Medical Supply store, billing, etc. 3) Promotions + liaison to clients.

| | | |
|---|---|---|
| **Employer** City of Hope National Medical Ctr | **Job Title** Administrative Assistant to Director / Office Coord. | |
| **Address** 1500 E Duarte Rd **City, State, Zip** Duarte, CA **Phone No.** Maria Benvsovich | **Reason for Leaving** Relocated to Florida | |

| Date From | Date To | Monthly Earnings | # Emp. You Supervised |
|---|---|---|---|
| Jan 00 | Sept 02 | $11/hr | 0 |

**Supervisor** Don Rhodes, MD  Maria Benvsovich

**Describe your job:** Coordinator of Radiation + Safety Office programs including liaison with medical staff, regulatory agencies and Research hospital personnel

| | | |
|---|---|---|
| **Employer** City of Hope | **Job Title** Asst. Coordinator. NMDP | |
| **Address** 1500 E - Duarte Rd **City, State, Zip** Duarte, CA **Phone No.** 1.800. | **Reason for Leaving** Transfer to Radiation Safety dept. | |

| Date From | Date To | Monthly Earnings | # Emp. You Supervised |
|---|---|---|---|
| | | $11/hr | 0 |

**Supervisor** Jill Kendall

**Describe your job:** Blood + Bone Marrow recruiter, patient + donor liaison, public educator, bone marrow courier.

| | | |
|---|---|---|
| **Employer** Castles | **Job Title** Marketing + Special Events Coordinator | |
| **Address** Los Angeles **City, State, Zip** County - 5 locations **Phone No.** | **Reason for Leaving** Opportunity / business folded | |

| Date From | Date To | Monthly Earnings | # Emp. You Supervised |
|---|---|---|---|
| Jan 97 | Jan 00 | $10/hr | 12 |

**Supervisor** Mike Castles  Ron Arnold

**Describe your job:** Design + implement all 5 store marketing, events, promotions, sales plus gift division buyer for the 5-store chain.

009351

## VETERANS' PREFERENCE

Preference in appointment to certain positions is extended to certain eligible veterans and spouses of veterans.

☐ A disabled veteran who is eligible for or receiving compensation under public laws administered by the U.S. Veterans Administration and the Department of Defense; or

☐ The spouse of a veteran who cannot qualify for employment because of a total and permanent disability, or the spouse of a veteran missing in action, captured or forcibly detained by a foreign power; or

☐ A veteran of any war who has served on active duty for 180 consecutive days or more during the war time era; or

☐ The unremmaried widow or widower of a veteran who died of a service connected disability.

_____        _____        _____
Branch of Service                      Date of Entry                      Date of Honorable Discharge

**NOTE: Documentation of eligibility for veteran's preference is required at the time of application.**

Have you obtained employment with the State of Florida or any political jurisdiction of the state as a result of having claimed Veterans' Preference at any time since October 1, 1987?   Yes ☐   No ☑

If you feel that you are not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation.  To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, PO Box 1437, St. Petersburg, FL 33731.  Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision.

Have you previously been employed by Sarasota County?  Yes ☐   No ☑   Dept./Div.: _____
From_____  To_____  Reason for Leaving: _____

Have you ever worked under a different name (maiden/alias)? Yes ☑  No ☐  Name: _Alicia Correnty_

If you are not a citizen, do you have the legal right to work in the U.S.?  Yes ☐   No ☐

Alien Registration Number: _____

## STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I hereby authorize Sarasota County Clerk of the Circuit Court to investigate my background, references, employment record and other matters related to my suitability for employment.  This may include a criminal background check and a check on my driving records.  I also authorize my former employers or any third party to disclose to the Sarasota County Clerk of the Circuit Court all reports and other information related to my suitability for employment, personal or otherwise, without giving me prior notice of such disclosure.  I hereby release Sarasota County Clerk of the Circuit Court, former employers, and all references listed above from any and all claims, demands or liabilities arising out of or related to such investigation or disclosure.

It is my understanding that this application, by law, will become public record when submitted and the Clerk cannot guarantee me its' confidentiality.

I hereby give permission to have my medical records released to the Clerk of the Circuit Court at any time during my employment period with the Clerk.

All requests for information have been completed as fully and as accurately as possible.  I recognize that any material, misrepresentation or pertinent omission of fact in my application may disqualify me from employment with Sarasota County Clerk of the Circuit Court.

**Signature of Applicant** _____  Date _6/11/07_

009352

# Resume

# Time of

# Hire

009353

May 20, 2007

Clerk of the Circuit Court and County Comptroller
2000 Main Street
Sarasota, FL 34237

Dear Sir or Madam:

I am aware of your search for a Communications Manager, and am extremely interested in joining the Clerk of the Circuit Court and Comptroller's team in serving the citizens of Sarasota, FL. My interest in the field of community relations and public information developed from my experience in outreach and education, both in my professional career path and personal life. The Communications Manager role in any Government agency is critical to its success, and I have skills and experience that would make me an asset to the citizens in our fine County.

A Communications Manager must be an excellent communicator, willing to serve the needs of a variety of clients and work well under the many different hats required to serve the community. In my career, I have proven that I posses the leadership, customer service and problem solving skills that you seek for this position.

I have been selective in identifying organizations to contact. I am attracted to Sarasota government for two reasons: First, I am a North Port resident and have a loyalty and vested interest in my beautiful county and its future. Second, the fact that the position you seek to fill identifies needs such as marketing and media relations, writing materials for a variety of officials and divisions and coordinator of multi-agency projects suits both the skill sets I have and the creative challenges that I seek.

Please find my resume and support materials attached. I am available to meet with you at your earliest convenience, and look forward to the honor and opportunity to serve the citizens and my County.

Warmest Regards,

Alicia C. Accardi
6104 Freemont St.
North Port, FL 34287

009354

# ALICIA C. ACCARDI

6104 Freemont St. • North Port, Florida  34287 • (941) 423-6990 • (941) 234-3148 cell •

## Professional Goal:

To provide outstanding service to the citizens and employees of Sarasota County in the practices and principles of communications, public information, media relations, customer service and community outreach. Proven success in strategically developing communication and outreach programs. Efficient at coordinating a variety of complex tasks, simultaneously meeting deadlines, thinking independently and making decisions in a manner consistent with the goals and needs of the organization. Excellent multi-media communication skills.

- Public information and interaction
- Media relations / journalism
- Customer service and education
- Mass marketing efforts

- Events Planning
- Design and print communications
- Problem solving and issues management
- Facilitation / coordination experience

## Professional Experience

### ❖ COMMUNITY RELATIONS PROGRAM COORDINATOR
Charlotte County Utilities – Port Charlotte, Florida                              March 2004-present

Independently develop community outreach programs, intended to penetrate targeted citizen groups. Serve as media liaison and spokesperson. Communicate with management, industry members, internal and external customers and colleagues in accordance with organizational goals. Plan community relations research and program analysis. Partner with other organizations on specialized community programs: Children's events, public school and regional library programs, fundraisers and festivals. Design of innovative promotional, educational and communications materials.

*Selected Accomplishments:*

- ✓ Successfully coordinated public events, collaborating with educators, not-for-profit agencies and citizen groups using community based social marketing concepts. Developed marketing strategies targeting environmental awareness and conservation. Spokesperson for government access television water conservation segment and related public service announcements.
- ✓ Key contact in media relations, public speaking, journalism, writing and editing materials for publication.
- ✓ Spearheaded highly effective employee training campaigns targeting internal and external customers. Collaborated on a University-style employee education program in Charlotte County.
- ✓ Developed, produced and launched proprietary children's educational outreach / conservation program in Charlotte County public schools grade K-7. Performed outreach to over 430 students in a 6-week period.
- ✓ Produced communication materials including press releases, media kits, talking points, speeches, newspaper editorials, monthly employee newsletter, outreach brochures, direct mail regulatory consumer reports, annual report segments, promotional event materials, program packets, and multi-media presentations for the Utility.
- ✓ Member of the Florida Government Communicators Association (FGCA), Chamber of Commerce, American Water Works Association (AWWA), and Publicity Chair of the Charlotte County Care Team, Inc.
- ✓ Charlotte County Liaison for the Volunteer Reception Center formed after Hurricane Charley in 2004. Coordinated volunteer recruitment and media needs, assisting state and local agencies such as the Florida Department of Elder Affairs, Senior Friendship Centers, Disaster Help Network, Volunteer Florida, AARP and the Charlotte County Emergency Operations Center.
- ✓ Trained in Emergency Management Courses and Public Information Officer (PIO). Ongoing presence as a utility media contact, editorial writer, PIO resource during Emergency Operations Center activation. Member of the Charlotte County Utilities Incident Command during events.

*...Continued...*

**009355**

## ALICIA C. ACCARDI

Page Two

*Professional Experience Continued*

❖ **ASSISTANT TO DIRECTOR /OFFICE COORDINATOR,** Safety & Radiation Safety
❖ **ASSISTANT COORDINATOR,** National Marrow Donor Program/ Donor Center
❖ **ASSISTANT TO DIRECTOR OF DEVELOPMENT,** Walk for Hope Against Breast Cancer

City of Hope National Medical Center – Los Angeles/Duarte, California     Jan. 2000-Sept. 2002

Assisted in the coordination, implementation and tracking of a wide range of employee marketing and community outreach programs with recruitment goals. Provided training and supervision to volunteer and sponsor groups, to ensure alliance with objectives, laws and policies. Successfully designed and maintained highly confidential regulatory database of correspondence with state and federal agencies, doctors and employees using radioactive materials in a research setting.

*Selected Accomplishments:*

✓ Trained as a world-wide bone marrow transportation courier. Led high-energy recruitment of volunteer blood and bone marrow donors through employee and community outreach programs, increasing the national database of potential donors. Liaison to patients. Promoted multi-cultural outreach and education through public speaking and exhibits to institutions and corporations.

✓ Assisted in planning of the largest Southern California breast cancer cause-related marketing and annual fundraising event. Coordination with national vendors and development chapters nationwide, design and implementation of sponsorship and team recruitment programs, and public relations marketing strategies. Recruitment of participant teams in Los Angeles County resulting in a 200% increase in team participation.

❖ **MARKETING AND SPECIAL EVENTS COORDINATOR/BUYER**

Castles Christian Book Centers – Los Angeles, California               Jan. 1997-Jan. 2000

Designed corporate calendar of promotional campaigns detailing all annual sales, events and special programs. Supervised and carried out a full range of marketing, promotions and special events. Developed creative print marketing collateral, employee training materials, display signage and direct mail pieces. Senior gift lines buyer for five store chain. Researched market and selected product lines, pricing, and programs.

*Selected Accomplishments:*

✓ Coordinator of live events including exhibits, book signings, children's activities and live concerts.

✓ Designed and coordinated annual five-store Bookfaire, including décor, merchandising, procurement of product and $100,000 in vendor giveaways promoted over an eight day period. Increased gift sales 150% upon authoring and implementation of sales and marketing campaigns, including point of purchase signage and training 200 employees in merchandising and inventory control.

## Additional Professional Experience:

Public Speaking / Public Education (10 years)
Desktop publishing / Journalism (10 years)
Exhibit and Event Coordinator (10 years)
Volunteer Trainer / Recruiter (5 years)
Crisis and Media Communications (5 years)
Employee Training Facilitator (10 years)
Sales, Purchasing and Marketing (20 years)
Contract negotiation experience (10 years)
Team Leader / Management (20 years)

## Excellent References furnished upon request

ALICIA C. ACCARDI

6104 Freemont St. • North Port, Florida 34287 • (941) 423-6990 • (941) 234-3148 cell •

## Professional References

**Leigh Sprimont, Community Relations Manager**
**Charlotte County Utilities   941-916-0750**

**David Schlobohm**
**Former Director, Charlotte County Utilities**
**239-560-3356**

**Kim Harris**
**Inside Account Executive, Gartner**
**Former Business Services Manager, Charlotte County Utilities**
**941-875-6533**
**239-561-4380**

**Chief Robert King**
**Fire Chief, City of Kissimmee, FL**
**407-518-2222**


Additional references are available at your request.

# ALICIA C. ACCARDI

6104 Freemont St. • North Port, Florida  34287 • (941) 423-6990 • (941) 234-3148 cell •

## Recent Public Information & Communications Experience

Media Relations:
- Writing and distributing press releases and media alerts
- Creating and distributing press kits
- Talking points and FAQ sheets
- Collaboration with print, radio and broadcast media to distribute key stories
- On-camera interviews
- PIO (public information officer) training and function as needed

Community Relations:
- Public Speaking
- Outreach program design and implementation, including multi-media presentations
- Liaison on community boards and committees, including collaboration with Environmental and Extension services, Keep Charlotte Beautiful, 4-H, Charlotte Harbor Nature Festival and Charlotte Harbor National Estuaries Program.
- Member of the Chamber of Commerce, Florida Government Communicators Association and American Water Works Association.

Public Education / Community Outreach:
- Design, print and distribution of public education materials
- Design, print coordination and distribution of Annual Water Quality Report (CCR)
- Annual report writing and photography
- Responding to public inquiries
- Coordination of special events
- Development of print and display materials for events
- Design and implementation of public education to associations and not-for-profit organizations
- Writing web content
- Photography for reports, web page and publications

Organizational communication and Employee education:
- Design, print and County-wide distribution of Utility employee newsletter
- Design and implementation of new employee training programs
- Facilitator of County mandated employee workshop
- Writing of memos and management communications
- Development of Communications Plan
- Design of employee "Recycling, Energy and Cost Saving Plan" in the workplace
- Design of Powerpoint and print presentations for Administration
- Speaking points, FAQ sheets and memorandum for Administration
- Speech writing
- Proof reading, editing and writing
- Marketing campaign development
- Forms, bill-insert, door hanger and print communication design
- Excellent communication via written, verbal and multi-media outlets

*...Continued...*

**009358**

ALICIA C. ACCARDI

Page Two

*Professional Experience Continued*

Special projects:

- Member of the Charlotte County EOC (Emergency Operations Center) during activation. Trained in FEMA, AWWA and EMI Emergency Management courses, including Professional Development Series, Crisis and Media Communications and Public Information.

- Charlotte County Liaison for the Volunteer Reception Center formed after Hurricane Charley in 2004. Coordinated volunteer recruitment and media needs, assisting state and local agencies such as the Florida Department of Elder Affairs, Senior Friendship Centers, Disaster Help Network, Volunteer Florida, AARP and the Charlotte County Emergency Operations Center.

- Wrote editorials and articles for local newspaper and industry publication

- Spokesperson for the Utility featured on Charlotte Showcase "Spotlight", a cable TV and government access television broadcast focused on water conservation. Additional footage created for three Public Service Announcements.

- Design and implementation of "SIP Kids Reduce, Reuse and Recycle Water!", a student education program presented through Charlotte County public schools. Brought the County's water conservation message to over 450 students in 6-week period.

- Publicity Chair for the Charlotte County Care Team, Inc. a grass roots organization supporting not-for-profit agencies in Charlotte County through monthly fundraisers and events. Coordinator of successful golf tournament benefiting the American Cancer Society's "Project Detect" for breast cancer awareness and funding of free mammograms in Charlotte County. Over 95 corporate sponsors and 140 players helped the Care Team raise $10,000 for breast cancer education and patient care.

009359

ALICIA C. ACCARDI
6104 Freemont St.  •  North Port, Florida  34287  •  (941) 423-6990  •  (941) 234-3148 cell •

Community Outreach Manager
Goal: To provide outstanding service to the Citizens and the City of North Port in the practices and principles of

- Public information and interaction     •     Strategic Planning and analysis
- Media relations / journalism     •     Design and print communications tasks
- Customer service and education  •     Problem solving and issues management
- Mass marketing efforts  •     Facilitation / leadership experience


Professional Experience


☐     COMMUNITY RELATIONS PROGRAM COORDINATOR
Charlotte County Utilities – Port Charlotte, Florida                                    March 2004-

Independently develop community outreach programs, intended to penetrate targeted citizen groups. Serve as media l
Selected Accomplishments:
☐     Trained in Emergency Management Courses and Public Information Officer (PIO). Ongoing presence as a utilit
☐     Successfully coordinated public events, collaborating with educators, not-for-profit agencies and citizen
☐     Key contact in media relations, public speaking, journalism, writing and editing materials for publication
☐     Spearheaded highly effective employee training campaigns targeting internal and external customers. Collab
☐     Developed, produced and launched proprietary children's educational outreach / conservation program in Cha
☐     Produced communication materials including press releases, media kits, talking points, newspaper editorial
☐     Member of the Florida Government Communicators Association (FGCA), Chamber of Commerce, American Water Wor
☐     Charlotte County Liaison for the Volunteer Reception Center formed after Hurricane Charley in 2004. Coordi


☐     ASSISTANT TO DIRECTOR /OFFICE COORDINATOR, Safety & Radiation Safety
☐     ASSISTANT COORDINATOR, National Marrow Donor Program/ Donor Center
☐     ASSISTANT TO DIRECTOR OF DEVELOPMENT, Walk for Hope Against Breast Cancer
 City of Hope National Medical Center – Los Angeles/Duarte, California          Jan. 2000-Sept. 2002

Assisted in the coordination, implementation and tracking of a wide range of employee marketing and community outr
Selected Accomplishments:

http://clerkhr/admin/Scripts/DisplayRECRFile.asp?id=2556&DataType=RS&FileType=Text&Title=Resume%20-%20Accardi,%...   6/7/2007

009360

I am aware of your search for a Communications Manager, and am extremely interested in joining the Clerk of the Ci
My interest in the field of community relations and public information developed from my experience in outreach an
The Communications Manager role in any Government agency is critical to its success, and I have skills and experie

A Communications Manager must be an excellent communicator, willing to serve the needs of a variety of clients and
In my career, I have proven that I posses the leadership, customer service and problem solving skills that you see
I have been selective in identifying organizations to contact. I am attracted to Sarasota government for two reaso
First, I am a North Port resident and have a loyalty and vested interest in my beautiful county and its future.
Second, the fact that the position you seek to fill identifies needs such as marketing and media
relations, writing materials for a variety of officials and divisions and coordinator of multi-agency projects
suits both the skill sets I have and the creative challenges that I seek.
Please find my resume and support materials attached.
I am available to meet with you at your earliest convenience,
and look forward to the honor and opportunity to serve the citizens and my County.
Warmest Regards,
Alicia C. Accardi
6104 Freemont St.
North Port, FL 34287
(941) 234-3148

009361

☐   Trained as a world-wide bone marrow transportation courier. Led high-energy recruitment of volunteer blood
☐   Assisted in planning of the largest Southern California breast cancer cause-related marketing and annual f

☐   MARKETING AND SPECIAL EVENTS COORDINATOR/BUYER
Castles Christian Book Centers - Los Angeles, California                              Jan. 1997-J

Designed corporate calendar of promotional campaigns detailing all annual sales, events and special programs.  Sup
Selected Accomplishments:
☐       Coordinator of live events including exhibits, book signings, children's activities and live concerts.
☐       Designed and coordinated annual five-store Bookfaire, including décor, merchandising, procurement of produ

Additional Professional Experience:
Team Leader / Management (20 years)
Public Speaking / Public Education (10 years)
Desktop publishing / Journalism (10 years)
Exhibit and Event Coordinator   (10 years)
Volunteer Trainer / Recruiter (5 years)
Crisis and Media Communications (5 years)
FEMA Emergency Management trained (3 years)
Charlotte County Management trained (3 years)
Employee Training Facilitator (10 years)
Sales, Purchasing and Marketing (20 years)
Contract negotiation experience (10 years)

Excellent References furnished upon request

009362

# Certifications Current

# NO DOCUMENTATION FOR THIS SECTION

009364

# Job Description Current

009365

# CLERK OF THE CIRCUIT COURT
# and COUNTY COMPTROLLER

## Job Description

## ACKNOWLEDGEMENT OF RECEIPT

**Employee Name:**

**Department:**           Operations

**Division:**             Executive Administrative Services

**Unit:**

**Position Title:**       Manager of Communications

**Position Number:**      3006

**Job Description Issued:**

_____          _____
**Supervisor's Signature**                                  **Date**

_____          _____
**Manager's Signature**                                     **Date**

_____          _____
**Director's Signature**                                    **Date**

_____          _____
**Clerk of the Circuit Court's Signature**                  **Date**

**NOTE:** *This form is to be attached to the employee's Job Description for the next review period. Once all required signatures have been obtained, the original must be forwarded to Human Resources to be included in the employee's Personnel file.*

_____          _____
**Employee's Signature**                                    **Date**

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**   *Position of Manager of*
*Communications*
**Job Description**   *Page 2 of 6*

| | |
|---|---|
| **Job Title:** | Manager of Communications |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001151 |
| **Pay Grade:** | 0151 |
| **Department:** | Operations |
| **Division:** | Executive Administrative Services |
| **Unit:** | |
| **Effective Date:** | |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A.  Reports to the Chief Operations Officer.
B.  Provides a high-level of communications and operations support to the Clerk of the Circuit Court and Chief Operations Officer
C.  Works cooperatively with Department Directors, Managers, Supervisors, and all Clerk employees.
D.  Interacts with the other elected officials and their staff, senior executive personnel in state and local government, community leaders, representatives of the media, members of the judiciary and the general public, as requested.

## PURPOSE

This position, designated as *Essential Personnel,* is responsible for the development and implementation of the organization's communications strategy. This includes drafting speeches, assisting in the coordination of speaking engagements, preparing visual illustrations through advanced graphics, developing advanced PowerPoint presentations, designing, and preparing the annual report, and designing, writing, proofreading internal and external publications.  Serving as the content manager of the organization's web-based communications (Internet and Intranet) is also an essential function of this position, with the assistance of a cross-divisional web team working together to ensure that consistent and accurate information is readily available to users.  This position is expected to maintain an effective marketing program that showcases to our customers the advantages of utilizing our automated services.  Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court and County Comptroller organization.

## ESSENTIAL FUNCTIONS

1.  **Develops and implements the organizations communication strategy.**
    a.  Prepares oral, written, and visual presentations, as requested.
    b.  Collects, prepares, selects appropriate support materials, as requested.
    c.  Coordinates the development and publication of the Clerk of the Circuit Court and County Comptroller Annual Report.
    d.  Develops the Clerk's annual budget presentation to the Board of County Commission (BOCC).
    e.  Compiles and maintains a current media contact list.
    f.  Develops, updates, and coordinates the implementation of the Communication Plan for the Clerk of the Circuit Court organization.

**009367**



**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Communications*
*Page 3 of 6*

## ESSENTIAL FUNCTIONS

    g.    Coordinates the development of strategies for ongoing improvement of internal and external communications.

    h.    Conducts tours of Clerk of the Circuit Court facilities.

    i.    Serves as the content manager of the organization's web-based communication (Intranet and Internet).

    j.    Maintains an effective marketing program that showcases the advantages of utilizing the organization's automated services.

    k.    Prepares visual illustrations through advanced graphics, photography, and video clips, and incorporates into PowerPoint presentations, as requested.

**2.    Performs fiscal functions to efficiently support the Communications Program and technology adopted by the Clerk's office.**

    a.    Provides input and information to Operations department manager for annual budget preparation in support of the approved communication strategies and communication technology needs.

    b.    Processes orders for services, supplies, and resources in accordance with budget appropriations.

    c.    Informs Operations department manager and Chief Operations Officer of unusual situations that may impact budget.

    d.    Maintains accountability by monitoring the financial status/ results of the communication programs.

    e.    Assures adequate property control practices are followed for the Clerk's Operations department.

**3.    Coordinates intergovernmental issues and formulates proposals for intergovernmental agreements.**

    a.    Represents the Clerk of the Circuit Court at meetings with other county employees and officials as requested.

    b.    Researches legislative or executive proposals relating to the operation of the Clerk of the Circuit Court's organization.

**4.    Contributes to the professional representation of the Clerk's organization through individual growth and development.**

    a.    Provides a professional role model for staff to emulate.

    b.    Participates in training and seminars that expand specific function job knowledge, professional development, and personal growth.

    c.    Attends training courses identified for managerial development.

**5.    Adheres to and follows the principles of the Clerk of the Circuit Court and County Comptroller.**

    a.    Demonstrates willingness and ability to assist fellow employees, as well as management staff by displaying a positive and confident behavior.

    b.    Promotes quality customer relations by identifying both internal and external customers, acknowledging customers promptly and using expressions that express respect, understanding, and enhanced self esteem.

    c.    Creates a positive impression through effective use of telephone skills such as answering the telephone by the third ring, identification of self, Clerk of the Circuit Court and department, listening attentively, personalizing the conversation, and verifying information.

    d.    Promotes a professional image while representing the Clerk of the Circuit  Court through appearance, preparation, demeanor, and actions.

    e.    Conveys directives in a manner that is consistent with the Clerk's message, regardless of personal opinion.

    f.    Accepts and demonstrates leadership in the department as it relates to the communication of directive.





CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER

**Job Description**

*Position of Manager of*
*Communications*
*Page 4 of 6*

## QUALIFICATIONS

### Education

A Bachelor's Degree from an accredited college or university in English, Journalism/Communications. Public Relations or a closely related field is required.  Graduate degree with an emphasis on Communications or Public Relations is preferred.

### Experience

Five to seven years' experience in a senior level position of a public communications function required. Progressively more responsible professional experience as described herein may substitute on a year for year basis for the required Bachelors or Masters degree.  Technical skills will include Adobe, Pagemaker, Photoshop, Print Shop Delux, Publisher, Access, PowerPoint, Word, Excel, as well as web-based content management tools.

### Knowledge Base

1.   Knowledge of the basic principles of management and organizational behavior.
2.   Knowledge of media and public relations principles.
3.   Knowledge of the principles and techniques of effective verbal and written communication.
4.   Understanding of human behavior and motivation.
5.   Knowledge of quantitative and qualitative methods of data collection and analysis.
6.   Knowledge of program evaluation methods for governmental organizations.
7.   Excellent program evaluation methods for governmental organizations.
8.   Ability to synthesize and summarize large and/or complex information sets.
9.   Knowledge of modern office practices, procedures and methods.

### Administrative Skills

1.   High proficiency in the use of Microsoft software programs including: Word, Excel, Access, Power Point, & Publisher. Conceptualize and develop databases using popular computer programs.
2.   Create and use computerized spreadsheets to conduct analysis.
3.   Design and produce publications using desktop publishing software.
4.   Ability to effectively communicate with a range of personalities.
5.   Excellent ability to understand and express complex ideas.
6.   Ability to conceptualize and communicate solutions to problems.
7.   Compose and edit grammatically correct, properly formatted letters.
8.   Ability to accurately recount events and conversations.
9.   Answer telephones..

### Use of General Office Equipment

Develop office procedures.
Proofread documents.
Develop questionnaires and surveys.
Balance figures.
Compile statistics.
Coordinate meetings and record minutes.
Schedule appointments.





**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

**Job Description**

*Position of Manager of Communications*
*Page 5 of 6*

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers.  Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office.  Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
| --- | --- | --- | --- |
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A.  **SITTING: Frequent**
Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B.  **BENDING / SQUATTING: Frequent**
Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C.  **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D.  **CROUCH / KNEEL: Occasional**
The filing process requires that worker be able to crouch/kneel.

E.  **PUSH / PULL: Continuous**
Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files.  This is also performed when utilizing the copy machine.

F.  **VERBAL COMMUNICATION: Continuous**
Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G.  **WRITTEN COMMUNICATION: Continuous**
Worker encounters written communication when corresponding with internal and external customers.

H.  **HEARING ORDINARY CONVERSATION: Continuous**
Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I.  **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J.  **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
These functions are required daily in every task of this position when writing, filing, performing data entry, etc.

K.  **COORDINATION FOR REPETITIVE ACTION OF LEFT/RIGHT FOOT CONTROLS: Occasional**
These functions are required on occasion when using dictation equipment.





**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**

*Position of Manager of*
*Communications*

Job Description

*Page 6 of 6*

**L.   COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

**M.   COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Left/Right: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

**N.   FIRM GRASPING: Occasional**
Worker is mostly required to perform when filing..

**O.   FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

**P.   LIFTING / CARRYING: Occasional**
Required to perform filing tasks or office organization and when preparing for meetings requires moving furniture or equipment.

## JOB LOCATION



☐   Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
☒   Historic Court House, 2000 Main Street, Sarasota, FL 34237
☐   Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
☐   Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
☐   South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
☐   Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
☐   Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week / Monday – Friday
☒   Overtime is required, however position is not eligible for overtime pay
☐   Overtime is required occasionally; position is eligible for overtime pay  (1½ times hourly rate)

# Employee Request for Consideration

# NO DOCUMENTATION FOR THIS SECTION

# Resume Current

009374

# NO DOCUMENTATION FOR THIS SECTION

009375

# Academic Certifications Time of Hire

# NO DOCUMENTATION FOR THIS SECTION

# Shelly Adkins

# Job Description Time of Hire

009379

# NO
# DOCUMENTATION
# FOR THIS SECTION

# Employment Application Time of Hire

009381

*available 8/26/96*

# CLERK OF THE CIRCUIT COURT
# SARASOTA COUNTY

**RECEIVED**

AUG - 7 1996

CLERK'S PERSONNEL

## EMPLOYMENT APPLICATION
**PO BOX 3079   SARASOTA, FL 34230-3079**

AN EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION/AMERICAN DISABILITIES ACT EMPLOYER

**PLEASE PRINT IN INK**                                    DATE  8/5/96

LACHER         SHELLY      R.            _____
NAME   (last)       (first)      (middle)      SOCIAL SECURITY NUMBER

_____

PRESENT ADDRESS    (number and street)        (city)        (state)        (zip)

_____

HOME TELEPHONE NUMBER                              REFERRED BY

none                                              yes
ALTERNATE PHONE NUMBER (contact person)           Over 18 years of age?

Indicate the position(s) for which you wish to apply:

_____  PAYROLL  _____      8/26/96
                                                 DATE AVAILABLE

Are you physically able to perform the normal activities involved
in the job for which you are applying?            Yes ☑   No ☐

NAME OF ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT:

NAME: __n/a_____ RELATIONSHIP: _____ DEPT.: _____

Have you ever applied for a position with the Clerk of the Circuit Court?  yes ☑ approx. date: 6/93 no ☐
Have you ever been interviewed?  yes ☑ approx. date: 6/93 no ☐

## IMPORTANT INFORMATION

1. Your application will not be considered unless complete answers are provided to all questions on this application.

2. The Clerk makes every effort to accommodate individual preferences. However, work needs and changes may make the following conditions mandatory: overtime, shift work, a rotating work schedule, a work schedule other than Monday through Friday and job reassignments.

3. Successful completion of an employment physical/drug test to determine job related eligibility will be required for certain positions.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of the Circuit Court may require the applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

6. A false answer to any question in this application may be grounds for not employing you, or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

009382

Have you ever been convicted of a felony?   Yes ☐   No ☑
If so, please state particulars:   Charge: _____   Date: _____
Sentence: _____
Are you now on probation?   Yes ☐   No ☑
Probationary Period:   From _____   To _____

NOTE: A "Yes" answer to either question will not necessarily bar you from employment. The nature, severity and date of the offense(s) will be considered in relation to the position you are applying for.

## EDUCATION AND TRAINING

Degree

G.E.D. Certificate            ☐               A.A./A.S.   ☐
High School Diploma           ☑               B.A./B.S.   ☐
College Degree                ☐               J.D         ☐
Name and location of last high school         M.A./M.S.   ☐
attended:                                     Ph.D.       ☐
Highest Grade Completed:   _13_

| College Attended | From | To | Major |
|---|---|---|---|
| mcc | 1986 | 1987 | Business |
|  |  |  |  |
|  |  |  |  |

Total Credits Earned: _____

Vocational, Trade, Business, Armed Forces and other special training.

| School Attended | From | To | Program | Certificate |
|---|---|---|---|---|
|  |  |  |  |  |
| n/a |  |  |  |  |

Candidates will be responsible for presenting transcripts, diplomas or certificates if employed.

List office/business machines you are experienced in operating (Dictaphone, computer, calculator, etc.)
Calculator, computer, microfiche, fiche filmer, encoder, fax

Clerical Skills:   Typing 45 wpm   Shorthand ___ wpm

List any additional qualifications, skills, abilities or education that you would like us to consider as part of your application: worked in payroll prior to Oct. '95

Do you have a valid:
   Florida driver's license?                Yes ☑   No ☐   License No.: _____
   Florida chauffeur's license?             Yes ☐   No ☑   License No.: _____
   Driver's license from another state? n/a
                                         (specify state)

Have you had a traffic violation in the last three years?   Yes ☐   No ☑
Please explain: _____

Has your driver's license ever been suspended or revoked?   Yes ☐   No ☑

For what reason: _____

The Clerk reviews driving records annually, therefore, your driving record is subject to review.

## EXPERIENCE

Complete in DETAIL starting with your present employer. Include summer employment and U.S. military experience. For any unemployed or self-employed periods, show dates and locations. You may attach a resume for explanation of duties. You are still required to complete all information requested herein. If additional space is required, attach a second sheet.

May we contact your current employer?      Yes ☑      No ☐

| Employer Independent Inventory | Job Title Auditor | | | |
|---|---|---|---|---|
| Address 1507 8th St. W. | Reason for Leaving Would like old job back | | | |
| City, State, Zip Palmetto FL 34221 | Date From 10/95 | Date To present | Monthly Earnings $1600.00 | # Emp. You Supervised 0 |
| Supervisor Joe Swinney/Gerald Hopkins | | | | |
| Describe your job: Auditing physical inventory and/or books of various companies — trouble shooting where shortages may be occurring, etc. | | | | |

| Employer Sarasota County Clerk | Job Title Deputy Clerk II - Payroll | | | |
|---|---|---|---|---|
| Address PO Box 8 | Reason for Leaving to try family business | | | |
| City, State, Zip Sarasota, FL 34230 | Date From 6/93 | Date To 10/95 | Monthly Earnings $1423.72 | # Emp. You Supervised 0 |
| Supervisor Nikki Snyder | | | | |
| Describe your job: Processing payroll, input, balancing, act as liason between payroll and departments, assist payroll manager, etc. | | | | |

| Employer C & S Bank | Job Title Head Teller | | | |
|---|---|---|---|---|
| Address | Reason for Leaving Job Dissolved | | | |
| City, State, Zip Palmetto / Ellenton, FL | Date From 91 | Date To 93 | Monthly Earnings ? | # Emp. You Supervised 6 |
| Supervisor Nancy Brockelsby | | | | |
| Describe your job: Supervising all tellers, ordering & balancing all monies for branch, training, etc. | | | | |

| Employer Edens Natural Foods | Job Title Owner / Operator | | | |
|---|---|---|---|---|
| Address | Reason for Leaving Sold Business | | | |
| City, State, Zip Ellenton, FL 34222 | Date From 90 | Date To 91 | Monthly Earnings ? | # Emp. You Supervised 2 |
| Supervisor none | | | | |
| Describe your job: Run day to day operation of a retail business — payroll, balancing, ordering, bookkeeping, etc. | | | | |

| Employer Century Bank | Job Title CSR | | | |
|---|---|---|---|---|
| Address | Reason for Leaving to run own business | | | |
| City, State, Zip Bradenton, FL | Date From 89 | Date To 90 | Monthly Earnings ? | # Emp. You Supervised |
| Supervisor Aileen Kelly | | | | |
| Describe your job: Selling products & services to potential customers - servicing present customers, etc. | | | | |

009384

## VETERANS' PREFERENCE

Preference in appointment to certain positions is extended to certain eligible veterans and spouses of veterans.

☐      ☐      ☐      ☐

| A disabled veteran who is eligible for or receiving compensation under public laws administered by the U.S. Veterans Administration and the Department of Defense; or | The spouse of a veteran who cannot qualify for employment because of a total and permanent disability, or the spouse of a veteran missing in action, captured or forcibly detained by a foreign power; or | A veteran of any war who has served on active duty for 180 consecutive days or more during the war time era; or | The unremmaried widow or widower of a veteran who died of a service connected disability. |

_____    _____    _____

    Branch of Service        Date of Entry       Date of Honorable Discharge

**NOTE: Documentation of eligibility for veterans preference is required at the time of application.**

Have you obtained employment with the State of Florida or any political jurisdiction of the state as a result of having claimed Veterans' Preference at any time since October 1, 1987?   Yes ☐   No ☐

If you feel that you are not afforded preference in consideration for appointment to certain positions in the Clerk's Office, you have the right to request an investigation. To exercise this right, you must file a complaint with the Florida Division of Veterans' Affairs, PO Box 1437, St. Petersburg, FL 33731. Such complaint must be filed within 21 calendar days from the date you receive written notice of a hiring decision.

Have you previously been employed by Sarasota County?   Yes ☐   No ☐   Dept./Div.: _____

From _____   To _____   Reason for Leaving: _____

Have you ever worked under a different name (maiden/alias)? Yes ☐   No ☐   Name: _____

If you are not a citizen, do you have the legal right to work in the U.S.?   Yes ☐   No ☐

Alien Registration Number: _____

### STATEMENT OF UNDERSTANDING AND RELEASE OF INFORMATION

I hereby give the Clerk permission to make a thorough investigation of my entire work and educational record and to verify all other data I have provided, except where otherwise indicated. It is my understanding that this application, by law, will become public record when submitted and the Clerk cannot guarantee me its' confidentiality.

I hereby give permission to have my medical records released to the Clerk of the Circuit Court at any time during my employment period with the Clerk.

I have read and understand all of the information and agree to the terms provided herein. I hereby release the Sarasota County Clerk of the Circuit Court and others from any liability which may result from furnishing the information requested above.

All requests for information have been completed as fully and as accurately as possible. I recognize that any material misrepresentation or pertinent omission of fact in my application may disqualify me from employment with the Sarasota County Clerk of the Circuit Court.

Signature of Applicant _Shelly A. Zacher_    Date _8/5/96_

009385

# C L E R K   O F   C I R C U I T   C O U R T

## I N T E R - O F F I C E   M E M O

**TO:**      Heather Ely, Personnel Officer

**FROM:**    Peter H. Ramsden, Director of Finance

**DATE:**    August 8, 1996

**SUBJECT:** Payroll Position 3324

We recommend hiring Shelly Lacher for the position vacated by Carmen Komar.  Shelly is fully proficient on the current payroll software, SCT.  In addition she attended several training sessions on the new system, Bi-Tech.

Shelly worked for the Clerk from 6/1/93 - 10/6/95.  She worked in Payroll from 7/1/94 - 10/6/95.  During her tenure in Payroll she became a very valuable asset acting as an assistant to Nikki Snyder.  It takes a great deal of training for a Payroll employee to be of assistance to the Supervisor.  This would be of great benefit to us, especially as we go into the new software conversion.

Paula Smith was hired at $18,508.  Shelly's salary upon leaving the Clerk's employment was $18,508.  Her current salary is $20,800.  We recommend hiring her back at $20,000.



*To start 6/1/93*

**RECEIVED** **CLERK OF CIRCUIT COURT**
**APR 0 9 1993** **SARASOTA COUNTY**
CLERKS PERSONNEL **EMPLOYMENT APPLICATION**
P. O. Box 3079, Sarasota, FL 34230-3079
AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

PLEASE PRINT IN INK                                DATE 4-9-93

Hopkins, Shelly B.                          ▅▅▅▅▅▅▅▅▅▅
NAME (last)      (first)      (middle)       SOCIAL SECURITY NUMBER

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
PRESENT ADDRESS (number & street)   (city)      (state)   (zip)

▅▅▅▅▅▅▅▅▅▅                          newspaper advertisement
HOME TELEPHONE NUMBER                       REFERRED BY

▅▅▅▅▅▅▅  Sharon Hopkins            yes
ALTERNATE PHONE NUMBER   (contact person)   Over 18 years of age?

Indicate the position(s) for which you wish to apply:

Cashier 3/22                               2 weeks
                                           DATE AVAILABLE

Are you physically able to perform the normal activities
involved in the jobs for which you are applying?   YES __✓__ NO ____

NAME OF ANY RELATIVE CURRENTLY EMPLOYED BY SARASOTA COUNTY GOVERNMENT

NAME:____none____ RELATIONSHIP:_____ DEPT._____

### IMPORTANT INFORMATION

1. Your application will not be considered unless complete answers are provided to all questions on this application.

2. The Clerk makes every effort to accommodate individual preferences. However, work needs and changes may make the following conditions mandatory: overtime; shift work; a rotating work schedule; a work schedule other than Monday through Friday; and job reassignments.

3. Successful completion of an employment physical to determine job related eligibility may be required for certain positions.

4. All applicants accepted for employment must be in possession of an official Social Security Card and must have demonstrated their eligibility to work according to Federal Law.

5. Certain positions with the Clerk of Court may require the applicant to be eligible for bonding. In such situations, eligibility for bonding will be a consideration in determining an applicant's fitness for such position.

6. A false answer to any question in this application may be grounds for not employing you, or for dismissing you after you begin work, which may negate any continuing benefits for which you might otherwise be eligible.

RECORDER'S MEMO: Legibility of writing, typing, or printing for reproductive purpose may be unsatisfactory in this document when received

Have you ever been convicted of a felony?   YES _____   NO ✓
Please state particulars: Charge:_____   Date:_____
Sentence:_____
Are you now on probation?   YES _____   NO ✓
Probationary Period: From _____   To _____

NOTE: A "Yes" answer to either question will not necessarily bar you
from employment. The nature, severity and date of the offense(s) will
be considered in relation to the position(s) you are applying for.

### EDUCATION AND TRAINING

|  | Yes | No | Name and location of last high school attended: |
|---|---|---|---|
| G.E.D. Certificate | | ✓ | |
| High School Diploma | ✓ | | Palmetto High School |
| College Degree | | ✓ | Highest Grade Completed: 13 |

| DEGREE | | COLLEGE ATTENDED | FROM | TO | MAJOR | DEGREE |
|---|---|---|---|---|---|---|
| A.A. | | MCC | 6\|85 | 6\|86 | business | |
| B.S. | | | | | | |
| B.A. | | | | | | |
| M.S. | | | | | | |
| PhD. | | | Total Credits Earned | | | |

Vocational, Trade, Business, Armed Forces, and other special training.

| SCHOOL ATTENDED | FROM | TO | PROGRAM | CERTIFICATE |
|---|---|---|---|---|
| Lakeland Business College | 6\|86 | 6\|87 | business | |

Candidates will be responsible for presenting transcripts, diplomas,
or certificates, if employed.

List office/business machines you are experienced in operating
(dictaphone, computer, calculator, etc.) computer, 10 key by touch
fax, typewriter, multi-line phone system

Clerical Skills: Typing __45__ wpm   Shorthand __n\|a__ wpm

List any additional qualifications, skills, abilities or education
that you would like us to consider as part of your application:

have been in banking for 6 years, taught teller school, head teller exp.

Do you have a valid:
   Florida driver's license?   YES ✓ NO ____   No._____
   Florida Chauffeur's license? YES ___ NO ✓ No.
   Driver's license from another state? __n\|a__
                                        (Specify State)

Have you had a traffic violation in the last three years? YES ✓ NO____
Please explain: speeding

Has your driver's license ever been suspended or revoked? YES___ NO ✓
For what reason? _____

The Clerk reviews driving records annually; therefore your driving
record is subject to review.

RECORDERS MEMO: Legibility of writing, typing or printing for reproductive purpose may be unsatisfactory in this document when received

# EXPERIENCE

Complete in DETAIL starting with your present employer. Include summer employment and U.S. military experience. For any unemployed or self-employed periods, show dates and locations. You may attach a resume for explanation of duties. You are still required to complete all information requested herein. If additional space is required, attach a second sheet.

May we contact your current employer?   YES ✓   NO ____

| Employer NationsBank | Job Title Senior Teller |
|---|---|
| Address 625 6th ave W | Reason for Leaving full-time position |
| City,State,Zip Palmetto, FL | Date From 3/90 | Date To present | Monthly Earnings $1,280- | # Emp. You Supervised 6 |
| Supervisor Debbie Price | | | | |
| Describe Your Job: paying & receiving transactions, typing, filing, payroll, customer service, balancing, vault transactions, balance gl accts. | | | | |

| Employer Century Bank | Job Title Head Teller |
|---|---|
| Address Manatee ave | Reason for Leaving moved |
| City,State,Zip Bradenton, FL | Date From 1/88 | Date To 3/90 | Monthly Earnings $1,100 | # Emp. You Supervised 4 |
| Supervisor Aileen Kelly | | | | |
| Describe Your Job: supervise tellers, scheduling, payroll, balance gl accts, vault transactions, paying & receiving transactions, etc. | | | | |

| Employer Southeast Bank | Job Title Head Teller |
|---|---|
| Address Kennedy Blvd. | Reason for Leaving moved |
| City,State,Zip Tampa, FL | Date From 6/85 | Date To 12/87 | Monthly Earnings $880 | # Emp. You Supervised 6 |
| Supervisor Susan Lint | | | | |
| Describe Your Job: supervise tellers, scheduling, payroll, balance gl accts, vault transactions, paying & receiving transactions, etc. | | | | |

| Employer | Job Title |
|---|---|
| Address | Reason for Leaving |
| City,State,Zip | Date From | Date To | Monthly Earnings | # Emp. You Supervised |
| Supervisor | | | | |
| Describe Your Job: | | | | |

| Employer | Job Title |
|---|---|
| Address | Reason for Leaving |
| City,State,Zip | Date From | Date To | Monthly Earnings | # Emp. You Supervised |
| Supervisor | | | | |
| Describe Your Job: | | | | |

RECORDER'S MEMO: Legibility of writing, typing, or printing for reproductive purpose may be unsatisfactory in this document when received

009389