# JOB OPPORTUNITY ANNOUNCEMENT

## CLOSING DATE: April 15th, 2016



**AN EQUAL EMPLOYMENT OPPORTUNITY/
AMERICANS WITH DISABILITIES ACT/
AFFIRMATIVE ACTION EMPLOYER**



EXHIBIT
B



DEFENDANT'S
EXHIBIT
54
Bolden

BOLDEN 000173

Employees who are interested in applying for the following position may submit an **Employee Request for Consideration** form directly to the Human Resources Dept. Forms are available in the Clerk's Human Resources Department. One's eligibility for a position is determined by education, related job experience, past job performance and attendance records.

**ALL REQUESTS FOR CONSIDERATION MUST BE RECEIVED IN THE HUMAN RESOURCES OFFICE NO LATER THAN April 15th, 2016.**

**Job Title:** Human Resources Officer
**Position #:** 3001
**Pay Grade:** 0403
**Department:** Human Resources

### PURPOSE:

The Human Resources Officer serves on the Strategic Planning Committee and demonstrates the presence of a strategic leader that leads to outcomes that are linked to the Strategic Plan and direction of the organization as well as the annual budget. As a strategic leader, this position is responsible for developing organization knowledge and the sharing of knowledge outside of the functional area of expertise with other leaders within the organization. The Human Resources Officer is a senior management position and is designated as *Essential Personnel.*

This position will be responsible for managing the overall provision of human resources for the organization, which includes the policies within the personnel handbook, managing compensation (external equity) and benefits (direct & indirect) recruitment and retention, performance appraisal and monitoring (internal equity), employee counseling, and the organization's training and professional development programs. In addition, this position is responsible for designing, overseeing and implementing the compensation and benefits programs, monitoring salary structures, and balancing staffing needs with cost controls. Staying current of changing federal and state employee benefits regulations, as well as the shifting needs of the workplace is a valued service and must be considered as this position provides direct oversight of the volunteer and internship programs.

This position works closely with senior leaders and managers, providing expert guidance, coaching and support on the full range of human resource activities including policies and procedures, absence management, restructuring of services, performance management and the disciplinary process in order to ensure a consistent and fair approach across the organization. Educating, mentoring and training human resources staff, as well as providing training/coaching to the leadership team on human resource processes and best practice is expected.

The Human Resources Officer is responsible for designing, developing and maintaining the recruitment process including a current job description, recruitment measurement definitions and regular measurement reporting and redesigning the selection matrix for choosing the optimum recruitment channel and recruitment source. This position will establish interview committees and will be expected to conduct interviews as well. The recruitment efforts will consist of both the traditional methods of advertising and posting, but will need to design a method to reach across various social media channels and utilize legally compliant automation screening and testing tools. New hire orientation, stay-on interviews, performance improvement training, career development, and oversight of the initiatives of the special event committee are other areas of responsibilities of this position.

BOLDEN 000174

Monitoring the HRIS system and interfaces to ensure compliance and data integrity and managing the third-party human resource vendor resources system analyst, project managers and consultants are expectations of this position. Accurate data collection and analysis, as well as maintaining and retaining accurate employee records in accordance with retention laws are also expectations.

Additional duties may be assigned as they relate to the mission of the Clerk of the Circuit Court organization.

## QUALIFICATIONS:

### Education

A Bachelor's Degree from an accredited college or university in Human Resources Management, Business Administration, or related field is required. A Master's in Business Administration (MBA) preferred.
(Certification in one functional area required, two preferred):
- Compensation Professional (CCP)
- Certified Employee Benefits Specialist (CEBS)
- Senior Professional in Human Resources (SPHR)

### Experience

Five or more years of work experience within a human resources department in a lead position and hands on experience utilizing HRIS systems, as well as other applications that are focused on personnel management such as time and attendance, performance evaluation systems, HR dashboards, etc. In depth knowledge of the basic principles and laws pertaining to personnel administration, employee recruitment and retention, use of compensation and benefits forecasting and strategy tools, as well as participation in the development and deployment of training programs are requirements.

### Management Experience

Seven to ten years of management experience serving in a senior level position is required. In depth knowledge of the basic principles and laws pertaining to personnel administration and management, employee selection, compensation, employee relations, training and development and employee benefits is required.

### Knowledge Base

1. Knowledge of the basic principles and laws pertaining to personnel administration, employee selection, compensation, employee relations, training and development, and employee benefits.
2. Knowledge of the principle and techniques of effective verbal and written communication. Skill in the application of these techniques both for effective personal communication and to guide others towards a more effective verbal and written communication.
3. Knowledge and ability to collect, evaluate, and analyze data related to personnel programs and functions.
4. Knowledge of effective techniques used in problem solving.
5. Knowledge and ability to present facts and recommendations effectively.
6. Knowledge of modern office practices, procedures and methods including human resources integrated software and hardware implementations.
7. Knowledge of project management and financial management.
8. Knowledge of the public records law and the retention laws associated with employment records and records in general.

### Personal Characteristics

1. **Adaptability:** Demonstrates a willingness to be flexible, versatile and/or tolerant in a changing work environment while maintaining effectiveness and efficiency.
2. **Ethical Behavior:** Understand ethical behavior and business practices and ensure that own behavior and the behavior of others is consistent with these standards and aligns with the values of the organization.
3. **Build Relationships:** Able to build and maintain positive working relationships with others, both internally and externally to achieve the goals of the organization.
4. **Communicate Effectively:** Speak, listen and write in a clear, thorough, and timely manner using appropriate and effective communication tools and techniques.
5. **Creativity/Innovation:** Develop new and unique ways to improve operations of the organization and to create new opportunities.
6. **Focus on Customer Needs:** Anticipate, understand, and respond to the needs of internal and external customers to meet or exceed their expectations within the organizational parameters.
7. **Foster Teamwork:** Work cooperatively and effectively with others to set goals, resolve problems, and make decisions that enhance organizational effectiveness.
8. **Lead:** Positively influence others to achieve results that are in the best interest of the organization.
9. **Make Decisions:** Assess situations to determine the importance, urgency and risks and make clear decisions which are timely and in the best interests of the organization.
10. **Organize:** Set priorities, develop a work schedule, monitor progress toward goals and track details, data, information and activities.
11. **Plan:** Determine strategies to move the organization forward, set goals, create and implement actions plans, and evaluate the process and results.
12. **Solve Problems:** Assess problem situations to identify causes, gather and process relevant information, generate possible solutions, and make recommendations and/or resolve the problem.
13. **Think Strategically:** Assess options and actions based on trends and conditions in the environment and the vision and values of the organization.

## WORK ENVIRONMENT

The Human Resources Officer usually works in an office environment, but the mission of the organization may sometimes take then to non-standard workplaces. The Human Resources Officer works a standard work week, but, additionally, will often work evenings, weekends, and overtime hours to accommodate activities such as meetings held after the normal business day, possibly representing the organization at events as directed, and or special events planned for the employees of the organization. Frequently, requires working under stressful conditions, handling of varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, and employees of the Clerk's office, Board of County Commissioners and other Elected Officials. Job requires the employee to be able to handle diverse tasks simultaneously.

**General Office Equipment**
Computer equipment and peripherals
Photocopier and Fax Machine
Telephone, Calculator, etc.

BOLDEN 000176