**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**  *Position of Employment Specialist*

Job Description                                                                                                                   Page 2 of 7

| | |
|---|---|
| **Job Title:** | Employment Specialist |
| **FLSA Status:** | Exempt |
| **Class Specification:** | 001285 |
| **Pay Grade:** | 01285 |
| **Department:** | Human Resources Services |
| **Division:** | Human Resources |
| **Unit:** | |
| **Effective Date:** | October 1, 2018 |
| **Revision Date:** | |

## JOB RELATIONSHIPS

A. Reports to the Human Resources Officer and/or the Chief Operations Officer
B. Indirect supervision by the Chief Operations Officer and the Clerk of the Circuit Court and Comptroller
C. Responsible for direct supervision of Human Resources Intern(s) and Human Resources Coordinator
D. Collaborates with the Human Resources Officer, Chief Operations Officer, Clerk and Comptroller, Department Directors and Officers, Managers and Unit Supervisors
E. Interacts with all employees of the organization
F. Interacts with a variety of external customers including the general public, local business organizations, and municipal, county and state governmental entities

## PURPOSE

This position is responsible for talent acquisition and management programs and practices that will attract, motivate, develop and retain top performing employees to achieve the strategic objectives of the organization. Employment goals will be accomplished utilizing organizational design and development techniques which emphasize performance planning and development, succession planning, education, training, leadership and organizational design to align the structures, competencies and culture to the mission. This position works closely with operations leaders providing guidance regarding employee relations. Additional duties may be added as they relate to the mission of the Clerk of the Circuit Court and County Comptroller.

## ESSENTIAL FUNCTIONS

1. **Manages and implements the recruitment and selection process in compliance with all federal, state and local employment laws and regulations.**
    a. Consults with hiring managers to determine position requirements and recruitment strategies.
    b. Implements the recruitment and selection process in order to expedite and effectively meet staffing needs of the organization.
    c. Prepares internal and external advertisements for open positions using appropriate media.
    d. Coaches managers on proper and effective interviewing techniques.
    e. Reviews qualifications and experience of prospective candidates and schedules appropriate applicants for interviews.
    f. Conducts applicant interviews in accordance with employment law and legal guidelines.
    g. Conducts reference checks on applicants chosen presented to interview with the Clerk and Comptroller for Final Interview.



©2012 eFORMandFUNCTION                                                                                  www.eformandfunction.com

004264

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER     *Position of Employment Specialist*

Job Description     *Page 3 of 7*

### ESSENTIAL FUNCTIONS

    h. Conducts background checks on selected candidates.
    i. Ensures the employment placement and transfer procedures comply with Equal Employment Opportunity and other legal requirements.
    j. Coordinates and participates in external recruitment opportunities, as appropriate.
    k. Recommends final candidates and salary offers.
    l. Extends offers of employmentcandidates approved by the Clerk and Comptroller.
    m. Provides constructive feedback to internal candidates, as appropriate.

2. **Manages, implements and administers programs and procedures regarding employee relations, problem solivng, and recognition.**
    a. Responds to human resources related questions and issues from management and employees to ensure accurate and consistent interpretation and application of polices and procedures and to maintain compliance with employment law and regulations.
    b. Assists management staff with developing solutions to effectively address employee disputes and concerns.
    c. Investigates complaints and employee relations issues and ensures findings and recommendations on actions are documented.
    d. Advises management regarding corrective actions, moves and terminations to ensure complete documentation and compliance.
    e. Ensures all Performance Correction Notices and terminations are reviewed and approved prior to delivery.
    f. Advises Chief Operations Officer promptly when complex or legally sensitve issues arise regarding employees.
    g. Analyzes and addresses issues presented in the exit interview process.
    h. Advises management team on how to deal employees that qualify under ADA.
    i. Recommends ideas and programs regarding employee recognition and activities.

3. **Coordinates fiscal functions for the division to efficiently forecast and utilize resources.**
    a. Prepares annual budget for the division

4. **Manages the student internship and volunteer programs.**
    a. Develops High School and college relationships to support campus recruiting, and student internships and volunteer programs.
    b. Works with management to determine the level of interns needed for each fiscal year.
    c. Places advertisements at local colleges for summer interns, as needed.
    d. Interviews interns and student volunteers for placement within the organization.
    e. Explains new hire paperwork and provides New Hire Orientation to interns.
    f. Meets with volunteers bi-monthly to review the volunteers' satisfaction level and appropriateness to the position.

5. **Coordinates the placement of temporary employees.**
    a. Arranges for placement of temporary employees when requested by the Department Director.
    b. Provides temporary identification badge and relevant information regarding temporary employment to the temporary employee on the employee's start date.
    c. Establishes and maintains a tracking system to monitor the use of temporary services.

6. **Designs talent management and organizational development processes and practices.**
    a. Develops recruiting policies and guidelines to support the organization's infrastructure.

**CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER**   *Position of Employment Specialist*

Job Description   *Page 4 of 7*

### ESSENTIAL FUNCTIONS

    b. Designs strategies focused on attracting, developing, and retaining top performing employees.
    c. Develops strategic relationships with professional associations and employee referral networks.
    d. Coaches managers in regular evaluation and management of their teams.
    e. Participates in the internal assessment and selection process for executive level and management positions.
    f. Collaborates with management to determine effective organizational structure within each unit of the Clerk's organization.

**7. Designs, develops and manages a defined retention strategy.**
    a. Recommends career path progressions, rotation/cross training opportunities for the purpose of more effective manpower utilization, enhancing performance, and retaining top performing employees.
    b. Leads and engages employees in Special Events.

**8. Performs administrative duties related to the day-to-day operation of the division.**
    a. Processes paperwork related to the hiring process, including processing requisitions, placing advertisements, coordinating appointments, and ensuring that all applicants have been entered into the Applicant Tracking module in the HR database.
    b. Participates on committees, as requested.
    c. Maintains applicant files as required by the records retention laws.
    d. Prepares letters to applicants not selected for open positions.
    e. Prepares offer letter for new hire packet for selected candidates.
    f. Manages the HR database "Applicant Management" system.

**9. Contributes to the professional representation of the Clerk's organization through professional growth and development.**
    a. Participates in professional development through approved memberships and educational opportunities.
    b. Maintains current knowledge and awareness of industry trends and practices.
    c. Seeks opportunities to network with counter-parts from other County Clerk offices.

**10. Adheres to and follows the principles of the Clerk of the Circuit Court organization.**
    a. Promotes quality customer relations by identifying both internal and external customers.
    b. Acknowledges customers promptly and uses expressions that express respect, understanding and enhances self-esteem.
    c. Creates a positive impression through effective use of telephone skills such as answering the phone by the third ring, identifcation of self, Clerk of the Circuit Court and County Comptroller and department, listening attentively, personalizing the conversation and verifying information.
    d. Promotes a professional image while representing the Clerk of the Circuit Court and County Comptroller through appearance, preparation, demeanor, and actions.
    e. Conveys directives in a manner that is consistent with the Clerk and Comptroller's message, irrspective of personal opinion.
    f. Accepts and demonstrates leadership in the department as it relates to the communication of directives.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER    *Position of Employment Specialist*

Job Description    *Page 5 of 7*

## QUALIFICATIONS

### Education

Associate degree from an accredited college, or university, in Human Resources Management, Business, or related field is required, Bachelor degree preferred. A PHR certificate is preferred for the position.

### Experience

Five (5) to seven (7) years of recruitment experience is required along with knowledge of the basic principles and laws pertaining to personnel administration and employee selection.

### Management Experience

n/a

### Knowledge Base

1. Knowledge of the basic principles and laws pertaining to personnel administration, employee selection, compensation, employee relations, training and development and employee benefits.
2. Knowledge of the principles and techniques of effective verbal and written communication, and skill in the application of these techniques both for effective personal communication and to guide others toward a more effective verbal and written communication.
3. Knowledge and ability to collect, evaluate, and analyze data related to personnel programs and functions.
4. Knowledge of effective techniques used in problem solving.
5. Knowledge and ability to present facts and recommendations effectively.
6. Knowledge of modern office practices, procedures and methods including human resources integrated software and hardware implementations.

### Administrative Skills

1. Ability to input data into computer programs.
2. Ability to use Windows-based software programs.
3. Ability to use computerized spreadsheets to conduct analysis.
4. Ability to compose letters.
5. Ability to coordinate events.
6. Ability to coordinate meetings.
7. Ability to schedule appointments.
8. Ability to balance numbers.
9. Ability to compile statistics.
10. Ability to develop office procedures.
11. Ability to establish and maintain filing systems.
12. Ability to proofread documents.
13. Ability to research information.

### Use of General Office Equipment

Computer equipment and peripherals
Fax Machine and Photocopier
Telephone, Calculator, etc.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER        *Position of Employment Specialist*

**Job Description**                                                        *Page 6 of 7*

## WORK ENVIRONMENT

Frequently, requires working under stressful conditions and working with the varied personalities of both internal and external customers. Customer base consists of the general public, local and state governmental agencies, the judiciary, and employees of the Clerk's office. Job requires the employee to be able to prioritize and handle diverse tasks simultaneously.

## PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| PERCENTAGE RANGE KEY | | | |
|---|---|---|---|
| Continuous = 67-100% | Frequent = 34-66% | Occasional = 1-33% | Never = 0% |

Requires full range of body motion including:

A. **SITTING: Frequent**
   Worker is sitting frequently during the day to perform job functions, as well as to facilitate the workflow process and to communicate information.

B. **BENDING / SQUATTING: Frequent**
   Bending/squatting is required primarily in filing requirements or maintaining paperwork.

C. **CLIMB HEIGHT OF 2 FEET / REACH ABOVE SHOULDER LEVEL: Occasional**
   Worker climbs to a height of 2 feet and reaches above shoulder level when filing and obtaining various sources of information stored in bookcases, filing cabinets, etc.

D. **CROUCH / KNEEL: Occasional**
   The filing process requires that worker be able to crouch/kneel.

E. **PUSH / PULL: Continuous**
   Worker performs this physical demand when opening and closing file drawers, desk drawers, loading paper and envelope trays in printers and transporting files. This is also performed when utilizing the copy machine.

F. **VERBAL COMMUNICATION: Continuous**
   Worker utilizes verbal communication when conducting telephone conversations, and interacting with internal and external customers.

G. **WRITTEN COMMUNICATION: Continuous**
   Worker encounters written communication when corresponding with internal and external customers.

H. **HEARING ORDINARY CONVERSATION: Continuous**
   Worker must be able to hear ordinary conversation most of the workday in dealing with general public, employees and telephone conversation.

I. **HEARING HIGH PITCHED OR LOW PITCHED SOUNDS: Frequent**
   Worker encounters the persistent ringing of the telephone, functioning of office equipment such as computer printers, copiers and facsimile machines.

J. **SEEING WITH NEAR ACUITY, FAR ACUITY, ACCOMMODATION, FULL FIELD OF VISION, DISTINGUISHING COLORS, AND DEPTH PERCEPTION: Continuous**
   These functions are required daily in every task of this position when filing, reviewing paperwork, and operating a computer, etc.

CLERK OF THE CIRCUIT COURT and COUNTY COMPTROLLER — *Position of Employment Specialist*

**Job Description** — *Page 7 of 7*

K. **COORDINATION OF LEFT/RIGHT FOOT CONTROLS: Never**

L. **COORDINATION OF REPETITIVE ACTION IN SIMPLE GRASPING: Continuous**
Worker is required to perform simple grasping when using a pen/pencil, stapler, staple remover, letter opener, opening file drawers, answering the telephone, filing, transporting files, etc.

M. **FIRM GRASPING: Occasional**
Worker is mostly required to perform when transporting files.

N. **FINE MANIPULATING: Continuous**
Worker must be able to perform fine manipulation when operating computer, calculator and telephone keyboards, etc.

O. **LIFTING / CARRYING: Occasional**
Required to perform when updating files and transporting files and information.

## JOB LOCATION

- [x] Administration Center, 1660 Ringling Blvd., Sarasota, FL 34236
- [x] Historic Court House, 2000 Main Street, Sarasota, FL 34237
- [ ] Record Centers, 1679 Northgate Blvd., Sarasota, FL 34234
- [ ] Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237
- [ ] South County Admin. Center, 4000 S. Tamiami Trail, Venice, FL 34293
- [ ] Terrace Building, 101 S. Washington Blvd., Sarasota, FL 34237
- [ ] Various other offsite public assembly locations, as assigned

## WORKING HOURS

8:00 a.m. – 5:00 p.m. / 40 hours per week / Monday – Friday

- [x] Overtime is required, however position is not eligible for overtime pay
- [ ] Overtime is required occasionally; position is eligible for overtime pay (1½ times hourly rate)

004269